UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Derek Lurch Jr.

_____

Write the full name of each plaintiff.

16 CV 2517

(Include case number if one has been assigned)

-against-

City of New york/Unknown officers,

NYC Health and hospitals corp.,

MD Franse Chaput, RN Maria marquez

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

AMENDED
COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-16-16

Rev. 5/20/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

| Robert | D | Lurch |
|--------|---|-------|
| First Name | Middle Initial | Last Name |

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

3491505637

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Manhattan Detention center

Current Place of Detention

125 White Street

Institutional Address

| New York | N Y | 10013 |
|----------|-----|-------|
| County, City | State | Zip Code |

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced prisoner
☐ Other: _____

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:        City of New York

First Name                    Last Name                        Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                        State                        Zip Code

Defendant 2:        Unknown Officers

First Name                    Last Name                        Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                        State                        Zip Code

Defendant 3:        NYC HHC

First Name                    Last Name                        Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                        State                        Zip Code

Defendant 4:        France                    Chaput

First Name                    Last Name                        Shield #

Medical Doctor

Current Job Title (or other identifying information)

462 First avenue

Current Work Address

New york                        NY                        10016

County, City                        State                        Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence:   Bellevue ED/Force medication: Hallway outside CPEP

Date(s) of occurrence:   December 26 2013   between hours of 8pm and 6pm

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

-See Attached-

What
happened:

Date:
3/28/2016

ON Dec 26,2013 I Had Just moved to New york the Day before on christmas day. I had a Few Drinks at a Friends birthday party and went to go grab a bite to eat so I wont drink on a empty stomach. I went to a Chinese restaurant on the corner of west 24th street on Ninth avenue. When I got to the restaurant I ordered a meal that came up to $6.94 roughly $7. I handed the Cashier a $20 bill and waited for my meal to be prepared. When my food was done the cashier handed me my meal and tried to hand me three 1 dollar bills with change. I refused the change and took my meal. I then told the cashier you must be confused I handed you a $20 dollar bill. She started yelling "no no you hand me 10 dollars I call police". I told her thats what you should do because Im not leaving without my change. When the officers entered they asked me whats the problem? after I explained the situation to them the cashier said "he's lying". So I stated I have nothing to lie about run the camera's back. The officers Looked at the cashier and told her she doesn't have to do that. Then they looked at me telling me to Leave. I told the officers Im not leaving run the cameras back I want my change Im not rich. These cops then got aggressive grabbing their guns Looking at me. I told them your going to kill me then kill me but Im not leaving without my change. I further stated "I've done nothing wrong and Im being treated unfairly". The officers then knocked my Food out of my hand and said what your suicidal grabbing me. after I asked the officers what Im under arrest For they said nothing. I Later found out when the ambulance came I was going to the hospital. When I got to bellevue the officers told the nurse give him something to calm him down he's acting up. I said miss Im in your custody now your responsible For me these officers are lying don't listen to them. I then told her I went to a restaurant and they tried to cheat me out my change. The officer stated I didn't pay for my Food. I told the nurse thats a lie to recieve your Food you have to pay and when the officers entered I was complaining about the amount of change the cashier tried to hand me. I told her Im not arrested Im here For complaining about my change and if I didn't

Pay for my food I would've been charged with a crime. Even though
I wasn't in custody and guilty of no crime the nurse took the officer's
side. She told him I'll give him something to calm him down. When
I saw she was clearly siding with the officer I informed her that
"whatever you give me don't give me Haldol I'm allergic to it".
She laughed and said "How do you know about Haldol" So I told her
I'm allergic to Haldol the last time I was injected with it I almost
died do not give it to me. The cop stated "Now your not so tuff".
So I shook my head in disgust and told the nurse fax for my records
I'm from North Carolina. I was involuntarily committed at Holly Hills
Hospital and almost died when I was injected. I told her it can
kill me do not give it to me. I further stated "How do you think
I even know about the drug this not my first time having an evaluation
done and I'm allergic. She told me "I think you just don't like what it
does but I don't think your allergic to it". She said it like she
really didn't believe me. At that point I knew she wasn't going to
fax for my records. I immediately started trying to get up from
the chair I was handcuffed to, even though my efforts was useless.
Then they brought the hospital gurney and I resisted being place on
it. I knew this nurse was going to forcefully administer this
sedative I'm allergic to with the help of the hospital staff. They
finally got me on the gurney after a couple minutes. They had to
have one person on each side of my body grabbing my arms and they
had somebody grabbed my feet even though I resisted by kicking. When
I finally was secured on the gurney they wheeled me to the back. I
seen the nurse preparing a needle and I started twisting, trying
to get out of the restraints. She told me calm down you will be sleep
in a couple of minutes. All I could think about was my last allergic
reaction when I was injected with the drug and I started twisting
violently trying to free myself. I didn't want to experience another
reaction my last injection of the drug traumatized me. As she got
close with the needle I tried to not stay still so she couldn't inject
me. She told the staff to "hold him still so I can inject him". I begged
her not to give me Haldol. I stated "miss please don't I can die I'm
allergic". Then I stated "miss I'm not lying check my records please".
Right before she injected me I told her "I could die miss please don't"

