Claim #2                                          False arrest

against

Unknown            At the time I was arrested I was told I was not

officers/City      under arrest for any crime. The officer told me I was going

of New             to the hospital even though I did not give consent to be

York               taken to the hospital. A warrantless seizure for the purpose

                   of Involuntary hospitalization may be made only upon

                   probable cause, that is, only if there are reasonable grounds

                   for believing that the person is dangerous to himself or

                   others. Now at the time I was arrested I was not trying

                   to harm myself or anybody else. I was in the middle of

                   reporting a crime, which officers tried to intimidate me

                   not to report by drawing their weapons, and then arrested

                   me because of it. Seizing and arresting a person for the

                   purpose of bringing them to the hospital for Involuntary

                   commitment when they are not a danger to themselves

                   or others is unconstitutional. It also constitutes a

                   false arrest. At the time of my arrest the officers did

                   not have probable cause to arrest for a crime or for the

                   purpose of involuntary hospitalization.


                   To state a claim for false arrest under New York law,

                   a plaintiff must show that (1) the defendant intentionally

                   confined the plaintiff (2) the plaintiff was conscious of

                   the confinement (3) the plaintiff did not consent to the

                   confinement, and (4) the confinement was not otherwise

                   justified.

Malicious abuse of

Claim 3:

Process

City of New

York/unknown                Involuntary hospitalization of a citizen is authorized

officers        when a citizen is a danger to themselves or others. If

a citizen is not a danger to themselves or others then

Pg. 1 of 4      Involuntary hospitalization is not authorized. Now the

Series of events that lead to the Involuntary hospitalization

of the Plantiff did not meet that criteria. When the officers

arrived on scene at the restaurant in question, the Plantiff

had received his meal he ordered from the restaurant and

was simply requesting his correct change back from the

cashier. The Plantiff(myself) ordered a meal that came up to

$6.94 and paid with a $20 dollar bill. Now when the Plantiff's

meal was finished being prepared and was given to the

Plantiff the cashier handed back $3.06 In change to the

Plantiff. The Plantiff took the food, Informed the cashier

of the mistake, told the cashier to review their video footage

If she doesn't believe him, and that he would like his change

back. The cashier Insisted she was handed a $10 dollar bill

and told plantiff she's not reviewing the footage. The cashier

then threatened to call the police In which the plantiff consented

to, so there wouldn't be any complications In receiving his correct

change. Now when the officers arrived the plantiff updated these

officers on the situation and asked the officers to order the

restaurant to run the video footage back of the transaction to

Prove the cashier did in fact receive a $20 dollar bill from the plantiff. The officers then looked at the cashier and

Pg. 2 of 4  Informed her she doesn't have to run the video footage of the incident back. Then these officers looked at the plantiff and aggressively told him to leave. When the plantiff informed the officers he's not getting robbed and is not in a steble financial position to leave without his change. The officers grabbed their guns threatening the plantiff with deadly force if he didnt leave without his change. At that moment the plantiff informed the officers "I've done nothing wrong". The officers then knocked the plantiff's meal out of his hand, seize the plantiff, handcuffed him, placed him in an ambulence, and transported the plantiff to Bellevue for involuntary hospitalization. When the plantiff was brought in the ER the officer that brought him in the hospital told the admitting psych MD France Chaput to give the plantiff something to calm him down. Now even though involuntary hospitalization is a perfectly legal process that is authorized when a citizen is a danger to themselves or others, this process is not supposed to be implemented for improper purposes. When these officers where informed of the situation the correct procedure was to order the restaurant to run their video footage back. Instead these officers used the legal process of involuntary hospitalization to remove the plantiff from the establishment to prevent the plantiff from receiving his correct change and told the admitting doctor to administer antipsychotic medication

against the Plantiffs will because the plantiff didn't comply
with the officer's request to leave. These officers used
the otherwise legal process of Involuntary hospitalization
In order to Forcefully remove a citizen from an establishment
that Stole from him without Investigating the criminal act.
If these officers would of ordered the restaurant to rewind
their video footage of the incident, It would of substantiated
the Plantiff's allegations of the establishment not providing
him with the correct change. which If the Proper Procedure
was Implemented, the Plantiff would've received his correct
change and returned to his residence. Since a more
logical way of solving the problem wasn't implemented, the
Plantiff constitutional right were violated. The Plantiff
was Involuntarily hospitalized for requesting his correct
change back and Forcefully medicated because the admitting
Prsch consented to officer's request to give plantiff
Something to calm him down. The Process of Involuntary
hospitalization of a citizen IS Implemented only when a
citizen Presents a danger to themselves or others. These
officer's maliciously abused this Process of Involuntary
hospitalization In order to force a Plantiff, that was
reporting the criminal act of petty Larceny against
an establishment, to be removed from the establishment
without receiving what was taken from him. Then these
officers had the audacity after they unlawfully transported
the Plantiff For Involuntary hospitalization to tell the

admitting Pysch that the Plantiff didnt Pay for his
food, was breaking things, and suggested the admitting

Pg. 4 of 4    Pysch give the Plantiff something to calm the Plantiff
down In which MD Frence chaput consented with the
officer's request. Even though any person with common
sense would find the officer's story Implausible because
even though the plantiff was being accused of criminal
acts, the defendant was not In custody or being charged
with any crimes. These officers maliciously abuse the
process of Involuntary hospitalization for purposes
other than what It was originally Intended for.

