RECEIVED
SDNY PRO SE OFFICE
2016 OCT -5 AM 9:38

To: District Judge Analisa Torres

Date: Sept. 29, 2016

[Evidence Substantiating Claims]

This is the record of allergic reaction incident that occurred at Holly Hills Hospital in may of 2008. I was given cogentin and P.O. to counter the reaction I had to Haldol (My throat closed up and I couldnt breathe). I'm still waiting for the records from Cape Fear and Dorothea Dix showing how long its been on record that I am allergic to this medication that M.D. France chaput ordered to have me forcefully injected with, against my wishes.

Thank you,

District Judge: A.T.
Magistrate Judge: S.F.
Print: Robert Lorch   Signature: Robert Lorch
Date: 9/29/2016   Docket #: 16cv2517

HOLLY-HILL BEHAVIORAL HEALTH SYSTEM
RALEIGH, NORTH CAROLINA

**PATIENT NAME:** LURCH, ROBERT
**MEDICAL RECORD #:** 41844
**ADMISSION DATE:** 05/26/2008
**DISCHARGE DATE:** 06/03/2008                                   Page 1

---

DISCHARGE SUMMARY

**IDENTIFYING INFORMATION:** Robert is a 17-year-old single African-American male from Fort Bragg, North Carolina who presented on an involuntary petition of a minor patient. He had been living at home and attending public school.

**PRESENTING PROBLEM ON ADMISSION:** Robert stated, "I've been staying with my girlfriend."

**SUMMARY OF HOSPITAL STAY:** Robert was admitted and evaluated medically and psychiatrically. His physical exam was normal for his age. His lab work showed a drug screen positive for marijuana at a quantitative level of 108. He had a normal serum glucose level, normal electrolytes, normal liver panel, normal cholesterol risk factors, normal thyroid function studies, normal white blood cell count, slightly elevated hematocrit and hemoglobin that was not felt to be clinically significant. He was originally on no medication. He was given Cogentin IM and p.o. after he had a reaction to Haldol he had been given in the emergency room. He stabilized in the hospital without medications and was discharged to outpatient follow-up.

**CONDITION ON DISCHARGE:** Mental status exam revealed him to be alert, well oriented, mood normal, affect appropriate. Not suicidal, not self-harming, not homicidal, not psychotic. Intellectual functioning and memory unchanged and in the average range. Chronic problems with drug use, conduct problems, and depression related to the consequences of his bad behaviors persist, but do not require acute hospital level of care at this time, however could result in unpredictable future need for acute hospital level of care.

**DIET AND ACTIVITY:** Regular.

**PROGNOSIS:** Guarded.

**DISPOSITION:** Home. Outpatient through the mental health center system.

HOLLY-HILL BEHAVIORIAL HEALTH SYSTEM
RALEIGH, NORTH CAROLINA

PATIENT NAME:        LURCH, ROBERT
MEDICAL RECORD #:    41844                                         Page 2

---

## DISCHARGE SUMMARY

**DISCHARGE MEDICATIONS:** None.

**FINAL DIAGNOSES:**
- **AXIS I:** Depression, NOS.
  Polysubstance abuse.
  Conduct disorder, NOS.
- **AXIS II:** No diagnosis.
- **AXIS III:** Healing cut of right hand.
- **AXIS IV:** 3, family stresses.
- **AXIS V:** GAF: 58 at discharge.

---

Thomas P. Cornwall, M.D.

TPC/ml
D:  06/10/08
T:  06/10/08
Job:  9296/905849

FRANKLIN CORRECTIONAL FACILITY
P.O. BOX 10, 62 BARE HILL ROAD
MALONE, NEW YORK 12953

Robert Lusch D.N: 16A2468

FRANKLIN CORRECTIONAL FACILITY

neopost
09/29/2016
US POSTAGE $007.15
ZIP 12953
041L11251101

7013 1090 0000 3647 5837

CERTIFIED MAIL

Pro Se Intake unit
500 Pearl Street, Room 200
New York, NY
10007

USM P3
SDNY

RECEIVED
SDNY PRO SE OFFICE
2016 OCT -5 AM 9:38