UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

ROBERT DEREK LURCH, JR.,                                         16-CV-2517

                 Plaintiff,

                                                                                        **NOTICE OF MOTION**

      -against-

FRANCE CHAPUT, M.D., MARIA D. MARQUEZ, R.N.,
CITY OF NEW YORK, NYC HEALTH & HOSPITALS
CORPORATION,

                 Defendants.

-------------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that, upon the annexed Declaration of DOREEN DUFFICY sworn to on the 6th day of April, 2017, along with the Memorandum of Law and accompanying exhibits, and upon all prior pleadings and proceedings heretofore had herein, defendant GUILAN ZHOU, M.D. s/h/a GIN-LAN CHOW will move this Court at United States District Court, Southern District of New York at 500 Pearl Street, New York, New York 10007, at a date to be determined by the Court, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Plaintiff's Third Amended Complaint for failure to state a cause of action against the Defendants; and granting Defendants such other and further relief as this Court deems just and proper.

1668628.1

**PLEASE TAKE FURTHER NOTICE** that, all answering affidavits, affirmations and papers must be served in according to the provisions of Fed. R. Civ. P. 56(c).

Dated: New York, New York
      April 6, 2017

                                        Yours, etc.,

                                        HEIDELL, PITTONI, MURPHY & BACH, LLP

                                        By: _____
                                            DOREEN DUFFICY
                                            *Attorneys for Defendants*
                                            NEW YORK CITY HEALTH AND HOSPITALS
                                            CORPORATION, FRANCE CHAPUT, M.D.,
                                            and MARIA D. MARQUEZ, R.N.
                                            Office & P.O. Address
                                            99 Park Avenue
                                            New York, New York 10016
                                            Tel: (212) 286-8585
                                            Fax: (212) 490-8966
                                            **ddufficy@hpmb.com**

TO:    Mr. Robert Derek Lurch, Jr., *Pro Se*
         16-A-2468
         Franklin Correctional Facility
         62 Bare Hill Road
         P.O. Box 10
         Malone, New York 12953
         **Via Certified Mail Return Receipt**
         **Article No.: 7015 1660 0000 9268 2997**

1668628.1