UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERT DEREK LURCH, JR.,     16-CV-2517

            Plaintiff,

   -against-     <u>DECLARATION IN
SUPPORT OF MOTION
TO DISMISS</u>

FRANCE CHAPUT, M.D., MARIA D. MARQUEZ, R.N.,
CITY OF NEW YORK, NYC HEALTH & HOSPITALS
CORPORATION,

           Defendants.

-----------------------------------------------------------------X

**DOREEN DUFFICY** declares, under the penalty of perjury, as follows:

1. I am an associate with the law firm of HEIDELL, PITTONI, MURPHY & BACH, LLP, counsel for defendants NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, FRANCE CHAPUT, M.D., and MARIA D. MARQUEZ, R.N. in the above-captioned matter. As such, I am fully familiar with all of the proceedings had herein and submit this declaration in support of the Defendant's motion for dismissal of the Plaintiff's Third Amended Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, on the ground that plaintiff has failed to state a claim upon which relief can be granted.

2. Annexed hereto as Exhibits are documents which are relied upon and cited in Defendant's Memorandum of Law accompanying this motion:

       **Exhibit A** - Complaint dated April 5, 2016

       **Exhibit B** - Order to Amend

       **Exhibit C** - Amended Complaint dated June 22, 2016

       **Exhibit D** - Second Amended Complaint dated September 16, 2016

       **Exhibit E** - Valentin Order

1668628.1

     Exhibit F - Third Amended Complaint

     Exhibit G - Correspondence

     Exhibit H - Bellevue records

  3. As set forth in Defendant's Memorandum of Law dated April 6, 2017, Defendants are entitled to dismissal of plaintiff's Amended Complaint in its entirety, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, on the ground that the Plaintiff has failed to state a claim upon which relief can be granted.

Dated: New York, New York
   April 6, 2017

          Yours, etc.,

          HEIDELL, PITTONI, MURPHY & BACH, LLP

          By: _____
            DOREEN DUFFICY
          *Attorneys for Defendants*
          NEW YORK CITY HEALTH AND HOSPITALS
          CORPORATION, FRANCE CHAPUT, M.D.,
          and MARIA D. MARQUEZ, R.N.
          Office & P.O. Address
          99 Park Avenue
          New York, New York 10016
          Tel: (212) 286-8585
          Fax: (212) 490-8966
          ddufficy@hpmb.com

TO: Mr. Robert Derek Lurch, Jr., *Pro Se*
   16-A-2468
   Franklin Correctional Facility
   62 Bare Hill Road
   P.O. Box 10
   Malone, New York 12953
   **Via Certified Mail Return Receipt**

1668628.1