as tears started running down my face. The Last time I was Injected
my airway started closing up and I had to struggle to keep breathing.
The staff at Holly Hills Hospital. thought I was acting up and watched
me while they laughed as I almost choked to death. Thankfully
one of the patients my only friend (a young white male from Durham,
NC) told the staff "Sir I dont think he's acting he really cant
breathe". By the time they Injected me with something to counter
the reaction I had been struggling to breathe for like a minute
and a half. It was the most terrifying experience I ever had except
for almost drowning to death when I was 6 or 7 years old at
Sesame Street amusement park In Philadelphia, PA. So when I
was told I would be given a drug that caused such a severe
reaction I almost choked to death, I panicked. Of course, I
was combative with the staff especially after I told the nurse
the last time I was Injected with the Sedative I had such a
bad reaction I almost died. Yet she still deliberately administered
the sedative after I Informed her of my history with the drug. She
wasn't even the first one to mention the drug. After she told
the officers she would give me something to calm me down,
I told her whatever It Is dont give me Haldol Im allergic and
I told her to request my medical records via fax. So me
being held down and given a sedative Im allergic to against
my will Is barbaric. This Is medical malpractice for a healthcare
professional that recieves a patient for a pyschiatric evaulation
and the patient Informs the medical professional of a known
drug allergy to a pyschiatric medication. Yet the patient gets
restrained, held down, and this medical professional administers
the same drug the patient just told this professional their allergic
to Is unheard of. Regardless what an officer recommends he
cant Instruct a medical professional In regards to what medical
treatment a patient should recieve. Because that Is not these
officer's field of expertise. These officers didnt specialize In medicine
their job Is to enforce the law. If that was the case they would
be allowed to administer sedatives to uncooperative persons In custody
or being detained. So when these officers made the decision that the
person they were dealing with needed medical treatment they

made no error by handing over that person to a medical professional. Because they are not certified to provide medical services they are not medical professionals. So when a person IS handed over to a healthcare professional for treatment they are responsible for the person that IS put In their care. So when a patient. In the hospital's care Informs a nurse of a known drug allergy. That person's claim should be verified or proven to be False before administering the very same drug the patient stated that they was allergic to. Obviously a medical Professional knows how fatal It can be to administer a drug that a patient has allergic reactions to. So when the healthcare professional was notified of a known drug allergy and refused to obtain the medical records of the patient before proceeding with any treatment. This Healthcare professional provided Improper treatment to the patient which IS medical malpractice. After I was deliberately provided Improper treatment I was sedated and didnt wake up until the next day. I woke up and asked the nurse who was In the room "How did I get here". She stated you was fighting with the staff and they gave you something to calm you down. So I told her the reason I was combative while I was restrained was before I got on the gurney I Informed the nurse I was allergic to Haldol and the nurse told me I will still be Injected with the drug. I told her I was allergic to. She then asked me what happens when your given haldol? I told her my airway closes up and Im almost choked to death why? She told me you were given haldol but lucky for you no reaction occurred. I asked why would I be given a drug I Informed the nurse I was allergic to. She said I dont know but at least you didnt have a reaction to It. I Shook my head then said the hospital staff actually held me down forcefully to administer a drug I Informed them I was allergic to. I stated "I coulduc die this IS unacceptable". I told her I would like to be alone and she told me where the remote was so I can change the tv. since this Incident Ive been brought back to this hospital numerous times for Pyschiatric evaulations. no matter how uncooperative with the police I will be before being admitted I was never aggressive with the