Claim 4:
City of New
York/Unknown
Officers

Pg. 1 of 3

Failure to train/
Supervise

New york city's failure to train their employee's to confront the very simple problem of a business handing a customer the wrong change causes a situation that if the responding officers are not properly trained, it will cause a citizen thats guilty of no crime or mental illness to get their rights violated. Since thousands of money transactions occur every minute in New york city this is a forseeable problem in which the city's police officers need to receive proper training. If an officer is not adequately trained to properly handle this type of situation, a wrong choice or incorrect handling of this situation can frequently cause the deprivation of a citizen's constitutional rights. which shows the city acted with deliberate indifference to the rights of its inhabitants by not adequately training city employee's that will be dispatched to such a forseeable incident. Now if the city's employees are properly trained but certain officers are violating citizen rights without being disciplined the city is still acting with deliberate indifference to its inhabitants. Because by subjecting the city's inhabitants to this undisciplined tort feasor that will be dispatched with other officers it's forseeable that this officer will bend the rules, while enforcing the law to obtain certain results, which if

Pg. 2 OF 3

tolerated by his or her employer will cause other employee's conduct to become more similar to the tortfeasor because they can have a higher arrest rate and wont be subject to any penalties for violating the rights of citizens. To a degree where the conduct of these officers would be so persistent and widespread that they practically have the force of Law. There are two ways for city employer's (officers) to remedy a situation where a customer gets Incorrect change. Either one of these ways will remedy the situation but first one will always work. NOW If the city employee Implements both methods If available (every store doesnt have video surveillance), shows the customer that the Store IS not at fault, then and only then IS the officer Justified In taking Further action If the customer's behavior IS beyond Irrational. The First method IS a city employee knowing every cash register has a function that shows the exact amount of money thats In It at any given time closing It out. So If the total amount IS $800 and after the cashier manually counts the total sum of money lets say It comes out to $820. If the customer states they gave the cashier a $50 bill Instead of 3 $10 doller bills, It obvious because the count IS off but If the count IS right the customer has to be mistaken. The Second method IS If the business has video Surveillance the cashier doesnt have to close out the register. Instead the cashier can simply run the video footage back showing

Pg. 3 of 3

what currency was handed over. Now when the officer's arrived on scene and didnt require the restaurant to close out the register or show the footage. That shows the officer's were inadequately trained or purposely violated the Plantiff rights by arresting him for Involuntary hospitalization. In absence of Implementing the close out method or reviewing the Footage method, Its either the citys at fault because of failing to train officers to confront situations bound to happen which will Frequently cause the deprivation of many Citizens constitutional rights or the Individuals officers are at fault by purposely not Implementing standard procedure for this type of situation and Improperly using the Involuntary hospitalization process to remove a customer that was stolen from by an establishment because they show prejudice to the Plantiff claims which they refused to look into further. Now If the city Is aware of such misconduct and does nothing to prevent It then the city IS also liable for the conduct of well trained officers because of Its failure to discipline Its employee's showing deliberate Indifference to conduct of Its employees that so persistent and widespread It has the force of law.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I sustained constitutional and Emotional Insuries as a direct
result of these events.

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

Im Suing For violations of my 4th and 14th amendments.
For the amount of $10,000,000 (10 Million Dollars).

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 6/12/2016 | *Robert Lusch* |
| Dated | Plaintiff's Signature |

| Robert | D | Lusch |
|---|---|---|
| First Name | Middle Initial | Last Name |

Manhattan Detention Center   125 White Street
Prison Address

| New York | NY | 10013 |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing:   6/12/2016

**FRANKLIN CORRECTIONAL FACILITY**
P.O. BOX 10, 62 BARE HILL ROAD
MALONE, NEW YORK 12953

Robert Lorch D.N : 16A2468

FRANKLIN

☆

CORRECTIONAL FACILITY



neopost
09/13/2016
US POSTAGE $008.
ZIP 12
041L112

United States District court
Southern District of New York
500 Pearl street
New york, NY
10007

RECEIVED
SDNY PR‑‑‑‑
016 SEP 15 AM 10: 26
S.D.

S.D. OF N.Y.

USM
SDN

To whom It may concern:

Date: Sept

10, 2016

16-CIV-3835
(CM)

Pg. 1 of 3

In writing this court to provide evidentiary support for my claims of negligent training/supervision and NIED against HHC. Included IS my Bellevue Hospital medical records, not of the Incident In question, but of the record showing my medication allergy to Haldol. MD France Chaput must not have followed regular procedure the night she ordered RN Maria Marquez to forcefully Inject me with this medication or HHC must have made this procedure optional Instead of a policy that must be followed by all of their employee's with patients under their care. Because Its hard to understand why one Doctor will follow procedure and another Doctor employed by the same employer would disregard Its policy. If HHC had better supervision of their employee's authorized to order medication that will be administered, this Incident would of been prevented when It arose. By having supervisors make sure every safety measure IS implemented by the doctor before ordering any medication that will be administered will help these types of Incidents from occurring. also If HHC had better trained their employee's this type of mistake would not of occurred In the first Please. To better understand why the plaintiff (myself) which was under the care of NYC HHC would be given medication

S.D. OF N.Y.