to inform them of any known allergies or allergens. Even before the patient receives a meal. If the patient is capable of speaking that patient should be asked what are their food allergies. Just to ensure that patient doesn't receive anything that's already known to that patient that will cause injury or death. This should be a policy of HHC and for it not to already be a policy is beyond belief. Failure to enforce this policy is a failure to train and supervise. If HHC does train their employees to follow this procedure there should be supervisors above the doctors and nurses making sure this policy is followed. Especially considering the amount of hospitals they run and patients that come under this care. For HHC not to enforce this policy is shocking. Because it would be the cause of widespread preventable deaths throughout their hospitals. HHC hospitals should have a zero tolerance policy that results in employment termination for doctors and their supervisors allowing this type of conduct to exist within a hospital environment. Since it can result in the injury or death of a patients. So a patient informing a hospital staff of a known drug allergy and that patient still receiving that same medication that act falls substantially below accepted medical standards. Which whoever committed that act employment should of been terminated and action should be allowed to be taken against the hospital administrators that allowed this dangerous conduct

Negligent training and Supervision claim

claim #1
against HHC        New york city Health and hospital corp. has a duty to train
all employees that work for them. HHC knows that failure
to do so can result in the insury or death of a patient.
Employees should be trained in a vest range of medical
safety procedures and medical procedures that will minimize
a patient risk of dying due to being under the care
of an unexperienced doctor. a Doctor employment should
also be terminated when they are found to be in violation
of any of these safety procedures. also all of the Doctors
actions should be scrutinize as they happen and under
review to make sure the doctor is making decisions that
are in the best interest of the patients in their care.
To accomplish this goal if a doctor is performing
surgery they should be assisted by a more experienced
surgeon to prevent complications. when a doctor gets
assigned to a patient that reues a decision about
that patient before that order is executed it should be
reviewed by a more experienced doctor. Just to ensure
every safety procedure is being followed and none is
overlooked. If a patient informs a hospital staff, nurse
or docter of a known drug allergy they have a duty
to list that medication in that patient records as
a known allergy if its not already listed. futhermore
prier to administering any medication whether it will be
injected or taken orally ; HHC has a duty and employees
that work for them should be trained to ask a patient

Date: June
6, 2016

Claims against HHC

reasonable degree of accuracy.

Doctors/nurses notes relating to reasons for commitment:

Pg. 9 of 37

Suicide/Homicide: suicidal? no   Homicidal? no   liling

Pg. 15 of 37

agitating circumstances: patient threatening

Pg. 16 of 37

Danger to others evidence: severly agitated behavior, loud and verbally
abusive and not amenable with redirection.

Pg. 17 of 37

Primary Diagnosis: unspecified Psychosis
medical necessity: significant danger to self or others

Pg. 18 of 37 | History of Present Illness

Pt is a 23 yo BM with unknown Psychiatric hx B:B EMS after
he became disruptive in a chinese restaurant, did not pay for his food
and started breaking things. At arrival Pt. is agitated, threatening
NYPd (he is not in custody) and unable to cooperate, He was placed

Claim #1
against
M.D. Frene
cheput

Violation of Substantive Due Process and not complying
with MHL 59.40 Standards for
Involuntary commitment

An Involuntary civil commitment is a "massive curtailment of liberty," Vitek v. Jones, 445 U.S. 480, 491, 63 L. Ed. 2d 552, 100 S. Ct. 1254 (1980) (Internal quotation marks omitted), and it therefore cannot permissibly be accomplished without due process of law, See id. at 492; O Connor v. Donaldson 422 U.S. 563, 580, 45 L. Ed. 2d 396, 95 S. Ct. 2486 (1975) (Burges C.J. Concurring); Project release v. Prevost, 722 F. 2d 960, 971 (2d cir. 1983) ("Project Release"). As a substantive matter, due process does not permit the Involuntary hospitalization of a person who is not a danger either to herself/himself or others.

Unless an assessment of whether or not an Individual was dangerous to himself or herself was made on a reasonably competent basis, doctors cannot be found to have complied with either N.Y. Mental Hyg. Law 39.39 (1988 and supp. 1994) or the requirements of due process.