2016 SEP 16 AM 10:27

SDNY PRO SE OFFICE

RECEIVED

Pg. 2 of 3  In which I Informed these HHC employee's I was allergic to. I need for the court to order HHC to Provide the court and myself(The Plantiff) with the standerd rules, guidelines, or policies that must be Followed by Doctors before ordering any medication For patients under their care. which will clarify whether this event occurred due to lack of training of NYC HHC Doctors or Poor Supervision of a Doctor that acted with deliberate Indifference to a patient's physical well being by Injecting the patient with a medication the patient Informed the Doctor was a known drug allergy causing the patient to Fear For his life triggering the Plantiff's (myself) Need claim. HHC has a duty not to administer any medications thats already known to the patient to cause an allergic reaction. That duty was breached Dec 26, 2013 when MD France Shaput ordered a medication, known to the patient to cause an anaphylaxis, to be administered against the patients will. While the cried not to be Injected with this medication; HHC employee's disregared the patient's numerous attempts to Inform the Doctor, nurses, and staff of a known medication drug allergy causing the Plantiff to unreasonably Fear For his life. For a Patient to Inform a hospital he's allergic to a specific drug In which that hospital puts the patient in restraints, and administer that same drug against his will is

Unreasonable.

Pg. 3 of 3

Medical records already submitted | . Dec 2013 Bellevue records (Documentation of Incident) . MDC/Rikers Island records (showing allergy) . Feb 2015 Bellevue records (showing allergy/Included).

Medical records waiting to be received | . Holly Hills Hospital (Documentation of allergic reaction Incident) . Cape Fear Hospital (showing allergy) . Central regional hospital (showing allergy) | Remaining records waiting to be received from North Carolina

Thank you,

Signature : ~~Robert Lurch~~

Initials: R.L.

Print : Robert Lurch

Date : Sept. 10, 2016

Docket # : 16 CV 2517

Document Prediction

Date: Sept 12, 2016

I would also like for the courts to order the city of New York to provide the court and the Plantiff with the city's policy on what rules or procedures officers must follow when confronted with the situation of a customer not being provided with the correct change when their dispatched to this type of situation, which will help me to determine if this constitutional Injury occurred due to Inadequate training or poor supervision of employees that lack in the Integrity area.

Thank you,

Signature: Robert Lusch

Print: Robert Lusch

Initials: R.L.

Date: 9/12/2016

Docuet #: 16cv2517

S.D. OF N.Y.

2016 SEP 16 AM 10:27

SDNY PRO SE OFFICE
RECEIVED

Evidence production

Date: Sept. 12, 2016

Since I'm asserting a Monell claim, I would like for the court to order the city to produce documents of Internal affairs files and civil actions (Federal claims) Files concerning Investigations/civil actions against city dealing with Police misconduct Incidents for the unknown officers when their identity is reveled, 10th Precinct (since that where the Incident tean place), and adjoining precincts connected to 10th precinct from the year 2010 to 2016. These IA files and Pending/settled Information on lawsuits against the city for officers in these areas will help support my Monell claim. It will help show that for the city to know of tortuous conduct of Police officers and failing to discipline these officers causes the deprivation of citizen's in these area constitutional rights. Which show the city showed complete disregard for the consequences of their actions knowing that not retraining these officer and tolerating these actions, allows this type of conduct to grow and spread. This subsequent acceptance of this dangerous behavior by the city causes it to become so widespread it has the force of law. Which will prove the city unwritten preexisting policy (practice) as required to support a Monell claim for municipal liability,

Thank yeo,

Signature: ~~Robert Lorsch~~

Print: Robert Lorsch

Date: 9/12/2016

Docket: 16cv2517

Initials: R.L.

Printed:14 Aug 15  1045:09

Bellevue Hospital Center
462 First Avenue
New York, NY 10016

```
-------------------------------------
|MRN:3598032                        |
|Patient:Lurch,Robert               |
|DOB:11/28/1990    Sex:M  Type:EP   |
|                                   |
|Visit Date:02/24/15 Visit# 3598032-6|
|Location:emergency                 |
-------------------------------------
```

Page  1 of 16

Outpatient Chart Print

====================================================================

**All Events**

--------------------------------------------------------------------

Tue, 24Feb 0626 BHC Scanned ER records            Status: complete
Scanned ER Notes          : see scan result (see image #2)
Comment                   : signed er consents
                           Merinda Joseph-Akowe(24 Feb 15  0628)

| Documentation History | Employee | Date/Time |
|---|---|---|
| documented by | Sig:Joseph-Akowe,Merinda | 02/24/15 06:28 |
|  | Admitting (ESOF) |  |

--------------------------------------------------------------------

```
Printed:14 Aug 15  1045:09        -------------------------------------
                                  |MRN:3598032                        |
Bellevue Hospital Center          |Patient:Lurch,Robert               |
462 First Avenue                  |DOB:11/28/1990    Sex:M  Type:EP   |
New York, NY 10016                |                                   |
                                  |Visit Date:02/24/15 Visit# 3598032-6|
                                  |Location:emergency                 |
                                  -------------------------------------

                                              Page  2 of 16

                    Outpatient Chart Print

========================================================================

                      All Events - continued
```