Due Process does not require a guarantee that a Physicians assessment of the likelihood of serious harm be correct or that the dangerousness to oneself or other requirement be manifested by a recent overt act. Due Process does demand that the decision to order an Involuntary emergency commitment be made in accordance with a standard that promises some

Date: Since

16, 2016

Claims against MD France

Chaput

Note: Medical records tailored to justify an involuntary commitment. Forcefully medicating. Records should only facts describing patients conduct prior to those acts being committed describes a patient that was in restraints from arrival to 30 minutes after being sedated not capable of physical harm because of restraints. Furthermore it only describes a patient being verbally abusive to NYPD officer yet not being homicidal or suicidal. It states in the record patient was violent but doesnt describe violent conduct. It states patient was threatening NYPD and staff but fails to state what threats were made. It doesnt even go in to detail about the substance of the statements that were allegedly made that got the patient categorize as violent. The patients alleged conduct that was used to justify involuntarily committing the patient or sedating the patient is not supported by the facts.

Patient suffered an emotional injury from the defendant's breach of duty which unreasonably endangered that Patient's physical safety. Under New York Law, a cause of action for NIED under the "direct duty theory" arises "If the plantiff suffers an emotional injury from defendant's breach of a duty which unreasonably endangered her/his own physical safety (see Mortise v. United States, 102 F.3d 693,696 (2d cir 1996) (citing Kennedy v. McKesson Co. (58 N.Y.2d 500). which caused the plantiff to fear for his or her own safety (see Green v. Leibowitz, 118 A.D.2d 756). Now the plantiff understands this duty must be specific to the plantiff, and not some amorphous free-floating duty to society (see Mortise, 102 F.3d at 696 (citing Johnson v. Jamaica Hosp. 62 N.Y.2d 523). However a hospital duty to not to administer a medication which the patient is allergic to is a duty owed to the patient and it is the hospital responsibility to find out the patient allergics before administering any medication or provding any meals.

claim #2                    Negligent Infliction of Emotional Distress

against

HHC              HHC hospitals has a duty to patients under their care

being provided medical services from one of these hospitals to require

their employees to find out either from the patient or that

patients records what that patient known allergies are before

administering any medications or providing any meal. This

duty owed to patients under their care ensures improper

medical treatment is not given and any injury or death

is not caused from preventable medical mistakes. When

a patient informs a Doctor they do not want to be

medicated and there is no medical necessity to

forcefully medicate; that patient shouldn't be medicated.

When a patient informs a hospital of a known allergy

it should be a policy that it is included in that

patients records of known allergies and not given to

that patient under no circumstances. To administer a

medication that a patient informs the hospital staff

is a known drug allergy is a breech of the hospitals

duty and shows the hospital employees acted with

deliberate indifference to the patients physical health /

well being. So when a hospital is informed of a known allergy,

patient tells hospital staff he does not want to be medicated

especially not medicated with a drug that person is allergic

to, the Doctors orders the patient to be placed in ankle/wrist

restraints, the person cries and begs the doctor not to

medicate him with the medication that a known allergy. Fearing

for his life, and the hospital still administers this drug. That

to take place at one of their hospitels by one of their employees. The record shows this hospital was informed and no action was taken. Go to page 80 of 37 of the records which corroborates the allegation. In the last sentence. That type of conduct should not be allowed to go on at all but to be reported yet not investigated is a whole another matter.

hospital staff except for this incident. Since then they even listed haldol as a known drug allergy. This is usually such a good hospital I dont understand why this nurse that night would Ignore me Informing her of a known drug allergy, have me relive the fears of being Injected with a drug I had a near death experience with, and get the staff to Forcefully hold me still so she can administer the sedative as I beg her not to Informing her "Im allergic I can die". I really dont understand why I was subjected to that type of treatment that night their usually such good people, and a great caring hospital. However I could've had a reaction and died. I should've of never Forcefully been given a drug (sedative) I Informed the nurse I was allergic to.

Signature                                    Robert Jurech
Date:                                        3/28/2016

Claims against Parties
listed

Date: Sept. 11
2016

HHC:

Claim 1: Negligent training and Supervision

Claim 2: Negligent Infliction of Emotional Distress

MD France chaluti:

Claim 1: violation of Substential due process / Involuntary commitment

Claim 2: violation of Procedural due process

Claim 3: Force medication / RN Maria D. Marquez

City of New york / unknown officers:

Claim 1: violation of 4 amendment Protection from Unreasonable Searches and Seizures

Claim 2: False arrest

Claim 3: Malicious abuse of process

Claim 4: Failure to train /Supervise

In wrist and ankle restraints and was given Haldol 5 mg Im
and Ativan 2 mg Im. He cannot be interviewed at this time
due to sedation.