Tue, 24Feb 0628 ED Triage Note                    Status: complete
```
Last ED Visit          : 08/24/14 0531
Life Saving            : Complete Full Triage Note
Communication Method   : Direct Communication in English
Restraints             : No restraints or handcuffs on patient upon
                         arrival to ED.
Mode of Arrival        : walk
Chief Complaint        : c/o back pain , neck pain
Assessment             : awake , alert, respiration spontaneous and
                         unlabored, ambulatory
(Clinic Past Med/Surg Hx): see note
Past Medical/Surgical Hx : Bipolar,
Medications on Arrival : denies
Allergies - Medications : Med Allergy: Haldol Symptom(s): *throat
                         swelling Source: Self  Date/Time:
                         Thu, 19 Jun 2014  0641
Allergies - Other      : no known allergens
Domestic Violence      : Domestic Violence: no
Psych Risk Assessment  : None indicated at this time
ED Alerts              : None;
HIV Test Offering      : Offered and patient accepts HIV testing
HIV Test Ordered?      : yes
Blood Pressure         : 108/84
Pulse                  : 62
Respirations           : 18
Temperature            : 96.8 F (36.0 C)
Temperature Method     : Tympanic
O2 Saturation          : 98
Suspected Infection?   : no
Alteration of Mental Stat: no
Pain Screen            : Loc:Neck Back Intensity:6 - Moderate Pain
                         Scale:Numeric
ESI Level              : 4
Team Assigned          : AES Team 4
                         Sylwia Chmielewska, RN
                                    (24 Feb 15  0633)
```

```
Printed:14 Aug 15  1045:09
                                    ----------------------------------
Bellevue Hospital Center           |MRN:3598032                      |
462 First Avenue                   |Patient:Lurch,Robert             |
New York, NY 10016                 |DOB:11/28/1990    Sex:M  Type:EP |
                                   |                                 |
                                   |Visit Date:02/24/15 Visit# 3598032-6 |
                                   |Location:emergency               |
                                    ----------------------------------
```

Page  3 of 16

Outpatient Chart Print

=====================================================================================

All Events - continued

| Documentation History | Employee | Date/Time |
|---|---|---|
| documented by | Sig:Chmielewska,Sylwia, RN | 02/24/15 06:33 |
| | Nursing, Nurse - Registered | |
| | (ESOF) | |

24 Feb 15  0635   Routine HIV-1/2 Ab Rapid Screen (La       Status:cancelled
Cancel Comment       : Patient discharged,specimen not collected
                                        (24 Feb 15  0937)

| Documentation History | Employee | Date/Time |
|---|---|---|
| | | 02/24/15 06:33 |
| new pre-defined ordered by | | |
| cancelled | Sig:De Jesus,Yacaris  Virology, | 02/24/15 09:37 |
| | HIV Counselor (ESOF) | |

Patient
discharged,specimen not
collected
-----------------------------------------------------------------------------
Tue, 24Feb 0638 ED Assign Team/Location              Status: complete
Team              : AES Team 1
                     Maria Parco, RN     (24 Feb 15  0638)

| Documentation History | Employee | Date/Time |
|---|---|---|
| documented by | Sig:Parco,Maria, RN , Staff | 02/24/15 06:38 |
| | Nurse (ESOF) | |

-----------------------------------------------------------------------------
Tue, 24Feb 0641 ED Assign Team/Location              Status: complete
Team              : PEDS 1
                     Danielle Robotti, RN
                                        (24 Feb 15  0641)

| Documentation History | Employee | Date/Time |
|---|---|---|
| documented by | Sig:Robotti,Danielle, RN | 02/24/15 06:41 |
| | Emergency Department , Nurse - | |
| | Registered (ESOF) | |

-----------------------------------------------------------------------------

```
Printed:14 Aug 15  1045:09        ------------------------------------
                                  |MRN:3598032                       |
Bellevue Hospital Center          |Patient:Lurch,Robert              |
462 First Avenue                  |DOB:11/28/1990    Sex:M  Type:EP   |
New York, NY 10010                |                                  |
                                  |Visit Date:02/24/15 Visit# 3598032-6 |
                                  |Location:emergency                |
                                  ------------------------------------

                                                    Page  4 of 16

                      Outpatient Chart Print

==========================================================================

                      All Events - continued
```

Tue, 24Feb 0642 ED Full Registration                Status: complete
Full Reg Completed?       : Yes
                              Frances Saunders   (24 Feb 15  0642)

| Documentation History | Employee | Date/Time |
|---|---|---|
| new pre-defined ordered by | | 02/24/15 06:33 |
| documented by | Sig:Saunders,Frances  Admitting (ESOF) | 02/24/15 06:42 |

---

Tue, 24Feb 0643 ED Assign Team/Location             Status: corrected
Team              : PEDS 2
Location          : PES Exam Rm 11
                        Anna Corenthal, RN  (24 Feb 15  0652)

| Documentation History | Employee | Date/Time |
|---|---|---|
| documented by | Sig:Corenthal,Anna, RN Nursing, Nurse - Registered (ESOF) | 02/24/15 06:44 |
| corrected by | Sig:Corenthal,Anna, RN Nursing, Nurse - Registered (ESOF) | 02/24/15 06:52 |