Pg. 19 of 37


violence risk factors: agitated, Hostile, Recent violence


Pg. 20 of 37


aggressive Ideation: violent thoughts

aggressive Ideation (more): was threatening NYPD


Pg. 27 of 37


Evaluation (wp): Patient was not a danger to self or others


Now pursuant to N.Y. Mental Hyg. Law §9.40(a) (2009), a comprehensive
psychiatric emergency program can retain a person for a period of
seventy-two hours when the Individual is alleged to have a
mental Illness for which Immediate observation, care and
treatment In Such program Is appropriate and which Is likely
to result In Serious harm to the person or others. Under N.Y.
mental Hyg. Law §9.39(a), a hospital can admit a person
on that same basis and retain him for a period of fifteen days.
N.Y. Mental Hyg. Law §9.39 (a) requires that this finding
be made before the Individual is committed for an extended period
of time.

A doctor's decision to commit someone involuntarily under the new york mental hygiene law does not ordinarily involve matters within the layman's realm of knowledge. whether it violates a person's right to substantive due process turns on the meaning of the facts which typically must be interpreted by expert psychiatrists and psychologists. A plantiff bears the burden of producing competent evidence, typically in the form of expert testimony, regarding applicable medical standards and the defendant's alleged failure to meet those standards.

Now even though the facts to determine if a doctor has met the mhl requirements has to be interpreted by an expert. There is certain facts in the medical records that the court should be aware of that clearly don't meet those requirements.

The two main requirements of the mhl is (1) the patient has to have an alleged mental illness for which immediate observation, care and treatment is required (2) That mental illness is likely to result in serious harm to the person or others.

The only mental illness the Doctor stated was the patient was threatening NYPD and he's not even in custody. It should be noted that substance of alleged threat or threats was never stated. The threats only exist in the record because doctor said

they were made but it was never described what
was said.

Secondly, the patient was deemed not to be sucidal
or homicidal but on pg.17 of 37 Docter filled in medical
necessity blank stating patient was a significant danger
to self or others. It should be noted there was no observed
behavior to support this claim. Other than threats that
were made allegedly but never written down describing
what was said.

However for the competent evidence requirement an expert
should interpret these facts I guess.

Procedural due process

Claim #2
against
M.D. France
Chaput

The city doctor defendant violated my rights to due process before being deprived of a Liberty Interest because they failed to comply with the requirement of M.H.L. 59.40

The Second Circuit has recognized that Involuntary Commitment to a mental hospital cannot be executed by the State without due process of law (Project Release v. Prevost) 722 F.2d 960,971 (2d cir 1983) (citing o'Connor, 422 U.S. at 580 (Burger, C.J. Concurring)

Since none of the relevant provisions of the M.H.L. was followed, a procedural due process violation has occurred.

Just as In the Substantial due process violation an expert shall determine If the MHL requirements was met before a Procedural due process violation can be decided. .....

However It clearly evident the requirements was not met.

The Patient was released In under 24 hours and It was determined after the Patient (myself) came out of Sedation by a second evaluation which was actually the First Full evaluation that Patient was not a danger to himself or others. (Pg. 27 of 37) Patient was released after that.