---

```
Printed:14 Aug 15  1045:09        ----------------------------------------
                                  |MRN:3598032                           |
Bellevue Hospital Center          |Patient:Lurch,Robert                  |
462 First Avenue                  |DOB:11/28/1990      Sex:M  Type:EP     |
New York, NY 10016                |                                      |
                                  |Visit Date:02/24/15 Visit# 3598032-6  |
                                  |Location:emergency                    |
                                  ----------------------------------------
```

Outpatient Chart Print

================================================================================

**All Events - continued**

Tue, 24Feb 0654 ED RN Initial Assessment                Status: complete

| | |
|---|---|
| Vital Signs | : Vitals recently documented and reviewed |
| Pain Screen | : no change from last pain screen |
| ESI Level | : 4 |
| Chief Complaint | : c/o back pain , neck pain |
| Triage Assessment | : awake , alert, respiration spontaneous and unlabored, ambulatory |
| Pre-Hospital Tx | : None |
| Focused Assessment | : No apparent distress;  c/o neck and back pain, ambulatory, denies headaches or photophobia, c/o recurring "fungus" to hands |
| (Clinic Past Med/Surg Hx) | : see note |
| Past Medical/Surgical Hx | : Bipolar, |
| Medications on Arrival | : denies |
| Allergies - Medications | : Med Allergy: Haldol Symptom(s): *throat swelling Source: Self  Date/Time: Thu, 19 Jun 2014  0641 |
| Allergies - Other | : nc known allergens |
| Med Allergy(ies) Document: | : (Yes) Allergies reviewed or documented |
| Domestic Violence | : Domestic Violence: no |
| Psych Risk Assessment | : None indicated at this time |
| ED Alerts | : None; |
| Height | : 175 cm (69 in, 5'9") |
| Preferred Language | : English |
| Communication Ability | : Able to communicate |
| Language Used | : English |

Anna Corenthal, RN  (24 Feb 15  0656)

| Documentation History | Employee | Date/Time |
|---|---|---|
| documented by | Sig:Corenthal,Anna, RN  Nursing, Nurse - Registered (ESOF) | 02/24/15 06:56 |

----------------------------------------------------------------------

```
Printed:14 Aug 15  1045:09      ------------------------------------
                                |MRN:3598032                        |
Bellevue Hospital Center        |Patient:Lurch,Robert               |
462 First Avenue                |DOB:11/28/1990    Sex:M  Type:EP    |
New York, NY 10016              |                                   |
                                |Visit Date:02/24/15 Visit# 3598032-6|
                                |Location:emergency                 |
                                ------------------------------------
```

Outpatient Chart Print

================================================================

**All Events - continued**

Tue, 24Feb 0658 ED Provider Initial Note          Status: complete
Time Patient Seen         : Tue, 24 Feb 2015  0658
Communication Method      : Direct Communication in English
ED Attending              : Alvira Shah, MD
Provider                  : Zachary Binder, MD
ROS                       : see HPI
Provider Note             : CC: neck pain

        HPI:  24 yo male with hist of Bipolar
        disorder presenting with 2 years of
        intermittent neck pain over scar (2/2 to
        stabbing).  Patient reports sharp brief pains
        over scar when exposed to cold.  The pain
        typically lasts for a second or two before
        resolving.  Denies pain to posterior neck.
        Denies fever, photophobia.
        ROS: denies URI symptoms.  Patient with
        intermittent discomfort over right PIP joint.
        PMH: Bipolar disorder
        PSH: none
        Meds: none
        All: NKDA
        SH: lives on street.  Recently incarcerated
        for 4 months late last year.
        FH NC

        PE: 108/84 - 62 - 18 - 98% - 96.8 -     - 6
        Gen: disheveled, dirty clothes, NAD,
        conversant, alert
        HEENT: PERLA, EOMI, TM's clear, no e/e to
        posterior OP
        Neck: Lateral flexion limited by pain over
        incision.  No erythema, edema, warmth over
        sight.  Healed scar over lateral right neck.
        Resp: CTAB, no w/r/r
        CV: RRR, no m/r/g

```
Printed:14 Aug 15  1045:09          ------------------------------------
                                    |MRN:3598032                       |
Bellevue Hospital Center            |Patient:Lurch,Robert              |
462 First Avenue                    |DOB:11/28/1990     Sex:M  Type:EP |
New York, NY 10016                  |                                  |
                                    |Visit Date:02/24/15 Visit# 3598032-6 |
                                    |Location:emergency                |
                                    ------------------------------------
```

Outpatient Chart Print

================================================================================

**All Events - continued**

Tue, 24Feb 0658 ED Provider Initial Note -- cont'd
                            Abd: soft, NTND
                            Ext: callus over right palmar PIP joint
RN Note Reviewed            I have reviewed the RN notes and documented
                            any additions in the Provider note field.