claim #3                          Force Medication

against

M.D. France        I was brought to Bellevue Ed In handcuffs. The officers

Chaput/            that brought me there seized me for no reason. They did

R.N. Maria         Not have probable cause to believe I was a danger to

marquez            myself or others to effect a warrantless seizure for the

                   purpose of Involuntary hospitalization. I was In the middle

                   of reporting a crime to the police when police officers

                   drew their weapon and arrested me for the purposes of

                   Involuntary hospitalization without probable cause. An ambulance

                   was called and I was taken to the hospital when I

                   was brought In to the emergency dept. I was approach

                   by an admitting Psych doctor France Chaput while I was

                   with the officer that was detaining me. The officer told

                   the doctor I was brought to the hospital because I didnt

                   pay for my food and was breaking things. I informed the

                   doctor I paid for my food, Im not In custody, I was only

                   arrested because the police tried to Intimidate me, and

                   nothing Is wrong with I want to go home. She asked

                   him If I was under arrest and he said no. Then he

                   said give him something to calm him down he's acting

                   up. I told the doctor Im not consenting to be given

                   any medication, There's no reason to comm.t me, and

                   I want to go home. I then asked the officer to unloosen

                   my handcuffs he stated no. I told him you do not

                   have me under arrest but you dont want to unloosen my

                   handcuffs. He stated you dont tell me what to do. I

                   called him a cuss word (a female dog). The Doctor said

sir I guess to tell me to watch my mouth. I told the doctor my wrist are going numb my cuffs are too tight. The officer said a smart remark stating "your talking like that and you think your going to get your handcuffs unloosered. That made me mad because I was In unbearable pain and he was making smart remarks. So I cussed at him again calling him the same cuss word. He was abusing his authority. He seized me for no reason, handcuffs me unreasonably too tight, brought me to the hospital, and was trying to Influence the doctor to commit me not unhandcuffing me even though I wasn't under arrest. When I cussed at him the second time the nurse told him she would give me something to calm me down. I told the nurse I don't want any medication and Im not consenting to be given any medication. The Doctor kept reassuring the officer disregarding what I was saying. I told her I don't want any medication and I don't give me Haldol Im allergic. She said how do you know about Haldol. I told her Im allergic the last time I was Injected I almost died. The cop stated "your not so tuff now". The Doctor then said I don't think your allergic I just think you don't like what it does. I told this doctor I don't want any medication and now she kept on talking me about Injecting me with a medication I told her I was allergic to. I didn't understand and I was becoming annoyed by her having this conversation with me, I Informed the doctor Im from north carolina and you can fax

Holly Hills hospital for my records. I told her I don't want any medication and do not give me Haldol. She said "I think we need ankle and wrist restraints for you since your denying medication. She told one of the nurses to tell the staff bring a hospital gurney with ankle/wrist restraints he's refusing medication. Now Psychiatric patients have a "significant liberty interest in avoiding the unwanted administration of antipsychotic drugs under the Due Process clause of the Fourteenth amendment (See washington v. Harper, 494 U.S. 210). This Doctor needs to obviously be retrained because once patients are admitted to the psych ward involuntarily we are treated like we have no rights. I told this doctor Im not consenting to be given any medication and Im definetely not consenting to taking medication Im allergic to, yet this doctor orders a gurney with ankle/wrist restraints, disregards me stating I do not want to be medicated, gets the staff to hold me still to administer medication to me against my will, and its ok because Im a mental health patient, Now even though its well-settled that a patient's liberty interest in not being involuntarily medicated is overridden in an emergency, where failure to medicate forcibly would result in a substanial likelihood of physical harm to that patient, other patients, or to staff members of the institution (See Odom v. Bellevue Hosp. ctr, 93 civ. 2794). Once a patient declines being medicated and they do not give consent to be medicated, Especially to a medication they are allergic stating I

dont want that medication at all under no circumstances.
a Doctor has to find a medical necessity to justify
forcibly medicating. Now this doctor stated I was
a significant danger to self or others when she
documented the medical necessity reason. However
somebody thats in ankle/wrist restraints laying
on a hospital gurney its not capable of causing
harm to themselves or others. They do not have
the use of their hands or feet and does not pose
a threat to nobody including themselves. Now this
hospital tried to cover up what went on in the
medical records trying to justify the medical necessity.
RN Maria Marquez off the Doctor's order forcefully medicated
me. Its in the records that I was threatening the staff
but all I did was tell them Im allergic to the medication
the Doctor trying to force me to take. Nobody spoke up
For me and they all help assist this doctor to forcibly
medicate me for no reason. At the time I was forcibly
medicated I was on a hospital gurney on ankle/wrist
restraints. I did not pose a harm to myself, other patients
or the hospital staff yet they all help this doctor
Forcibly medicate a patient that denied consent to be
medicated and there was no need to forcibly medicate.
This cant be justified since I didnt give consent
and didnt pose a harm to anybody including myself.
my rights was violated and RN maria marquez tried
to help the Doctor cover up the forcible medication
Incident. By changing the order of events unacceptable.