Provider Exam           : see HPI
ED Alerts               : None;
Assessment/Plan         : 24 yo male with history of bipolar presenting
                            with 2 years of intermittent neck pain over
                            healed scar when exposed to cold.   Scar
                            present for 2 years 2/2 to stabbing.   Vitals
                            stable.   PE reassuring.  No signs of
                            infecious process.   Scar well healed.   Will
                            give motrin and reaccess.

Attending Attestation   : Pt seen and examined by me. I agree with the
                            Resident's assessment, plan and any
                            procedures but with the following
                            exceptions/additions: 24 yr old M with R
                            lateral neck pain at scar site (from stab 2
                            years ago), is homeless (was in a shelter in
                            Brooklyn but left because his clothes got
                            stolen) and has now been sleeping on the
                            streets. Pt reports he gets pain at the scar
                            site when exposed to cold. Denies trauma,
                            fever, v/d, neck stiffness, mental status
                            change. Also has a callus on his finger that
                            he has been picking at it, no signs of
                            cellulitis and no pus, nl ROM of all fingers
                            with sensation intact in both hands. Pt given
                            motrin and pain resolved; bandaid to apply
                            for barrier to callus. SW consult as pt
                            homeless to aid in shelter placement if
                            possible. Pt eating sandwich and drinking
                            juice, awaiting SW. Signed out to Dr. Torrey
                            at 8:15 am.
                                  Susan B. Torrey, MD (24 Feb 15  0820)

```
Printed:14 Aug 15  1045:09          ------------------------------------
                                    |MRN:3598032                       |
Bellevue Hospital Center            |Patient:Lurch,Robert              |
462 First Avenue                    |DOB:11/28/1990    Sex:M  Type:EP  |
New York, NY 10016                  |                                  |
                                    |Visit Date:02/24/15 Visit# 3598032-6 |
                                    |Location:emergency                |
                                    ------------------------------------
```

Outpatient Chart Print

==================================================================

**All Events - continued**

| Documentation History | Employee | Date/Time |
|---|---|---|
| documented by | Sig:Binder,Zachary, MD<br>Pediatrics, Resident  (ESOF) | 02/24/15 07:09 |
| documented by | Sig:Torrey,Susan B., MD<br>Radiology, Attending Physician<br>(ESOF) | 02/24/15 08:20 |

---

Tue, 24Feb 0704 Ibuprofen                      Status: complete
Dose/Route        : 600 mg tab by mouth
Admin Info        : 1 x Ibuprofen 600 mg Tablet
Pain Assmt        : Location: Neck Intensity/Scale: 6 moderate
                    pain *
                         Loraleen Brown, RN  (24 Feb 15  0705)

| Documentation History | Employee | Date/Time |
|---|---|---|
| new direct entry ordered by | Sig:Binder,Zachary, MD,<br>Pediatrics, Resident  (ESOF) | 02/24/15 06:58 |
| documented by | Sig:Brown,Loraleen, RN , Nurse -<br>Registered (ESOF) | 02/24/15 07:05 |

---

```
Printed:14 Aug 15  1045:09          ----------------------------------------
                                    |MRN:3598032                           |
Bellevue Hospital Center            |Patient:Lurch,Robert                  |
462 First Avenue                    |DOB:11/28/1990     Sex:M  Type:EP     |
New York, NY 10016                  |                                      |
                                    |Visit Date:02/24/15 Visit# 3598032-6  |
                                    |Location:emergency                    |
                                    ----------------------------------------
```

Outpatient Chart Print

========================================================================================

**All Events - continued**

| | |
|---|---|
| Tue, 24Feb 0755 ED MD Disposition Note | Status: complete |

| | | |
|---|---|---|
| ED Attending | · | Alvira Shah, MD |
| Provider | : | Zachary Binder, MD |
| Disposition | : | Discharged to Home or Self Care |
| Disposition Date/Time | : | Tue, 24 Feb 2015  0756 |
| Primary Dx | : | Scar conditions and fibrosis of skin |
| Secondary Dx(s) | : | none |
| Discharge Rx | : | Ibuprofen 1 tab by mouth prn process if pain score 4 to 6 (moderate pain) |
| Focused Med Rec | : | Medication Reconciliation Complete. Patient's current medications altered: see above. |
| Condition | : | Stable |
| Summary | : | 24 yo male with intermittent discomfort over scar on left side of neck.  Symptoms much improved after motrin and nap.  Will provide perscription for motrin.  SW to see patient, to assist with housing options. |
| Instructions for Pt | : | Please take motrin as needed for pain. |
| Discharge Center? | : | no |
| HIV Test Results | : | no hiv test at this visit |
| Follow Up | : | as needed |
| DC Report Language | : | English |
| Whiteboard Display | : | Patient in ED. Keep/Add back on Whiteboard. |
| Instructions for RN | : | none |
| Med Decision Making | : | I have reviewed the patient's history through internal records or an outside referral. |
| Tests Reviewed | · | I have reviewed all labs, ancillary testing, and radiology resulted for this patient prior to disposition. |

Zachary Binder, MD  (24 Feb 15  0801)

| Documentation History | Employee | Date/Time |
|---|---|---|
| documented by | Sig:Binder,Zachary, MD Pediatrics, Resident  (ESOF) | 02/24/15 08:01 |