Evidence of Falsified Medical

Date: June 11,                    records

2016

Since It would be Impossible to Justify the medical
necessity of forcibly medicating a patient In ankle/wrist
restraints that's being restrained by those devices
on a hospital gurney, Mainly because someone on a
hospital gurney In ankle/wrist restraints couldn't possibly
be a harm to anyone Including themselves. For the reason
that they no longer have the ability to use their hands
and feet, Its being restrained. RN Maria Marquez had the
audacity to change the order of events to help Justify
the medical necessity finding of the patient being a
Danger to self or others, She Documented the patient
was medicated first then placed In ankle/wrist restraints
to Justify the Doctor, Nurses, and staff actions, which forcibly
Medicating a Patient already restrained In ankle/wrist
restraints on a gurney would not be Justified because
that patient Isn't capable of physical harm to anybody
Including themselves. So there wouldn't be a medical necessity
and Forcibly medicating that person would not be
Justified.

Evidence corroborating

my allegations

Pg. 18 of 37

History of Present Illness.

Pt is a 23 yo BM with unknown psychiatric hx B:B
Ems after he became disruptive In a Chinese restaurant,
did not pay for his food and started breaking things.
at arrival pt is agitated, threatening NYPD (he is
not In custody) and unable to cooperate. He was
placed In wrist and ankle restraints and was given
Haldol 5 mg and ativan 2 mg. He cannot be
Interviewed at this time due to sedation.


Pg. 16 of 37


Nursing progress note w/care plan (psych)


progress note (wp): Patient was uncooperative on arrival.
patient was uncooperative on arrival. Patient combative
and threatening staff yelling and cursing. Patient was
medicated with ativan 2 mg Im stat and Haldol 5mg
Im stat @ 2110 and wrist and ankle restraints 2110-2145.


                    Maria D. Marquez, RN (26 Dec 13  2042)


RN Marquez tried to change the correct order of events to
justify the forcible medication. Even adding patient was threatening
the staff. It should be noted the medical records when M.D.
France chaput/RN Maria Marquez was working never stated Patient
denied consent to be given medication or Informed them
of his known allergy to Haldol. It was deliberately excluded
from the events of that night.

Date: June
11, 2016

Claims against city of
New york / unknown
officers

claim #1                    unreasonable seizure claim
against                        violation of Fourth
Unknown                          amendment
officers/        I was brought to bellevue Ed In handcuffs. The officer
City of      that brought me there seized me for no reason, I was in
New York     the middle of reporting a crime to the police when I had
             weapons drawn on me and handcuffed, when I Informed the
             officer I'm not guilty of any crime you cant take me to Jail.
             He stated "your right thats why yous going to the hospital.
             Ems was called and I was transported to the hospital.
             A warrantless seizure for the purpose of Involuntary
             hospitalization may be made only upon probable cause,
             that Is, only If there are reasonable grounds for believing
             that the person seized Is dangerous to herself/or others
             (see anthony v. City of N.Y., 339 f. 3d 129). Now somebody
             that requesting their correct change back, tell officers
             to review the cameras to prove he's telling the truth not acting
             d'sorderly, Officers state their not reviewing the camera tells him
             to leave, Person states I need my change Im not leaving, has weapons
             drawn on him, his peyed for food smacked out of his hand, and
             arrested does not meet that criteria, a person should not
             be considered a danger to himself or others because he request
             his correct change from a restaurant he bought food from.
             Furthermore when officers arrive the person Informs officers
             that the restaurant has video surveillance and he wants
             the officers to review the footage to prove he In fact handed
             the cashier a $20 bill. Officers telling that person to leave
             and forget about $10 worth of change Is not justified.

officers then Drawing their weapons to Intimidate this Person to forget about his change is unreasonable. any Person Inrocent of a crime would ask these officers what is the purpose of their weapons drawn are they trying to kill them. Remind you this Person wes sust reporting a crime to these officers and asking them to Investigate. So told to leave and being threaten with fully loaded firearms by the Police In a Public Place had me confused. I only asked was their Intentions of drawing their weapons wes to kill me because I couldnt bring myself to believe Police officers would drew their firearms to Intimidate a citizen not to report a crime. So after the weapons was drawn I having my Payed for food Snached to ground after my rother just sent me that money, and being arrested my Second day in New york did not make Sense. At the time I wes arrested I was not a danger to my Self or others and this wes an Unlawful Seizure. which IS a violetion of my Federal Protected rights of Unreasonable Searches and Seizures. My 4th amendment right guaranteed to me by the U.S. constitution.