----------------------------------------------------------------------------

Printed:14 Aug 15  1045:09

Bellevue Hospital Center
462 First Avenue
New York, NY 10016

```
-------------------------------------
|MRN:3598032                         |
|Patient:Lurch,Robert                |
|DOB:11/28/1990      Sex:M  Type:EP  |
|                                    |
|Visit Date:02/24/15 Visit# 3598032-6|
|Location:emergency                  |
-------------------------------------
```

Page 10 of 16

Outpatient Chart Print

=================================================================

### All Events - continued

Tue, 24Feb 0809 ED RN Discharge                     Status: complete
Preferred Language       : English
Communication Ability    : Able to communicate
Language Used            : English
Pain Screen              : pt denies pain issues at this time
Provider Disposition     : Discharged to Home or Self Care
Provider Diagnosis       : Scar conditions and fibrosis of skin
DC Instructions Reviewed/: Carenotes: given
Pt Education/Barriers     : Recipient: patient;  Learns best by:
                           listening;  Teaching Method: discussed;
Provider's DC Handoff to : none
Provider's Instructions f: Please take motrin as needed for pain.
Exit Accompanied By      : Self
Ambulatory Status        : Ambulatory
DC/Transfer To           : Home
Follow Up                : Bellevue clinic: prn
Prescriptions Given      : Yes, to patient
Medications Reviewed?     : Yes
Flu Vaccine              : Not Applicable
DC Assessment            : No medical devices
Whiteboard Display       : Patient left ED. Remove from all Whiteboards.
                           Yadira Jimenez, RN  (24 Feb 15  0810)

| Documentation History | Employee | Date/Time |
|---|---|---|
| documented by | Sig:Jimenez,Yadira, RN | 02/24/15 08:10 |
| | Emergency Department , Nurse - | |
| | Registered (ESOF) | |

Tue, 24Feb 0810 Patient Exit                        Status: complete
                                          (24 Feb 15  1010)

| Documentation History | Employee | Date/Time |
|---|---|---|
| new pre-defined ordered by | | 02/24/15 08:10 |
| documented by | computer generated | 02/24/15 10:10 |

```
Printed:14 Aug 15  1045:09       --------------------------------------
                                 |MRN:3598032                         |
Bellevue Hospital Center         |Patient:Lurch,Robert                |
462 First Avenue                 |DOB:11/28/1990    Sex:M  Type:EP     |
New York, NY 10016               |                                    |
                                 |Visit Date:02/24/15 Visit# 3598032-6 |
                                 |Location:emergency                  |
                                 --------------------------------------
```

Outpatient Chart Print

==========================================================================

**All Events - continued**

Tue, 24Feb 0811 ED RN Progress/Reassessment          Status: complete
Progress Note           · Awaiting for social work intervention.
ED Alerts               : None;
                          Yadira Jimenez, RN  (24 Feb 15  0812)


| Documentation History | Employee | Date/Time |
|---|---|---|
| documented by | Sig:Jimenez,Yadira, RN<br>Emergency Department , Nurse -<br>Registered (ESOF) | 02/24/15 08:12 |

--------------------------------------------------------------------------
Wed, 25Feb 0219 ED Assign Team/Location              Status: complete
Team                    : AES Team 3
Location                : AES - Suture Rm
Nurse                   : Kesang Tsomo, RN
                          Kesang Tsomo, RN    (25 Feb 15  0219)


| Documentation History | Employee | Date/Time |
|---|---|---|
| documented by | Sig:Tsomo,Kesang, RN   Emergency<br>Department , Nurse - Registered<br>(ESOF) | 02/25/15 02:19 |

--------------------------------------------------------------------------

```
Printed:14 Aug 15  1045:09
                                  ------------------------------------
Bellevue Hospital Center          |MRN:3598032                       |
462 First Avenue                  |Patient:Lurch,Robert              |
New York, NY 10016                |DOB:11/28/1990     Sex:M  Type:EP |
                                  |                                  |
                                  |Visit Date:02/24/15 Visit# 3598032-6 |
                                  |Location:emergency                |
                                  ------------------------------------
```

                                                    Page 12 of 16

                        Outpatient Chart Print

============================================================================

                        **All Events - continued**

Wed, 25Feb 0219 ED RN Initial Assessment          Status: complete
Vital Signs            : Vitals recently documented and reviewed
Pain Screen            : pt denies pain issues at this time
ESI Level              : 4
Chief Complaint        : c/c back pain , neck pain
Triage Assessment      : awake , alert, respiration spontaneous and
                         unlabored, ambulatory
Pre-Hospital Tx        : None
Focused Assessment     : Pt  Alert and oriented x3;  presents with
                         abrations to the L side of the face S/P
                         altercation with NYPD officers at Penn
                         station. Pt denies any pain at the meoment.
                         Noted dried blood around Pt's face. Even and
                         unlabored breathing. Will continue to monitor.
(Clinic Past Med/Surg Hx): see note
Past Medical/Surgical Hx : Bipolar,
Medications on Arrival : denies
Allergies - Medications : Med Allergy: Haldol Symptom(s): *throat
                         swelling Source: Self  Date/Time:
                         Thu, 19 Jun 2014  0641
Allergies - Other      : no known allergens
Med Allergy(ies) Document: (Yes) Allergies reviewed or documented
Domestic Violence      : Domestic Violence: no
Psych Risk Assessment  : None indicated at this time
ED Alerts              : None;
Height                 : 175 cm (69 in, 5'9")
Preferred Language     : English
Communication Ability  : Able to communicate
Language Used          : English
                              Kesang Tsomo, RN   (25 Feb 15  0223)

Documentation History            Employee                    Date/Time
documented by                    Sig:Tsomo,Kesang, RN  Emergency  02/25/15 02:23
                                 Department , Nurse - Registered
                                 (ESOF)
------------------------------------------------------------------------

Printed:14 Aug 15  1045:09

Bellevue Hospital Center
462 First Avenue
New York, NY 10016

```
--------------------------------------------
|MRN:3598032                               |
|Patient:Lurch,Robert                      |
|DOB:11/28/1990      Sex:M   Type:EP       |
|                                          |
|Visit Date:02/24/15 Visit# 3598032-6      |
|Location:emergency                        |
--------------------------------------------
```

                                            Page 13 of 16

Outpatient Chart Print

====================================================================

**All Events - continued**

Wed, 25Feb 0231 ED Assign Team/Location            Status: complete
Team                        AES Team 3
Location                    AES - Suture Rm
Nurse                       Kesang Tsomo, RN
                              Kesang Tsomo, RN   (25 Feb 15  0231)

| Documentation History | Employee | Date/Time |
|---|---|---|
| documented by | Sig:Tsomo,Kesang, RN   Emergency Department , Nurse - Registered (ESOF) | 02/25/15 02:31 |

```
Printed:14 Aug 15  1045·09            ------------------------------------
                                      |MRN:3598032                       |
Bellevue Hospital Center              |Patient:Lurch,Robert              |
462 First Avenue                      |DOB:11/28/1990      Sex:M  Type:EP |
New York, NY 10015                    |                                  |
                                      |Visit Date:02/24/15 Visit# 3598032-6 |
                                      |Location:emergency                |
                                      ------------------------------------
```

Outpatient Chart Print

====================================================================

### ORDERS

### All Orders

------------------------------------------------------------------

**ED Full Registration**

```
    Ordered by        :
    Order Date/Time   : 24 Feb 15  0633:00
When                  : Tuesday, 24 February 2015  0633
Triage Team           : AES Team 4
```

------------------------------------------------------------------

**Routine HIV-1/2 Ab Rapid Screen (Lab) w/rflx to Send Out Confirmation (Send Out)**

```
    Ordered by        :
    Order Date/Time   : 24 Feb 15  0633:00
When                  : Tuesday, 24 February 2015  0633
Specimen              : Blood - EDTA Lavender
                        Blood - Serum (SST)
```

------------------------------------------------------------------

**Ibuprofen**

```
    Ordered by        : Sig:Binder,Zachary Pediatrics, Resident   (ESOF)
    Order Date/Time   : 24 Feb 15  0658:00
Process Type          : order
Dose/Route            : 600 mg tab by mouth
When                  : Tuesday, 24 February 2015  0658   STAT
HELPix Forms          : No
```

------------------------------------------------------------------

**Patient Exit**

```
    Ordered by        :
    Order Date/Time   : 24 Feb 15  0810:00
When  : Tuesday, 24 February 2015  0810
```

Printed:14 Aug 15  1045:09

Bellevue Hospital Center
462 First Avenue
New York, NY 10016

```
-------------------------------------------
|MRN:3598032                              |
|Patient:Lurch,Robert                     |
|DOB:11/28/1990       Sex:M  Type:EP      |
|                                         |
|Visit Date:02/24/15 Visit# 3598032-6     |
|Location:emergency                       |
-------------------------------------------
```

Page 15 of 16

Outpatient Chart Print

=================================================================

ORDERS - continued

All Orders - continued

Printed:14 Aug 15   1045:09

```
Bellevue Hospital Center          ------------------------------------
462 First Avenue                  |MRN:3598032                        |
New York, NY 10016                |Patient:Lurch,Robert               |
                                  |DOB:11/28/1990     Sex:M  Type:EP  |
                                  |                                   |
                                  |Visit Date:02/24/15 Visit# 3598032-6|
                                  |Location:emergency                 |
                                  ------------------------------------
```

Outpatient Chart Print

========================================================================

**PROBLEM LIST**

| Problem | On Set | Stop | Status |
|---------|--------|------|--------|
| Scar conditions and fibrosis of skin | 02/24/15 | | active |

## Changes

Date: Sept. 11  additional claims:
2016

  claims against City of New York/unknown officers

  (1) Claim 3: Malicious abuse of process

  (2) Claim 4: Failure to train/supervise

  I've added these claims to my amended complaint.

**FRANKLIN CORRECTIONAL FACILITY**
P.O. BOX 10, 62 BARE HILL ROAD
MALONE, NEW YORK 12953

Robert Lusch D.N.: 16A2468

FRANKLIN

CORRECTIONAL FACILITY

neopost
09/13/2016
US POSTAGE $00

ZI
041L

United States District court
Southern District of New york
500 Pearl street
New york, N.y
10007

RECEIVED
SDNY PR

D16 SEP 15 AM 10:26
S.D.

S.D. of N.Y.

