# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE

2016 APR -5 AM 9: 54

Robert Derek Lurch Sr.

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Bellevue Hospital center

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☑ Yes  ☐ No

(check one)

# 16 CV 2517

---

**I.    Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name  Robert Derek Lurch Sr.

ID #  3491503637

Current Institution  GRVC

Address  09-09 Hazen St.    East Elmhurst, NY 11370

---

B.    List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name  MD France Chaput    Shield # _____

Where Currently Employed  Bellevue Hospital center

Address  462 First avenue

New york, NY 10016

Case 1:16-cv-02517-AT-JCF   Document 2   Filed 04/05/16   Page 2 of 51

Defendant No. 2     Name _RN maria o marquez_____ Shield #_____
                    Where Currently Employed _Bellevue Hospital center_
                    Address _462 First avenue_____
                    _____new york, NY 10016_____

Defendant No. 3     Name _____ Shield #_____
                    Where Currently Employed _____
                    Address _____
                    _____

Defendant No. 4     Name _____ Shield #_____
                    Where Currently Employed _____
                    Address _____
                    _____

Defendant No. 5     Name _____ Shield #_____
                    Where Currently Employed _____
                    Address _____
                    _____

## II.    Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In  what  institution  did  the  events  giving  rise  to  your  claim(s)  occur?
_____Bellevue Hospital center_____
_____

B.    Where  in  the  institution  did  the  events  giving  rise  to  your  claim(s)  occur?
_____location : emergency_____
_____
_____

C.    What  date  and  approximate  time  did  the  events  giving  rise  to  your  claim(s)  occur?
_____Dec 26 2013 at 9:12 PM_____
_____
_____

**D.    Facts:** _____

| What happened to you? | |

_____

| Who did what? | |

$\cdots$ See Attached $\cdots$

_____

| Was anyone else involved? | |

_____

| Who else saw what happened? | |

_____

## III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

## IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____   No ✓

What
happened:

Date:
3/28/2016

ON Dec 26/2013 I Had Just moved to new york the Day before on christmas day. I had a few drinks at a friends birthday party and went to go grab a bite to eat so I wont drink on a empty stomach. I went to a chinese restaurant on the corner of west 24th street on Ninth avenue. When I got to the restaurant I ordered a meal that came up to $6.99 roughly $7. I handed the cashier a $20 bill and waited for my meal to be prepared. When my food was done the cashier handed me my meal and tried to hand me three 1 dollar bills with change. I refused the change and took my meal. I then told the cashier you must be confused I handed you a $20 dollar bill. She started yelling "no no you hand me 10 dollars I call police". I told her thats what you should do because Im not leaving without my change. When the officers entered they asked me whats the problem? After I explained the situation to them the cashier said "he's lying". So I stated I have nothing to lie about run the camera's back. The officers looked at the cashier and told her she doesn't have to do that. Then they looked at me telling me to leave. I told the officers Im not leaving run the cameras back I want my change Im not rich. These cops then got aggressive grabbing their guns looking at me. I told them your going to kill me then kill me but Im not leaving without my change. I further stated "I've done nothing wrong and Im being treated unfairly". The officers then knocked my food out of my hand and said what your suicidal grabbing me. After I asked the officers what Im under arrest for they said nothing. I Later found out when the ambulance came I was going to the hospital. When I got to bellevue the officers told the nurse give him something to calm him down he's acting up. I said miss Im In your custody now your responsible for me these officers are lying dont listen to them. I then told her I went to a restaurant and they tried to cheat me out my change. The officers stated I didnt pay for my food. I told the nurse thats a lie to recieve your food you have to pay and when the officers entered I was complaining about the amount of change the cashier tried to hand me. I told her Im not arrested Im here for complaining about my change and if I didnt

Pay for my food I wouldve been charged with a crime. Even though I wasn't in custody and guilty of no crime the nurse took the officers side. She told him I'll give him something to calm him down. When I saw she was clearly siding with the officer I informed her that "whatever you give me dont give me Haldol Im allergic to it". She laughed and said "How do you know about Haldol" So I told her Im allergic to Haldol the last time I was injected with it I almost died do not give it to me. The cop stated "Now your not so tuff". So I shook my head in disgust and told the nurse fax for my records Im from North Carolina. I was involuntarily committed at Holly Hills Hospital and almost died when I was injected. I told her it can kill me do not give it to me. I further stated "How do you think I even know about the drug this not my first time having an evaluation done and Im allergic". She told me "I think you just dont like what it does but I dont think your allergic to it". She said it like she really didnt believe me. At that point I knew she wasn't going to fax for my records. I immediately started trying to get up from the chair I was handcuffed to, even though my efforts was useless. Then they brought the hospital gurney and I resisted being place on it. I knew this nurse was going to forcefully administer this sedative Im allergic to with the help of the hospital staff. They finally got me on the gurney after a couple minutes. They had to have one person on each side of my body grabbing my arms and they had somebody grabbed my feet even though I resisted by kicking. When I finally was secured on the gurney they wheeled me to the back. I seen the nurse preparing a needle and I started twisting, trying to get out of the restraints. She told me calm down you will be sleep in a couple of minutes. All I could think about was my last allergic reaction when I was injected with the drug and I started twisting violently trying to free myself. I didn't want to experience another reaction my last injection of the drug traumatized me. as she got close with the needle I tried to not stay still so she couldn't inject me. She told the staff to "hold him still so I can inject him". I begged her not to give me Haldol. I stated "miss please dont I can die Im allergic". Then I stated "miss Im not lying check my records please". Right before she injected me I told her "I could die miss please dont"

as tears started running down my face. The last time I was Injected my airway started closing up and I had to struggle to keep breathing. The staff at Holly Hills Hospital thought I was acting up and watched me while they laughed as I almost choked to death. Thankfully one of the patients my only friend (a young white male from Durham, NC) told the staff "Sir I dont think he's acting he really cant breathe." By the time they Injected me with something to counter the reaction I had been struggling to breathe for like a minute and a half. It was the most terrifying experience I ever had except for almost drowning to death when I was 6 or 7 years old at Sesame Street amusement Park In Philadelphia, PA. So when I was told I would be given a drug that caused such a severe reaction I almost choked to death, I panicked. Of course, I was combative with the staff especially after I told the nurse the last time I was Injected with the sedative I had such a bad reaction I almost died, yet she still deliberately administered the sedative after I Informed her of my history with the drug. She wasn't even the first one to mention the drug. After she told the officers she would give me something to calm me down. I told her whatever it is dont give me Halbol Im allergic and I told her to request my medical records via fax, so me being held down and given a sedative Im allergic to against my will Is barbaric. This Is medical malpractice for a healthcare Professional that recieves a patient for a pyschiatric evaluation and the patient Informs the medical professional of a known drug allergy to a pyschiatric medication. yet the patient gets restrained, held down, and this medical Professional administers the same drug the patient just told this professional their allergic to Is unheard of. Regardless what an officer recommends he cant Instruct a medical Professional In regards to what medical treatment a patient should recieve, because that Is not these officers field of expertise. These officers didnt specialize In medicine their Job Is to enforce the law. If that was the case they would be allowed to administer sedatives to uncooperative persons In custody or being detained. So when these officers made the decision that the person they were dealing with needed medical treatment they

made no error by handing over that person to a medical professional. Because they are not certified to provide medical services they are not medical professionals. So when a person IS handed over to a healthcare professional for treatment they are responsible for the person that IS put in their care. So when a patient. In the hospital's care informs a nurse of a known drug allergy. That person's claim should be verified or proven to be false before administering the very same drug the patient stated that they was allergic to. Obviously a medical professional knows how fatal it can be to administer a drug that a patient has allergic reactions to. So when the healthcare professional was notified of a known drug allergy and refused to obtain the medical records of the patient before proceeding with any treatment. This healthcare professional provided improper treatment to the patient which IS medical malpractice. After I was deliberately provided improper treatment I was sedated and didnt wake up until the next day. I woke up and asked the nurse who was in the room "How did I get here". She stated You was fighting with the staff and they gave you something to calm you down. So I told her the reason I was combative while I was restrained was before I got on the gurney I informed the nurse I was allergic to Haldol and the nurse told me I will still be injected with the drug. I told her I was allergic to. She then asked me what happens when your given haldol? I told her my airway closes up and Im almost choked to death why? She told me you were given haldol but lucky for you no reaction occurred. I asked why would I be given a drug I informed the nurse I was allergic to. She said I dont know but at least you didnt have a reaction to it. I shook my head then said the hospital staff actually held me down forcefully to administer a drug I informed them I was allergic to. I stated "I couldve die this IS unacceptable". I told her I would like to be alone and she told me where the remote was so I can change the tv. Since this incident Ive been brought back to this hospital numerous times for pyschiatric evaluations. no matter how uncooperative with the police I will be before being admitted I was never aggressive with the

hospital staff except for this incident. Since then they even listed haldol as a known drug allergy. This is usually such a good hospital I dont understand why this nurse that night would Ignore me Informing her of a known drug allergy, have me relive the fear of being Injected with a drug I had a near death experience with, and get the staff to forcefully hold me still so she can administer the sedative as I beg her not to Informing her "I'm allergic I can die". I really dont understand why I was subjected to that type of treatment that night their usually such good people, and a great caring hospital. However I couldve had a reaction and died. I shouldve of never forcefully been given a drug (sedative) I Informed the nurse I was allergic to.

Signature _____ Robert Jurich

Date: _____ 3/28/2016

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B.     Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

       Yes _____     No _____     Do Not Know _____

C.     Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

       Yes _____     No _____     Do Not Know _____

       If YES, which claim(s)? _____

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

       Yes _____     No _____

       If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

       Yes _____     No _____

E.     If you did file a grievance, about the events described in this complaint, where did you file the grievance?

       _____

       1.     Which claim(s) in this complaint did you grieve? _____

       _____

       2.     What was the result, if any? _____

       _____

       3.     What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process. _____

       _____

       _____

       _____

F.     If you did not file a grievance:

       1.     If there are any reasons why you did not file a grievance, state them here: _____

       _____

       _____

       _____

       2.     If you did not file a grievance but informed any officials of your claim, state who you informed,

*Rev. 05/2010*                                                 4

when and how, and their response, if any: _____

_____

_____

_____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____

_____

_____

_____

_____

Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.  Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Since the medical Professionals at Bellevue Hospital center was fully Informed of my prior history of me being allergic to Haldol and disregarded this Information using the Injection as a form of Punishment. This IS unacceptable and cruel/unusual Punishment. If I Inform a healthcare Professional of a known drug allergy then that Professional should choose an alternative drug to administer IF It IS even necessary to medicate In the first place. However IF a Patient Informs a nurse of a known drug allergy, the nurse disregards that Information, gets patient placed In ankle and wrists restraints, tells staff to forcefully hold patient still while patient twists violently stating "I'm allergic It can kill me please don't and the nurse Ignores the Patient cries while administering the drug. Then the Patient recieved medical treatment that IS Improper and this conduct from healthcare Professionals IS unacceptable. Im suing for $ 10,000,000 (10 Million dollars) for medical malpractice.

VI.  Previous lawsuits:

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

On these claims

Yes ____  No ✓

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.  Court (if federal court, name the district; if state court, name the county) _____
_____

3.  Docket or Index number _____

4.  Name of Judge assigned to your case _____

5.  Approximate date of filing lawsuit _____

6.  Is the case still pending?  Yes ____ No ____

If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?)  _____
_____
_____

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ____ No ✓

On other claims

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.  Court (if federal court, name the district; if state court, name the county) _____
_____

3.  Docket or Index number _____

4.  Name of Judge assigned to your case _____

5.  Approximate date of filing lawsuit _____

6.  Is the case still pending?  Yes ____ No ____

If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?)  _____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _30_ day of _march_ , 20_16_.

> Signature of Plaintiff  _Stephens Lueck_
>
> Inmate Number  _349 1505637_
>
> Institution Address  _09-09 Hazen St._
>
>   _East Elmhurst, NY_
>
>   _11370_

__Note:__  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _30_ day of _March_ , 20_16_, I am delivering this complaint to prison authorities to be mailed to the _Pro Se_ Office of the United States District Court for the Southern District of New York.

> Signature of Plaintiff:  _Stephen Lueck_

Printed:14 Aug 15  1044:59

Bellevue Hospital Center
462 First Avenue
New York, NY 10016

```
------------------------------------------
|MRN:3598032                               |
|Patient:Lurch,Robert                      |
|DOB:▮▮▮/1990      Sex:M  Type:LV          |
|                                          |
|Visit Date:12/26/13 Visit#                |
|Location:lifecare                         |
------------------------------------------
```

Page  1 of 1

Outpatient Chart Print

===================================================================================

PRESCRIPTION

| Date and Time | Prescription# | Prescription |
|---|---|---|
| 06/20/14 07:48 | RX0878017 | Bactrim DS 160-800 mg Tablet 1 tab po bid x5day Qty: 10 |
| 02/24/15 07:54 | RX0910636 | Ibuprofen 600 mg Tablet 1 tab by mouth prn process if pain score 4 to 6 (moderate pain) Qty: 30 |
| 03/19/15 08:25 | RX0946701 | Bactrim DS 160-800 mg Tablet 1 tab by mouth q12h x7day Qty: 14 |

```
Printed:14 Aug 15  1044:59

Bellevue Hospital Center
462 First Avenue
New York, NY 10016
```

```
----------------------------------------
|MRN:3598032                            |
|Patient:Lurch,Robert                   |
|DOB:     /1990      Sex:M  Type:EP     |
|                                       |
|Visit Date:12/26/13 Visit# 3598032-1   |
|Location:emergency                     |
----------------------------------------
```

Page  1 of 37

Outpatient Chart Print

═══════════════════════════════════════════════════════════════════════

All Events

----------------------------------------------------------------------
Thu, 26Dec 0200 Basic Metabolic Panel Ca Total Serum·      Status: complete
```
Collection Time      : 26 Dec 13  0200
Collected by         : Unknown
Specimen             : SST(30026002)

Remark               : Spec #30026002: 26 Dec 13   0200
Diagnosis            : Unspecified psychosis
Na    (mmol/L)       : 144    (137 - 147)
K     (mmol/L)       : 3.7    (3.6 - 5.2)
Cl    (mmol/L)       : 109    (99 - 112)
CO2   (mmol/L)       : 27     (23 - 32)
BUN   (mg/dL)        : 9      (6 - 22)
Creat (mg/dL)        : 1.0    (0.1 - 1.4)
Glu   (mg/dL)        : 80     (70 - 99
                       70-99    Defined by ADA to be normal
                        for fasting glucose
                       100-125  Defined by ADA to be
                        pre-diabetic for fasting
                                glucose
                       =or>126  on 2 occasions defined by
                        ADA as diabetic for
                                fasting glucose)
Ca    (mg/dL)        : 9.0    (8.0 - 10.4)
CalcOsmo(mOsm/L)     : 285    (277 - 302)
Anion Gap            : 8.3    (6 - 18)
eGFR AfAmer mL/min   : >60    (>=60)
eGFR Other mL/min    : >60    (>=60)
Hemolysis            : 0
                       Rajanikant Kabaria  (26 Dec 13  2220)
```

| Documentation History | Employee | Date/Time |
|---|---|---|
| new direct entry ordered by· | Sig:Chaput,France, MD, Psychiatry/Mental Health, Attending Physician (ESOF) | 12/26/13 21:11 |
| specimen collection | Sig:Sealey,Keron  Laboratory, | 12/26/13 21:49 |

```
Printed:14 Aug 15  1044:59          --------------------------------------
                                    |MRN:3598032                          |
Bellevue Hospital Center            |Patient:Lurch,Robert                 |
462 First Avenue                    |DOB:    /1990    Sex:M  Type:EP       |
New York, NY 10016                  |                                     |
                                    |Visit Date:12/26/13 Visit# 3598032-1 |
                                    |Location:emergency                   |
                                    --------------------------------------
```

Page  2 of 37

Outpatient Chart Print

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

All Events - continued

```
                                Lab Assistant (ESOF)
accessioned                     Sig:Sealey,Keron  Laboratory,    12/26/13 21:49
                                Lab Assistant (ESOF)
documented by                   Sig:Kabaria,Rajanikant           12/26/13 22:20
                                Laboratory, Lab Technologist
                                (ESOF)
-----------------------------------------------------------------------------
  Thu, 26Dec 0200 Calcium Level Total Serum            Status: complete
Collection Time        : 26 Dec 13  0200
Collected by           : Unknown
Specimen               : EST(30026002)

Ca (mg/dL)             : 9.0      (8.0 - 10.4)
                                  Rajanikant Kabaria  (26 Dec 13  2220)

  Documentation History           Employee                        Date/Time
  new direct entry ordered by     Sig:Chaput,France, MD,          12/26/13 21:11
                                  Psychiatry/Mental Health,
                                  Attending Physician (ESOF)
  specimen collection             Sig:Sealey,Keron  Laboratory,   12/26/13 21:49
                                  Lab Assistant (ESOF)
  accessioned                     Sig:Sealey,Keron  Laboratory,   12/26/13 21:49
                                  Lab Assistant (ESOF)
  documented by                   Sig:Kabaria,Rajanikant          12/26/13 22:20
                                  Laboratory, Lab Technologist
                                  (ESOF)
-----------------------------------------------------------------------------
  Thu, 26Dec 0200 Gamma Glutamyl Transferase Level Serum   Status: complete
Collection Time        : 26 Dec 13  0200
Collected by           : Unknown
Specimen               : SET(30026002)

GGT (IU/L)             : 40       (15 - 85)
                                  Rajanikant Kabaria  (26 Dec 13  2220)

  Documentation History           Employee                        Date/Time
```

```
Printed:14 Aug 15  1044:59            -----------------------------------------
                                      |MRN:3598032                             |
Bellevue Hospital Center              |Patient:Lurch,Robert                    |
462 First Avenue                      |DOB:      1990     Sex:M  Type:EP        |
New York, NY 10016                    |                                        |
                                      |Visit Date:12/26/13 Visit# 3598032-1    |
                                      |Location:emergency                      |
                                      -----------------------------------------
```

Page  3 of 37

Outpatient Chart Print

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

All Events - continued

| | | |
|---|---|---|
| new direct entry ordered by | Sig:Chaput,France, MD, Psychiatry/Mental Health, Attending Physician (ESOF) | 12/26/13 21:11 |
| specimen collection | Sig:Sealey,Keron  Laboratory, Lab Assistant (ESOF) | 12/26/13 21:49 |
| accessioned | Sig:Sealey,Keron  Laboratory, Lab Assistant (ESOF) | 12/26/13 21:49 |
| documented by | Sig:Kabaria,Rajanikant Laboratory, Lab Technologist (ESOF) | 12/26/13 22:20 |

-----------------------------------------------------------------------------

Thu, 26Dec 0200 Hepatic Function Panel Serum          Status: complete
Collection Time          : 26 Dec 13  0200
Collected by             : Unknown
Specimen                 : SST(30026002)

```
AST    (U/L)      : 37       (11 - 39)
ALT    (U/L)      : 21       (11 - 35)
Alk P  (U/L)      : 103      (25 - 100)
T Bil  (mg/dL)    : 0.3      (0.2 - 1.3)
D Bil  (mg/dL)    : 0.1      (0.0 - 0.2)
T.Prot (g/dL)     : 7.7      (6.3 - 8.2)
Alb    (g/dL)     : 4.5      (3.7 - 5.1)
                             Rajanikant Kabaria  (26 Dec 13  2220)
```

| Documentation History | Employee | Date/Time |
|---|---|---|
| new direct entry ordered by | Sig:Chaput,France, MD, Psychiatry/Mental Health, Attending Physician (ESOF) | 12/26/13 21:11 |
| specimen collection | Sig:Sealey,Keron  Laboratory, Lab Assistant (ESOF) | 12/26/13 21:49 |
| accessioned | Sig:Sealey,Keron  Laboratory, Lab Assistant (ESOF) | 12/26/13 21:49 |
| documented by | Sig:Kabaria,Rajanikant Laboratory, Lab Technologist (ESOF) | 12/26/13 22:20 |

```
Printed:14 Aug 15  1044:59      -------------------------------------
                                |MRN:3598032                         |
Bellevue Hospital Center        |Patient:Lurch,Robert                |
462 First Avenue                |DOB:▮▮▮/1990     Sex:M  Type:EP     |
New York, NY 10016              |                                    |
                                |Visit Date:12/26/13 Visit# 3598032-1|
                                |Location:emergency                  |
                                -------------------------------------
```

Page  4 of 37

Outpatient Chart Print

=========================================================================

**All Events - continued**

| verified by | Sig:Kapsopoulos,Andrew | 01/04/14 00:37 |
| | Laboratory, Medical Technologist | |
| | (ESOF) | |

---

Thu, 26Dec 0200 Magnesium Level Serum                Status: complete
Collection Time          : 26 Dec 13  0200
Collected by             : Unknown
Specimen                 : SST(30026002)

Mg   (mEq/L)             : 1.8      (1.3 - 1.9)
                                    Rajanikant Kabaria  (26 Dec 13  2220)

| Documentation History | Employee | Date/Time |
| --- | --- | --- |
| new direct entry ordered by | Sig:Chaput,France, MD, Psychiatry/Mental Health, Attending Physician (ESOF) | 12/26/13 21:11 |
| specimen collection | Sig:Sealey,Keron  Laboratory, Lab Assistant (ESOF) | 12/26/13 21:49 |
| accessioned | Sig:Sealey,Keron  Laboratory, Lab Assistant (ESOF) | 12/26/13 21:49 |
| documented by | Sig:Kabaria,Rajanikant Laboratory, Lab Technologist (ESOF) | 12/26/13 22:20 |

---

Thu, 26Dec 0200 Phosphate Level Serum                Status: complete
Collection Time          : 26 Dec 13  0200
Collected by             : Unknown
Specimen                 : SST(30026002)

Phosphate   (mg/dL)      : 4.1      (2.7 - 4.5)
                                    Rajanikant Kabaria  (26 Dec 13  2220)

| Documentation History | Employee | Date/Time |
| --- | --- | --- |
| new direct entry ordered by | Sig:Chaput,France, MD, Psychiatry/Mental Health, Attending Physician (ESOF) | 12/26/13 21:11 |

```
Printed:14 Aug 15  1044:59          ---------------------------------------
                                    |MRN:3598032                          |
Bellevue Hospital Center            |Patient:Lurch,Robert                 |
462 First Avenue                    |DOB:    /1990      Sex:M  Type:EP     |
New York, NY 10016                  |                                     |
                                    |Visit Date:12/26/13 Visit# 3598032-1 |
                                    |Location:emergency                   |
                                    ---------------------------------------
```

Outpatient Chart Print

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

## All Events - continued

| | | |
|---|---|---|
| specimen collection | Sig:Sealey,Keron  Laboratory, Lab Assistant (ESOF) | 12/26/13 21:49 |
| accessioned | Sig:Sealey,Keron  Laboratory, Lab Assistant (ESOF) | 12/26/13 21:49 |
| documented by | Sig:Kabaria,Rajanikant Laboratory, Lab Technologist (ESOF) | 12/26/13 22:20 |

-----------------------------------------------------------------------------

```
Thu, 26Dec 0200 Thyroid Stimulating Hormone Level w/rflx toStatus: complete
Collection Time      : 26 Dec 13  0200
Collected by         : Unknown
Specimen             : SST(30026002)

Remark               : Spec #30026002: 26 Dec 13   0200
Diagnosis            : Unspecified psychosis
TSH (uIU/mL)         : 0.891  (0.35 - 4.8)
                              John Ventrice      (26 Dec 13  2229)
```

| Documentation History | Employee | Date/Time |
|---|---|---|
| new direct entry ordered by | Sig:Chaput,France, MD, Psychiatry/Mental Health, Attending Physician (ESOF) | 12/26/13 21:11 |
| specimen collection | Sig:Sealey,Keron  Laboratory, Lab Assistant (ESOF) | 12/26/13 21:49 |
| accessioned | Sig:Sealey,Keron  Laboratory, Lab Assistant (ESOF) | 12/26/13 21:49 |
| documented by | Sig:Kabaria,Rajanikant Laboratory, Lab Technologist (ESOF) | 12/26/13 22:20 |
| documented by | Sig:Ventrice,John  Laboratory, Lab Medical Technician (ESOF) | 12/26/13 22:29 |

-----------------------------------------------------------------------------

```
Printed:14 Aug 15  1044:59          ------------------------------------
                                    |MRN:3598032                        |
Bellevue Hospital Center            |Patient:Lurch,Robert               |
462 First Avenue                    |DOB:     /1990      Sex:M  Type:EP  |
New York, NY 10016                  |                                   |
                                    |Visit Date:12/26/13 Visit# 3598032-1|
                                    |Location:emergency                 |
                                    ------------------------------------

                                                        Page  6 of 37

                           Outpatient Chart Print

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

                          All Events - continued

   Thu, 26Dec 0200 Ethyl Alcohol Level Quant, Serum      Status: complete
Collection Time           : 26 Dec 13  0200
Collected by              : Unknown
Specimen                  : SST(30026002)

EtOH (mg/dL)              : 262    (Lower limit of detection = 10 mg/dL)
                                    Rajanikant Kabaria  (26 Dec 13  2249)
```

| Documentation History | Employee | Date/Time |
|---|---|---|
| new direct entry ordered by | Sig:Chaput,France, MD, Psychiatry/Mental Health, Attending Physician (ESOF) | 12/26/13 21:11 |
| specimen collection | Sig:Sealey,Keron  Laboratory, Lab Assistant (ESOF) | 12/26/13 21:49 |
| accessioned | Sig:Sealey,Keron  Laboratory, Lab Assistant (ESOF) | 12/26/13 21:49 |
| documented by | Sig:Kabaria,Rajanikant Laboratory, Lab Technologist (ESOF) | 12/26/13 22:20 |
| documented by | Sig:Ventrice,John  Laboratory, Lab Medical Technician (ESOF) | 12/26/13 22:29 |
| documented by | Sig:Kabaria,Rajanikant Laboratory, Lab Technologist (ESOF) | 12/26/13 22:49 |

```
Printed:14 Aug 15  1044:59            -----------------------------------
                                      |MRN:3598032                        |
Bellevue Hospital Center              |Patient:Lurch,Robert               |
462 First Avenue                      |DOB:    /1990    Sex:M  Type:EP     |
New York, NY 10016                    |                                   |
                                      |Visit Date:12/26/13 Visit# 3598032-1|
                                      |Location:emergency                 |
                                      -----------------------------------
```

Page  7 of 37

Outpatient Chart Print

==========================================================================

All Events - continued

Thu, 26Dec 0200 Syphilis Treponemal Ab,IgG w/rflx to RPR/TiStatus: complete
Collection Time          : 26 Dec 13  0200
Collected by             : Unknown
Specimen                 : SST(30026002)

Remark                   : Spec #30026002: 26 Dec 13  0200
Syphilis IgG Ab          : non-reactive          (non-reactive)
Syph STD Comment         : No Serological evidence of infection with
                           T.pallidum (incubating or early primary
                           syphilis cannot be excluded). Retest in 2-4
                           weeks if clinically indicated.
                           Maria Nogid           (27 Dec 13  1311)

| Documentation History | Employee | Date/Time |
|---|---|---|
| new direct entry ordered by | Sig:Chaput,France, MD, Psychiatry/Mental Health, Attending Physician (ESOF) | 12/26/13 21:11 |
| specimen collection | Sig:Sealey,Keron  Laboratory, Lab Assistant (ESOF) | 12/26/13 21:49 |
| accessioned | Sig:Nogid,Maria  Laboratory, Lab Technologist (ESOF) | 12/27/13 13:11 |
| documented by | Sig:Nogid,Maria  Laboratory, Lab Technologist (ESOF) | 12/27/13 13:11 |
| verified by | Sig:Nogid,Maria  Laboratory, Lab Technologist (ESOF) | 12/27/13 13:32 |

```
Printed:14 Aug 15   1044:59            ----------------------------------------
                                       |MRN:3598032                            |
Bellevue Hospital Center               |Patient:Lurch,Robert                   |
462 First Avenue                       |DOB:      1990      Sex:M  Type:EP      |
New York, NY 10016                     |                                       |
                                       |Visit Date:12/26/13 Visit# 3598032-1   |
                                       |Location:emergency                     |
                                       ----------------------------------------
```

Page  8 of 37

Outpatient Chart Print

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

All Events - continued

Thu, 26Dec 0200 Hemogram Auto Diff w/rflx to Manual Diff   Status: complete

| | | |
|---|---|---|
| Collection Time | : 26 Dec 13  0200 | |
| Collected by | : Unknown | |
| Specimen | : LavEDTA(30026002) | |
| | | |
| WBC(10^9/L) | : 7.1 | (4.8 - 10.8) |
| RBC(10^12/L) | : 5.26 | (4.70 - 6.10) |
| Hgb (g/dL) | : 15.4 | (14.0 - 18.0) |
| Hct    (%) | : 47.2 | (42 - 52) |
| MCV   (fL) | : 89.7 | (80 - 94) |
| MCH   (pg) | : 29.3 | (27 - 31) |
| MCHC(g/dL) | : 32.6 | (32 - 36) |
| RDW    (%) | : 13.6 | (12 - 15) |
| Plt(10^9/L) | : 194 | (150 - 400) |
| MPV (fL) | : 8.4 | (7.4 - 10.4) |
| Neut (%) | : 53.1 | (44 - 70) |
| Lymp (%) | : 38.0 | (20 - 45) |
| Mono (%) | : 8.2 | (2 - 10) |
| Eos  (%) | : 0.5 | (1 - 4) |
| Baso (%) | : 0.2 | (0.0 - 2.0) |
| Neut # | : 3.7 | (2.1 - 7.6) |
| Lymp # | : 2.7 | (0.9 - 4.9) |
| Mono # | : 0.6 | (0.1 - 1.0) |
| Eos  # | :·0.0 L | (0.0 - 0.5) |
| Baso # | : 0.0 | (0.0 - 0.1) |
| Mn Diff? | : manual diff not needed | |
| | Jibu Abraham | (26 Dec 13  2207) |

| Documentation History | Employee | Date/Time |
|---|---|---|
| new direct entry ordered by | Sig:Chaput,France, MD, Psychiatry/Mental Health, Attending Physician (ESOF) | 12/26/13 21:11 |
| specimen collection | Sig:Sealey,Keron  Laboratory, Lab Assistant (ESOF) | 12/26/13 21:49 |
| accessioned | Sig:Patel,Mahendrakumar, Lab Associate (Level A) (ESOF) | 12/26/13 21:52 |

```
Printed:14 Aug 15  1044:59        ----------------------------------------
                                  |MRN:3598032      .                      |
Bellevue Hospital Center          |Patient:Lurch,Robert                   |
462 First Avenue                  |DOB:    /1990    Sex:M  Type:EP         |
New York, NY 10016                |                                        |
                                  |Visit Date:12/26/13 Visit# 3598032-1   |
                                  |Location:emergency                      |
                                  ----------------------------------------
```

Page  9 of 37

Outpatient Chart Print

==============================================================================

All Events - continued

documented by                    Sig:Abraham,Jibu  Laboratory,    12/26/13 22:07
                                 Lab Medical Technician (ESOF)
verified by                      Sig:Amin,Upendra  Laboratory,    12/26/13 23:00
                                 Lab Medical Technician (ESOF)
------------------------------------------------------------------------------
Thu, 26Dec 2058 ED Triage Note                           Status: complete
Life Saving              : Complete Full Triage Note
Communication Method     : Direct Communication in English
Restraints               : Patient brought in to ED in handcuffs.
Mode of Arrival          : city ambulance
Chief Complaint          : psych eval,
Assessment               : pt agitated, no medical complain
Past Medical/Surgical Hx : denies
Medications on Arrival    : denies
Allergies - Medications  : no known drug allergies
Allergies - Other        : no known allergens
Domestic Violence        : Domestic Violence: no
Psych Risk Assessment    : Patient sent for Psychiatric evaluation
                           and/or clearance
Suicide/Homicide         : Suicidal?: no Homicidal?: no 1:1: no
                           Destination: Adult CPEP with Escort
ED Alerts                : NYPD Prisoner;
Blood Pressure           : 135/96
Pulse                    : 65
Respirations             : 18
Temperature              : 96.9 F (36.1 C)
Temperature Method       : Tympanic
O2 Saturation            : 98 %
Suspected Infection?     : no
Alteration of Mental Stat: no
Pain Screen              : pt denies pain at this time
ESI Level                : 4
Team Assigned            : CPEP
                           Kazumi Inose, RN    (26 Dec 13  2059)

  Documentation History           Employee                      Date/Time

```
Printed:14 Aug 15  1044:59              --------------------------------------
                                        |MRN:3598032                          |
Bellevue Hospital Center                |Patient:Lurch,Robert                 |
462 First Avenue                        |DOB:       /1990     Sex:M  Type:EP   |
New York, NY 10016                      |                                     |
                                        |Visit Date:12/26/13 Visit# 3598032-1 |
                                        |Location:emergency                   |
                                        --------------------------------------
```

                                                                    Page 10 of 37

                              Outpatient Chart Print

==========================================================================

                              All Events - continued

documented by                      Sig:Inose,Kazumi, RN   Nursing,  12/26/13 20:59
                                   Nurse - Registered (ESOF)
--------------------------------------------------------------------------
   Thu, 26Dec 2111 Psychiatry Attending Other Note Chaput, F  Status: corrected
Discipline               : Attending
Author                   : France Chaput, MD
Note Type                : Psychiatry
Contact                  : Direct patient contact
Preferred Language       : English
Language Used            : English
Note (WP)                : Pt is a 23 yo BM with unknown psychiatric hx
                           BIB EMS after he became disruptive in a
                           Chinese restaurant, did not pay for his food
                           and started breaking things. At arrival pt is
                           agitated, threatening NYPD (he is not in
                           custody) and unable to cooperate. He was
                           placed in wrist and ankle restraint and was
                           given Haldol 5 mg IM and Ativan 2 mg IM.
                                  France Chaput, MD   (26 Dec 13  2142)

   Documentation History         Employee                        Date/Time
   documented by                 Sig:Chaput,France, MD           12/26/13 21:14
                                 Psychiatry/Mental Health,
                                 Attending Physician (ESOF)
   corrected by                  Sig:Chaput,France, MD           12/26/13 21:42
                                 Psychiatry/Mental Health,
                                 Attending Physician (ESOF)
--------------------------------------------------------------------------
   Thu, 26Dec 2112 Haloperidol Lactate                   Status: complete
Dose/Route               : 1 mL, inj intramuscu
Admin Info               : 1 mL (5 mg) of Haloperidol Lactate 5 mg/mL
                           Injection, 1 mL
Site                     : deltoid
                           Maria D Marquez, RN (26 Dec 13  2112)

   Documentation History         Employee                        Date/Time

```
Printed:14 Aug 15  1044:59
                               ---------------------------------------
                               |MRN:3598032                          |
Bellevue Hospital Center       |Patient:Lurch,Robert                 |
462 First Avenue               |DOB:    /1990   Sex:M  Type:EP       |
New York, NY 10016             |                                     |
                               |Visit Date:12/26/13 Visit# 3598032-1 |
                               |Location:emergency                   |
                               ---------------------------------------
```

Page 11 of 37

Outpatient Chart Print

=================================================================================

All Events - continued

| | | |
|---|---|---|
| new direct entry ordered by | Sig:Chaput,France, MD,<br>Psychiatry/Mental Health,<br>Attending Physician (ESOF) | 12/26/13 21:11 |
| documented by | Sig:Marquez,Maria D, RN<br>Psychiatry/Mental Health, Staff<br>Nurse (ESOF) | 12/26/13 21:12 |

---------------------------------------------------------------------------------

Thu, 26Dec 2112 LORazepam                          Status: complete
Dose/Route                : 2 mg intramuscu
Admin Info                : 2 mg (1 mL) of LORazepam 2 mg/mL Injection, 1
                             mL Carpuject
Site                      : deltoid
                             Maria D Marquez, RN (26 Dec 13  2112)

| Documentation History | Employee | Date/Time |
|---|---|---|
| new direct entry ordered by | Sig:Chaput,France, MD,<br>Psychiatry/Mental Health,<br>Attending Physician (ESOF) | 12/26/13 21:11 |
| documented by | Sig:Marquez,Maria D, RN<br>Psychiatry/Mental Health, Staff<br>Nurse (ESOF) | 12/26/13 21:12 |

---------------------------------------------------------------------------------

Thu, 26Dec 2114 Transfer to CPEP Note              Status: complete
Review Prior Visit        : NOTE: This triage note supplements the full
                             triage note completed on this patient during
                             the AES/CPEP visit that was just completed.
                             Perform chart review to review all
                             information from that visit.
Date & Time               : Thu, 26 Dec 2013  2114
Patient's Chief Complaint: psych eval,
Team Assigned             : CPEP
                             Maria D Marquez, RN (26 Dec 13  2114)

| Documentation History | Employee | Date/Time |
|---|---|---|
| documented by | Sig:Marquez,Maria D, RN<br>Psychiatry/Mental Health, Staff | 12/26/13 21:14 |

Printed:14 Aug 15   1044:59

Bellevue Hospital Center
462 First Avenue
New York, NY 10016

```
-------------------------------------
|MRN:3598032                        |
|Patient:Lurch,Robert               |
|DOB:      1990      Sex:M  Type:EP |
|                                   |
|Visit Date:12/26/13 Visit# 3598032-1|
|Location:emergency                 |
-------------------------------------
```

Page 12 of 37

Outpatient Chart Print

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

All Events - continued

Nurse (ESOP)

-----------------------------------------------------------------------------

```
Printed:14 Aug 15  1044:59              ----------------------------------
                                        |MRN:3598032                       |
Bellevue Hospital Center                |Patient:Lurch,Robert              |
462 First Avenue                        |DOB:|     /1990     Sex:M  Type:EP |
New York, NY 10016                      |                                  |
                                        |Visit Date:12/26/13 Visit# 3598032-1|
                                        |Location:emergency                |
                                        ----------------------------------
```

Outpatient Chart Print

=================================================================================

· All Events - continued

```
   Thu, 26Dec 2117 CPEP RN Assessment (Adult)              Status: complete
Arrival Time to CPEP    : Thu, 26 Dec 2013  2114
Marital Status          : Unable to Obtain
Race/Ethnicity          : Black or African American
Religion                : unable to obtain
Source of Referral      : Self, family or friend;
Language                :

   Preferred Language(s)    : English

Reason for Visit at Triag: psych eval,
Patient's Chief Complaint: psy eval
Suicide/Self Harm        : New Assmt: No new suicide assessment
                           documented Self Harm Indications:
                           Unable to assess Comment: unable to
                           obtain
Recent Medications       : unable to obtain
Allergies Med            : no known drug allergies
Allergies Other          : no known allergens
Diet                     : regular
Substance/Alcohol Use    : unable to assess
Smoking                  :  not assessed
Past Medical History (WP): Unable to obtain
Pain Assessment          : no pain issues at this time
Skin Assessment/Pressure :

   Braden Scale   : Score: 23 Braden Scale: No Risk Sensory
                    Perception: responds to verbal commands. has
                    no sensory deficit which would limit ability
                    to feel or voice pain or discomfort.
                    Moisture: skin is usually dry Activity:
                    walks frequently during waking hours
                    Mobility: makes position changes without
                    assistance Nutrition: eats most of every
                    meal Friction & Shear: moves in bed and in
                    chair independently
```

```
Printed:14 Aug 15  1044:59            ------------------------------------
                                      |MRN:3598032                        |
Bellevue Hospital Center              |Patient:Lurch,Robert               |
462 First Avenue                      |DOB:     /1990    Sex:M  Type:EP   |
New York, NY 10016                    |                                   |
                                      |Visit Date:12/26/13 Visit# 3598032-1|
                                      |Location:emergency                 |
                                      ------------------------------------

                                                              Page 14 of 37

                          Outpatient Chart Print
```

All Events - continued

Thu, 26Dec 2117 CPEP RN Assessment (Adult) -- cont'd
Skin Assessment: SKIN INTACT: Yes SKIN CONDITION DESCRIPTION: Dry
                 and Intact;
Pressure Ulcer : PRESSURE ULCER: no, pressure ulcer

Fall Risk                : Fall History: No history of falls within
                           the last (6) months Age: < 60 yrs
                           Secondary Diagnosis/Co-Morbidity:
                           None present Incontinence: No
                           incontinence
                           Urgency/Frequency/Nocturia Status:
                           None present Fall Risk Drugs: pt had
                           a sedated procedure within the past
                           24hrs Mobility,Transfer or
                           Ambulation: No assistance or
                           supervision needed Gait Status:
                           Steady gait Visual or Auditory
                           Impairments: Visual or Auditory
                           impairment do NOT affect gait Pt Care
                           Equipment : None present Altered
                           Awareness of Immediate Physical
                           Environment: No altered awareness
                           Impulsiveness: Pt impulsive
                           Limitations: Pt lacks understanding
                           of their physical and cognitive
                           limitations Score: 13 Risk: High Risk
Elopement Risk           : No elopement risks identified
Broset Violence Checklist: Confused: absence of behavior Irritable:
                           presence of behavior Boisterous:
                           presence of behavior Physically
                           Threatening: presence of behavior
                           Verbally threatening: presence of
                           behavior Attacking objects: absence
                           of behavior Total Score: 4 Risk
                           Level: imminent risk for violence
Hx of Restraint/Seclusion: yes

Printed:14 Aug 15   1044:59

Bellevue Hospital Center
462 First Avenue
New York, NY 10016

```
------------------------------------
|MRN:3598032                         |
|Patient:Lurch,Robert                |
|DOB███████/1990      Sex:M  Type:EP |
|                                    |
|Visit Date:12/26/13 Visit# 3598032-1|
|Location:emergency                  |
------------------------------------
```

Page 15 of 37

Outpatient Chart Print

===========================================================================

All Events - continued

Thu, 26Dec 2117 CPEP RN Assessment (Adult) -- cont'd
Agitating Circumstances  : patient threatening
Interventions            : medicated with ativan 2 mg IM stat and Haldol
                           5 mg IM stat @2110
Preferences              : medications
Risks/Alerts             : Violence Risk,Falls Risk
Risk/Alert Details       : fall prec,assault prec
Contraband               : None
Oriented to Unit         : ID Band; Visiting/Telephone; No Smoking
                           Policy; Bill of Rights; Unit Rules/Treatment
                           Prgorams; Patient/Family Participation.
Barriers to Assessment   : Patient agitated or threatening
Comment                  : Patient was bib ems agitated and threatening
                           staff combative yelling and cursing and not
                           amenable with redirection per MD chaput
                           received ativan 2 mg IM stat and haldol 5 mg
                           IM stat @2110 and was placed on wrist and
                           ankle restraints 2110
                                    Maria D Marquez, RN (26 Dec 13  2127)

| Documentation History | Employee | Date/Time |
| --- | --- | --- |
| documented by | Sig:Marquez,Maria D, RN | 12/26/13 21:27 |
| | Psychiatry/Mental Health, Staff | |
| | Nurse (ESOF) | |

----------------------------------------------------------------------------
Thu, 26Dec 2128 Nursing Progress Note w/Care Plan (Psych) (Status: complete
Preferred Language(s)    : English
Communication Ability    : Able to communicate
Language Used            : English
Most Recent VS           : T 96.9, P 65, R 18, BP 135, O2 Sat 98 (12/26
                           20:58)
Vascular Lines           : no vascular lines

Printed:14 Aug 15   1044:59

Bellevue Hospital Center
462 First Avenue
New York, NY 10016

```
-----------------------------------------
|MRN:3598032                              |
|Patient:Lurch,Robert                     |
|DOB:     /1990    Sex:M  Type:EP         |
|                                         |
|Visit Date:12/26/13 Visit# 3598032-1     |
|Location:emergency                       |
-----------------------------------------
```

Page 16 of 37

Outpatient Chart Print

▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

## All Events - continued

Thu, 26Dec 2128 Nursing Progress Note w/Care Plan (Psych) ( -- cont'd
Problems                  :  : RN   : Danger to others Evidence:
                                      severely agitated behavior,loud and
                                      verbally abusive and not amenable
                                      with redirection. Goals: Patient will
                                      not be a danger to self and others
                                      Objectives: Patient will not threaten
                                      staff and will not attack staff in 2
                                      hours,patient will be sfe and
                                      comfortable when placed in
                                      restraints,Patient will be released
                                      as early as indicated
Nsg Prob & Intvns (WP)    : Apply restraints properly
                            Check restraints q 15 minutes for good
                            circulation and skin integrity
                            Assess mental status and monitor for any
                            significant changes
                            Provide comfort measures such as fluids food
                            elimination ROM etc
                            Reassess patient for possibility of early
                            release from restraints every 15 minutes
                             d/c restraints as indicated meeting the
                            criteria for release
                            administer medication as ordered by MD.
                            Provide safe calm and supportive  environment
Evaluation (WP)           : Paitent calm at this time
Author                    : Maria D Marquez, RN
Progress Note (WP)        : Patient was uncooperative on arrival.patient
                            combative  and threatening staff yelling and
                            cursing.Patient was medicated with Ativan 2
                            mg IM stat and Haldol 5 mg IM stat @2110 and
                            wrist and ankle restraints
                            2110-2145.patient's vital signs taken post
                            medications 114/53,89 pulse rate,20
                            respiration 89 pulse rate,97.2 temp.,
                                      Maria D Marquez, RN (26 Dec 13  2142)

```
Printed:14 Aug 15   1044:59            ----------------------------------------
                                       |MRN:3598032                            |
Bellevue Hospital Center               |Patient:Lurch,Robert                   |
462 First Avenue                       |DOB:    1990      Sex:M   Type:EP       |
New York, NY 10016                     |                                       |
                                       |Visit Date:12/26/13 Visit# 3598032-1   |
                                       |Location:emergency                     |
                                       ----------------------------------------
```

Outpatient Chart Print

==================================================================================

All Events - continued

| Documentation History | Employee | Date/Time |
|---|---|---|
| documented by | Sig:Marquez,Maria D, RN<br>Psychiatry/Mental Health, Staff<br>Nurse (ESOF) | 12/26/13 21:42 |

----------------------------------------------------------------------------------

Thu, 26Dec 2133 CPEP Interim Disposition Note          Status: complete

```
Dispo Date/Time           : Thu, 26 Dec 2013   2133
Interim Disposition       : Hold
Primary Diagnosis         : Unspecified psychosis
Medical Necessity         : Significant danger to self or others
Risks/Alerts              : Violence Risk,Falls Risk
Risks/Alerts Details      : fall prec,assault prec
Preliminary Treatment Pla : Close Observation (q 15 min); Watch for
                            signs/symptoms of withdrawal; Individual
                            Therapy; Group Therapy; Milieu Therapy;
Plan Detail               : -place on hold; PRN meds for agitation;
                            assault precautions
                            -labs
                            -re-assess when pt is able to cooperate
Attending                 : France Chaput, MD
                            France Chaput, MD   (26 Dec 13  2134)
```

| Documentation History | Employee | Date/Time |
|---|---|---|
| documented by | Sig:Chaput,France, MD<br>Psychiatry/Mental Health,<br>Attending Physician (ESOF) | 12/26/13 21:34 |

----------------------------------------------------------------------------------

```
Printed:14 Aug 15  1044:59        -------------------------------------
                                  |MRN:3598032                        |
Bellevue Hospital Center          |Patient:Lurch,Robert               |
462 First Avenue                  |DOB:      /1990     Sex:M  Type:EP  |
New York, NY 10016                |                                   |
                                  |Visit Date:12/26/13 Visit# 3598032-1|
                                  |Location:emergency                 |
                                  -------------------------------------

                                                     Page 18 of 37

                        Outpatient Chart Print

■=□=■=□=■=□=■=□=■=□=■=□=■=□=■=□=■=□=■=□=■=□=■=□=■=□=■=□=■=□=■=□=■=□=■=□=■=□=■=□=■=□=■

                        All Events - continued

   Thu, 26Dec 2135 Adult CPEP CAF                    Status: complete
Arrival Time to CPEP      : Thu, 26 Dec 2013  2114
Time Pt Seen by Physician: Thu, 26 Dec 2013  2135
Language                  :

   Preferred Language(s)   : English

Assessment Type           : Full Assessment
Race/Ethnicity            : Black or African American
Source of Referral        : Self, family or friend;
Phone Number(s)           : Unable to obtain
Source of Information      : Patient
Personal Collateral Conta: none known
Professional Collateral C: none known
Chief Complaint at Triage: psych eval,
Patient's Chief Complaint: psy eval
History of Present Illnes:  Pt is a 23 yo BM with unknown psychiatric hx
                           . BIB EMS after he became disruptive in a
                           .Chinese restaurant, did not pay for his food
                            and started breaking things. At arrival pt is
                            agitated, threatening NYPD (he is not in
                            custody) and unable to cooperate. He was
                            placed in wrist and ankle restraint and was
                            given Haldol 5 mg IM and Ativan 2 mg IM. He
                            cannot be interviewed at this time due to
                            sedation.
Past Psychiatric History : Unable to assess
Psych Hx Reviewed?       : No existing Past Psychiatric history
                            documented.  Unable to assess patient for
                            history at this time.
Psychopharm History       : Unable to assess
High Risk Psych Hx        : Unable to assess
AOT Status                : unable to assess
Past Medical History      : Unable to obtain
Allergies Med             : no known drug allergies
Allergies Other           : no known allergens
```

```
Printed:14 Aug 15  1044:59         ----------------------------------
                                   |MRN:3598032                      |
Bellevue Hospital Center           |Patient:Lurch,Robert             |
462 First Avenue                   |DOB:    /1990    Sex:M  Type:EP  |
New York, NY 10016                 |                                 |
                                   |Visit Date:12/26/13 Visit# 3598032-1|
                                   |Location:emergency               |
                                   ----------------------------------
```

Page 19 of 37

Outpatient Chart Print

================================================================

All Events - continued

Thu, 26Dec 2135 Adult CPEP CAP -- cont'd
Home Meds/Attestation    :

Attestation           : <u>Unable to obtain medication list due to Patient
                        unable or unwilling to communicate and collateral
                        unavailable. Any medications on the list are
                        unverified.</u>

Substance/Alcohol Use    : unable to assess
Substance/Alcohol Use Hx : No existing Substance/Alcohol Use history
                           documented. Unable to assess patient for
                           history at this time.
Abuse/Trauma History     : Unable to Assess
Trauma Hx Reviewed?      : No existing Abuse/Trauma history documented.
                           Unable to assess patient for history at this
                           time.
ACS/ APS Involvement     : unable to assess
Family History           : <u>Unable to assess</u>
Current Residence        : <u>Unable to Assess</u>
Social/Development Histor: unable to assess
RN Suicide Assessment    : New Assmt: No new suicide assessment
                                    documented Self Harm Indications:
                                    Unable to assess Comment: unable to
                                    obtain
Suicide/Self Harm        : New Assmt: No new suicide assessment
                                    documented Addtl Findings: unable to
                                    assess Self Harm Indications: None
Pertinent RN Violence Ass: Confused: absence of behavior Irritable:
                                    presence of behavior Boisterous:
                                    presence of behavior Physically
                                    Threatening: presence of behavior
                                    Verbally threatening: presence of
                                    behavior Attacking objects: absence
                                    of behavior Total Score: 4 Risk
                                    Level: imminent risk for violence
Violence Risk Factors    : <u>Agitated/Hostile,Recent violence</u>

```
Printed:14 Aug 15  1044:59
                                   ---------------------------------------
                                   |MRN:3598032                          |
Bellevue Hospital Center           |Patient:Lurch,Robert                 |
462 First Avenue                   |DOB:     /1990    Sex:M  Type:EP      |
New York, NY 10016                 |                                     |
                                   |Visit Date:12/26/13 Visit# 3598032-1 |
                                   |Location:emergency                   |
                                   ---------------------------------------

                                                         Page 20 of 37

                          Outpatient Chart Print

================================================================================

                          All Events - continued


   Thu, 26Dec 2135 Adult CPEP CAF -- cont'd
Medical Evaluation       :

   General               : healthy appearing, in no acute distress, well
                           developed, well nourished,
   ----------            : Superior --> Inferior
   ----------            : Surface --> Deep

Mental Status Exam       :

   Appearance               : Appears stated age,Adequately
                              dressed,Disheveled
   Behavior                 : Hostile,Agitated
   Behavior (more)          : now sedated and unable to participate in
                              interview
   Speech                   : Unable to assess
   Thought process          : Unable to assess
   Thought content          : Unable to assess
   Suicidal ideation        : Unable to assess
   Aggressive ideation      : Violent thoughts
   Aggressive ideation (more) : was threatening NYPD
   Perceptual disorders     : Unable to assess
   Mood                     : Unable to assess
   Affect                   : Increased intensity,Labile affect
   Impulse control          : Impaired impulse control
   Cognitive function       : Reduced arousal
   Insight                  : Unable to assess
   Judgment                 : Impaired judgment
   Mental Status Exam Time  : 26 Dec 13  2138

Barriers to Assessment   : Patient agitated or threatening; Patient
                           unable;
Axis I Diagnosis         : Unspecified psychosis
Axis V Diagnosis         : Current GAF Score: 20.
Strengths                : General good health,
Formulation              : Pt is a 23 yo BM with unknown psychiatric hx
```

Printed:14 Aug 15  1044:59

Bellevue Hospital Center
462 First Avenue
New York, NY 10016

```
---------------------------------------
|MRN:3598032                            |
|Patient:Lurch,Robert                   |
|DOB:████1990      Sex:M  Type:EP       |
|                                       |
|Visit Date:12/26/13 Visit# 3598032-1   |
|Location:emergency                     |
---------------------------------------
```

Page 21 of 37

Outpatient Chart Print

**████████████████████████████████████████████████████████████████**

**All Events - continued**

Thu, 26Dec 2135 Adult CPEP CAF -- cont'd
                    BIB EMS after he became disruptive in a
                    Chinese restaurant, did not pay for his food
                    and started breaking things. At arrival pt is
                    agitated, threatening NYPD (he is not in
                    custody) and unable to cooperate. He was
                    placed in wrist and ankle restraint and was
                    given Haldol 5 mg IM and Ativan 2 mg IM. He
                    cannot be interviewed at this time due to
                    sedation.
                    Diff dx include substance related d/o NOS,
                    psychotic d/o NOS, mood d/o NOS, r/o
                    psychotic and mood d/o due to GMC. Pt is at
                    acute risk of harm to others given recent
                    violence, agitation at arrival in CPEP. He
                    will be placed on hold for safety and
                    re-assess when he is able to cooperate.
Attending          : France Chaput, MD
                    France Chaput, MD   (26 Dec 13  2141)

| Documentation History | Employee | Date/Time |
|---|---|---|
| documented by | Sig:Chaput,France, MD Psychiatry/Mental Health, Attending Physician (ESOF) | 12/26/13 21:41 |

```
Printed:14 Aug 15  1044:59        --------------------------------------
                                  |MRN:3598032                         |
Bellevue Hospital Center          |Patient:Lurch,Robert                |
462 First Avenue                  |DOB:    /1990    Sex:M  Type:EP      |
New York, NY 10016                |                                    |
                                  |Visit Date:12/26/13 Visit# 3598032-1 |
                                  |Location:emergency                  |
                                  --------------------------------------
```

                                                          Page 22 of 37

                            Outpatient Chart Print

========================================================================

                            All Events - continued

```
    Thu, 26Dec 2146 Vital Signs IP                   Status: complete
BP                       : 114/53  mmHg
Pulse                    : 89  bpm
Resp                     : 18  breaths/min
Resp Description         : regular, unlabored
O2 Sat                   : n/a
Temp                     : 97.8 F (36.6 C)
Temp Method              : tympanic membrane
Pain                     : no
Pain (Trend)             : 0
                             Celso Diokno, Psych Tech
                                         (26 Dec 13  2147)
```

| Documentation History | Employee | Date/Time |
|---|---|---|
| documented by | Sig:Diokno,Celso, Psych Tech Psychiatry/Mental Health, Patient Care Technician (ESOF) | 12/26/13 21:47 |

```
    Thu, 26Dec 2253 BHC Scanned ER records           Status: complete
Scanned ER Notes         : see scan result (see image #2)
Comment                  : acr
                             Alexandra Basquiat  (26 Dec 13  2253)
```

| Documentation History | Employee | Date/Time |
|---|---|---|
| documented by | Sig:Basquiat,Alexandra  Medical Records (ESOF) | 12/26/13 22:53 |

Printed:14 Aug 15  1044:59 .

Bellevue Hospital Center
462 First Avenue
New York, NY 10016

```
-------------------------------------------
|MRN:3598032                                |
|Patient:Lurch,Robert                       |
|DOB:      /1990      Sex:M  Type:EP        |
|                                           |
|Visit Date:12/26/13 Visit# 3598032-1       |
|Location:emergency                         |
-------------------------------------------
```

                                                        Page 23 of 37

                          Outpatient Chart Print

■■■■=■■■■■=■■■■■=■■■■■=■■■■■■■■=■■■■■■■■■■■■■■=■■■■■■■=■■■■■■■■■■■■■■■■■

                          All Events - continued

   Fri, 27Dec 0141 Vital Signs IP                          Status: complete
BP                        : 100/59  mmHg
Pulse                     : 76  bpm
Resp                      : 18  breaths/min
Resp Description          : regular, unlabored
O2 Sat                    : n/a
Temp                      : 97.7 F (36.5 C)
Temp Method               : tympanic membrane
Pain                      : no
Pain (Trend)              : 0
                                      Lourdes Rivera, Psych Tech
                                           (27 Dec 13  0141)

   Documentation History         Employee                      Date/Time
   documented by                 Sig:Rivera,Lourdes, Psych Tech  12/27/13 01:41
                                 Psychiatry/Mental Health,.
                                 Psychiatric/Social Health (ESOF)
--------------------------------------------------------------------
   Fri, 27Dec 0449 Nursing Progress Note w/Care Plan (Psych) (Status: complete
Preferred Language(s)     : English
Communication Ability     : Able to communicate
Language Used             : English
Most Recent VS            : T 97.7, R 76, R 18, BP 100, O2 Sat N (12/27
                            01:41)
Vascular Lines            : No Vascular lines

```
Printed:14 Aug 15  1044:59              --------------------------------------
                                        |MRN:3598032                          |
Bellevue Hospital Center                |Patient:Lurch,Robert                 |
462 First Avenue                        |DOB:     /1990     Sex:M  Type:EP     |
New York, NY 10016                      |                                     |
                                        |Visit Date:12/26/13 Visit# 3598032-1 |
                                        |Location:emergency                   |
                                        --------------------------------------
```

Page 24 of 37

Outpatient Chart Print

==================================================================================

All Events - continued

```
Fri, 27Dec 0449 Nursing Progress Note w/Care Plan (Psych) ( -- cont'd
Problems              :  : RN   : Danger to others Evidence:
                                 severely agitated behavior,loud and
                                 verbally abusive and not amenable
                                 with redirection. Goals: Patient will
                                 not be a danger to self and others
                                 Objectives: Patient will not threaten
                                 staff and will not attack staff in 2
                                 hours,patient will be sfe and
                                 comfortable when placed in
                                 restraints,Patient will be released
                                 as early as indicated
Nsg Prob & Intvns (WP)   : Apply restraints properly
                           Check restraints q 15 minutes for good
                           circulation and skin integrity
                           Assess mental status and monitor for any
                           significant changes
                           Provide comfort measures such as fluids food
                           elimination ROM etc
                           Reassess patient for possibility of early
                           release from restraints every 15 minutes
                            d/c restraints as indicated meeting the
                           criteria for release
                           administer medication as ordered by MD.
                           Provide safe calm and supportive  environment
Evaluation (WP)          : Patient able to sleep throughout the shift.
                           Will reassess mental status when awake and
                           when he is able to ccoperate.
Author                   : Elma DelaCruz, RN
```

```
Printed:14 Aug 15  1044:59        ----------------------------------------
                                  |MRN:3598032                           |
Bellevue Hospital Center          |Patient:Lurch,Robert                  |
462 First Avenue                  |DOB:▉▉▉/1990     Sex:M  Type:EP        |
New York, NY 10016                |                                      |
                                  |Visit Date:12/26/13 Visit# 3598032-1  |
                                  |Location:emergency                    |
                                  ----------------------------------------
```

                             Outpatient Chart Print

================================================================================

                             All Events - continued

```
   Fri, 27Dec 0449 Nursing Progress Note w/Care Plan (Psych) ( -- cont'd
Progress Note (WP)       : Patient has been asleep since 2145 after he
                           was released from wrist and ankle restraint,
                           In no apparent distress w/ spontaneous
                           breathing pattern. Vital signs checked and
                           monitored closely,wnl. Blood was drawn and
                           EKG was done. Patient was placed on hold for
                           reevaluation in the morning. Will continue to
                           observe and provide safe and supportive
                           environment.
                                 Elma DelaCruz, RN  (27 Dec 13  0454)
```

| Documentation History | Employee | Date/Time |
|---|---|---|
| documented by | Sig:DelaCruz,Elma, RN | 12/27/13 04:54 |
| | Psychiatry/Mental Health, Staff | |
| | Nurse (ESOF) | |

--------------------------------------------------------------------------------

```
   Fri, 27Dec 0606 Vital Signs IP                   Status: complete
BP                       : 105/66  mmHg
Pulse                    : 82  bpm
Resp                     : 18  breaths/min
O2 Sat                   : n/a
Temp                     : 96.9 F (36.1 C)
Pain                     : no
Pain (Trend)             : 0
                                 Syrlene Weekes, NA  (27 Dec 13  0607)
```

| Documentation History | Employee | Date/Time |
|---|---|---|
| documented by | Sig:Weekes,Syrlene, NA | 12/27/13 06:07 |
| | Psychiatry/Mental Health, | |
| | Nurse's Aide (ESOF) | |

--------------------------------------------------------------------------------

```
Printed:14 Aug 15  1044:59        ----------------------------------------
                                  |MRN:3598032                            |
Bellevue Hospital Center          |Patient:Lurch,Robert                   |
462 First Avenue                  |DOB     /1990      Sex:M  Type:EP       |
New York, NY 10016                |                                       |
                                  |Visit Date:12/26/13 Visit# 3598032-1   |
                                  |Location:emergency                     |
                                  ----------------------------------------
```

Page 26 of 37

Outpatient Chart Print

============================================================================

All Events - continued

Fri, 27Dec 0938 Vital Signs IP                         Status: complete
```
BP                    : 123/66  mmHg
Pulse                 : 64   bpm
Resp                  : 18   breaths/min
Resp Description      : regular, unlabored
O2 Sat                : n/a
Temp                  : 97.1 F (36.2 C)
Temp Method           : tympanic membrane
Pain                  : no
Pain (Trend)          : 0
```
                                  Celso Diokno, Psych Tech
                                       (27 Dec 13  0938)

| Documentation History | Employee | Date/Time |
|---|---|---|
| documented by | Sig:Diokno,Celso, Psych Tech Psychiatry/Mental Health, Patient Care Technician (ESOF) | 12/27/13 09:38 |
| summary result review | Sig:Baptiste,Katiuscha, RN Psychiatry/Mental Health, Nurse - Registered (ESOF) | 12/27/13 10:08 |

----------------------------------------------------------------------------

Fri, 27Dec 1008 Nursing Progress Note w/Care Plan (Psych) (Status: complete
```
Preferred Language(s)     : English
Communication Ability     : Able to communicate
Language Used             : English
Vascular Lines            : no vascular lines
```

```
Printed:14 Aug 15   1044:59            -------------------------------------
                                       |MRN:3598032                          |
Bellevue Hospital Center               |Patient:Lurch,Robert                 |
462 First Avenue                       |DOB:     /1990      Sex:M  Type:EP    |
New York, NY 10016                     |                                     |
                                       |Visit Date:12/26/13 Visit# 3598032-1 |
                                       |Location:emergency                   |
                                       -------------------------------------
```

Page 27 of 37

Outpatient Chart Print

==============================================================================

All Events - continued

```
Fri, 27Dec 1008 Nursing Progress Note w/Care Plan (Psych) ( -- cont'd
Problems              :  : RN    Danger to others Evidence:
                                 severely agitated behavior,loud and
                                 verbally abusive and not amenable
                                 with redirection. Goals: Patient will
                                 not be a danger to self and others
                                 Objectives: Patient will not threaten
                                 staff and will not attack staff in 2
                                 hours,patient will be sfe and
                                 comfortable when placed in
                                 restraints,Patient will be released
                                 as early as indicated
Nsg Prob & Intvns (WP)  : Apply restraints properly
                          Check restraints q 15 minutes for good
                          circulation and skin integrity
                          Assess mental status and monitor for any
                          significant changes
                          Provide comfort measures such as fluids food
                          elimination ROM etc
                          Reassess patient for possibility of early
                          release from restraints every 15 minutes
                          d/c restraints as indicated meeting the
                          criteria for release
                          administer medication as ordered by MD.
                          Provide safe calm and supportive  environment
Evaluation (WP)         : Patient was not a danger to self or others
Author                  : Katiuscha Baptiste, RN
```

```
Printed:14 Aug 15  1044:59          --------------------------------------
                                    |MRN:3598032                          |
Bellevue Hospital Center            |Patient:Lurch,Robert                 |
462 First Avenue                    |DOB:    /1990    Sex:M  Type:EP       |
New York, NY 10016                  |                                     |
                                    |Visit Date:12/26/13 Visit# 3598032-1 |
                                    |Location:emergency                   |
                                    --------------------------------------
```

Page 28 of 37

Outpatient Chart Print

═══════════════════════════════════════════════════════════════════════════

All Events - continued

Fri, 27Dec 1008 Nursing Progress Note w/Care Plan (Psych) ( -- cont'd
Progress Note (WP)        : Patient receive alert and responsive to all
                            stimuli, resting in OB1 on stretcher easily
                            aroused. No apparent distress noted. Voice no
                            pain and no discomfort at present time. Mood
                            is calm and cooperative. appetite is good and
                            tolerated 85% of his meal. Insight and
                            judgment is limited. denies
                            suicidal/homicidal ideation and denies A/V
                            hallucination. Supportive and therapeutic
                            milieu maintained. Safety maintained

                            Patient was seen and re-evaluated by MD for
                            T&R. Discharge instructions provided and
                            verbalize understanding. Refused social work
                            services. Personal belonging and property
                            given and received. Patient left unit in
                            stable condition.
                                 Katiuscha Baptiste, RN
                                            (27 Dec 13  1145)

| Documentation History | Employee | Date/Time |
|---|---|---|
| documented by | Sig:Baptiste,Katiuscha, RN<br>Psychiatry/Mental Health, Nurse<br>- Registered (ESOF) | 12/27/13 10:39 |
| documented by | Sig:Baptiste,Katiuscha, RN<br>Psychiatry/Mental Health, Nurse<br>- Registered (ESOF) | 12/27/13 11:45 |

-------------------------------------------------------------------------
Fri, 27Dec 1140 CPEP Patient Exit WB Note              Status: complete
Note Type              : CPEP Pt Exit
Time of Exit/Re-Entry  : Fri, 27 Dec 2013  1140
Documented By          : Katiuscha Baptiste, RN
                             Katiuscha Baptiste, RN
                                        (27 Dec 13  1148)

```
Printed:14 Aug 15  1044:59          -----------------------------------------
                                    |MRN:3598032                            |
Bellevue Hospital Center            |Patient:Lurch,Robert                   |
462 First Avenue                    |DOB:██████/1990     Sex:M  Type:EP     |
New York, NY 10016                  |                                       |
                                    |Visit Date:12/26/13 Visit# 3598032-1   |
                                    |Location:emergency                     |
                                    -----------------------------------------

                                                            Page 29 of 37

                          Outpatient Chart Print

===========================================================================

                        All Events - continued

Documentation History          Employee                       Date/Time
documented by                  Sig:Baptiste,Katiuscha, RN     12/27/13 11:48
                               Psychiatry/Mental Health, Nurse
                               - Registered (ESOF)
------------------------------------------------------------------------------
 Fri, 27Dec 1140 CPEP Patient Exit WB Note              Status: complete
Note Type               : CPEP Pt Exit
Time of Exit/Re-Entry.   : Fri, 27 Dec 2013  1140
Documented By           : Katiuscha Baptiste, RN
                          Katiuscha Baptiste, RN
                                        (27 Dec 13  1149)

Documentation History          Employee                       Date/Time
documented by                  Sig:Baptiste,Katiuscha, RN     12/27/13 11:49
                               Psychiatry/Mental Health, Nurse
                               - Registered (ESOF)
------------------------------------------------------------------------------
```

```
Printed:14 Aug 15  1044:59        -------------------------------------
                                  |MRN:3598032                         |
Bellevue Hospital Center          |Patient:Lurch,Robert                |
462 First Avenue                  |DOB      /1990     Sex:M  Type:EP    |
New York, NY 10016                |                                    |
                                  |Visit Date:12/26/13 Visit# 3598032-1 |
                                  |Location:emergency                  |
                                  -------------------------------------
```

Page 30 of 37

## Outpatient Chart Print

================================================================================

### All Events - continued

Fri, 27Dec 1200 CPEP Disposition Note                    Status: complete
Dispo Date/Time          : Fri, 27 Dec 2013   1200
                         :
Disposition              : Discharge/Release
Primary Diagnosis        : Adjustment disorder with disturbance of
                           conduct
Hospital Course (WP)     : Patient seen, chart reviewed. VSS. ETOH =
                           262. All other labs wnl. No urine provided.

                           Patient requests to leave. He states he was
                           getting Chinese food and they did not give
                           him the right change so he was demanding his
                           change as he is very concerned for his
                           financial situation recently. Next he states
                           the police showed up and he refused to leave
                           but he knew they didn't have any reason to
                           arrest him and they brought him to CPEP. He
                           states he was agitated here because the cuffs
                           were too tight but minimizes the extent of
                           it. He also endorsed drinking 1 bottle of
                           liquor yesterday for a friend's birthday but
                           denied any other substances. He denies daily
                           alcohol. He states that his left hand still
                           feels numb but declined medical attention
                           stating that in his experience it usually
                           goes away in a few days.

                           PPH: H/o hospitalizations and ED visits for
                           anger issues but states he has since learned
                           how to better control his anger; multiple
                           arrests and incarcerations including robbery
                           and crack sale, no felonies, frequent fights

                           PMH: s/p 2 stab wounds, 1 in R neck and 1 in
                           L wrist which cause pain intermittently
                           All: states Haldol leads to trouble breathing

Printed:14 Aug 15   1044:59

```
-------------------------------------------
|MRN:3598032                               |
|Patient:Lurch,Robert                      |
|DOB:     /1990      Sex:M  Type:EP        |
|                                          |
|Visit Date:12/26/13 Visit# 3598032-1      |
|Location:emergency                        |
-------------------------------------------
```

Bellevue Hospital Center
462 First Avenue
New York, NY 10016

Page 31 of 37

Outpatient Chart Print

================================================================

All Events - continued

Fri, 27Dec 1200 CPEP Disposition Note -- cont'd
                        but notably no reaction occurred last night

                        MEDS: none

                        SH: B/R NYC. Some family in the south. Never
                        worked. Has food stamps but no other
                        benefits. Considering applying to CUNY for
                        web design. Lives with friends.

                        MSE: adequately groomed young man with hair
                        half in braids, good ec, cooperative and
                        pleasant, speech nl rrv, no pma/r, mood:
                        euthymic affect: reactive, tp: linear tc: no
                        ah vh , no si hi, i/j: good/good

                        I: ETOH intoxication
                        II: def
                        III: s/p stabbings
                        IV: unemployed
                        V: 55

                        Chronic risk factors for dangerousness to
                        self and others including substance abuse,
                        prior arrests, prior hospitalizations and
                        violence.  AT this time patient is calm and
                        in control, denies SI and HI, is not
                        intoxicated nor in withdrawal and is future
                        oriented. He will be released. He refused SW
                        referrals but was advised that he could apply
                        for Medicaid on his way out.
Discharge Plan          : Refused referrals
SW Assessment/Plan      : n/a, refused
Discharge Instructions (P: Refused referrals, return to walk in clinic
                        if you would like psychiatric services
Discharge Instructions La: English

```
Printed:14 Aug 15   1044:59          --------------------------------------
                                     |MRN:3598032                          |
Bellevue Hospital Center             |Patient:Lurch,Robert                 |
462 First Avenue                     |DOB:     /1990      Sex:M  Type:EP    |
New York, NY 10016                   |                                     |
                                     |Visit Date:12/26/13 Visit# 3598032-1 |
                                     |Location:emergency                   |
                                     --------------------------------------

                                                            Page 32 of 37

                         Outpatient Chart Print

================================================================================
                         All Events - continued

    Fri, 27Dec 1200 CPEP Disposition Note -- cont'd
Discharge Prescriptions  : none
Risks/Alerts             : Violence Risk,Falls Risk
Risks/Alerts Details     : fall prec,assault prec
Aftercare                : none
Attending                : Jennifer Halper, MD
                           Jennifer Halper, MD (27 Dec 13  1740)


    Documentation History         Employee                    Date/Time
    documented by                 Sig:Halper,Jennifer, MD     12/27/13 17:40
                                  Psychiatry/Mental Health,
                                  Attending Physician (ESOF)
```

```
Printed:14 Aug 15  1044:59
                                        --------------------------------------
                                        |MRN:3598032                          |
Bellevue Hospital Center                |Patient:Lurch,Robert                 |
462 First Avenue                        |DOB:    /1990      Sex:M  Type:EP     |
New York, NY 10016                      |                                     |
                                        |Visit Date:12/26/13 Visit# 3598032-1 |
                                        |Location:emergency                   |
                                        --------------------------------------
```

Page 33 of 37

Outpatient Chart Print

**★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★★**

ORDERS

All Orders

--------------------------------------------------------------------------------

Haloperidol Lactate

```
Ordered by         : Sig:Chaput,France Psychiatry/Mental Health, Attending P
Order Date/Time    : 26 Dec 13  2111:00
Reviewed by        : Sig:Marquez,Maria D, RN  Psychiatry/Mental Health, Staf
Process Type   : order
Dose/Route     : 5 mg inj intramuscu
When           : Thursday, 26 December 2013  2111  STAT
```

--------------------------------------------------------------------------------

Syphilis Treponemal Ab,IgG w/rflx to RPR/Titer/TPPA Conf.

```
Ordered by         : Sig:Chaput,France Psychiatry/Mental Health, Attending P
Order Date/Time    : 26 Dec 13  2111:00
Reviewed by        : Sig:Marquez,Maria D, RN  Psychiatry/Mental Health, Staf
When               : Thursday, 26 December 2013  2111  STAT
Specimen           : Blood - Serum (SST)
Diagnosis          : Unspecified psychosis
Print Order Form?  : no
Att MD/NP/CNW      : France Chaput, MD
```

--------------------------------------------------------------------------------

Ethyl Alcohol Level Quant, Serum

```
Ordered by         : Sig:Chaput,France Psychiatry/Mental Health, Attending P
Order Date/Time    : 26 Dec 13  2111:00
Reviewed by        : Sig:Marquez,Maria D, RN  Psychiatry/Mental Health, Staf
When               : Thursday, 26 December 2013  2111  STAT
Specimen           : Blood - Serum (SST)
Print Order Form?  : no
```

```
Printed:14 Aug 15  1044:59              ------------------------------------
                                        |MRN:3598032                        |
Bellevue Hospital Center                |Patient:Lurch,Robert               |
462 First Avenue                        |DOB:    /1990      Sex:M  Type:EP   |
New York, NY 10016                      |                                   |
                                        |Visit Date:12/26/13 Visit# 3598032-1|
                                        |Location:emergency                 |
                                        ------------------------------------
```

Page 34 of 37

Outpatient Chart Print

===========================================================================

ORDERS - continued

All Orders - continued

---------------------------------------------------------------------------

LORazepam

```
          Ordered by        : Sig:Chaput,France Psychiatry/Mental Health, Attending P
          Order Date/Time   : 26 Dec 13  2111:00
          Reviewed by       : Sig:Marquez,Maria D, RN  Psychiatry/Mental Health, Staf
Process Type      : order
Dose/Route        : 2 mg intramuscu
When              : Thursday, 26 December 2013  2111  STAT
```

---------------------------------------------------------------------------

Basic Metabolic Panel Ca Total Serum

```
          Ordered by        : Sig:Chaput,France Psychiatry/Mental Health, Attending P
          Order Date/Time   : 26 Dec 13  2111:00
          Reviewed by       : Sig:Marquez,Maria D, RN  Psychiatry/Mental Health, Staf
When              : Thursday, 26 December 2013  2111  STAT
Specimen          : Blood - Serum (SST)
Diagnosis         : Unspecified psychosis
Print Order Form? : no
Att MD/NP/CNW     : France Chaput, MD
```

---------------------------------------------------------------------------

Calcium Level Total Serum

```
          Ordered by        : Sig:Chaput,France Psychiatry/Mental Health, Attending P
          Order Date/Time   : 26 Dec 13  2111:00
          Reviewed by       : Sig:Marquez,Maria D, RN  Psychiatry/Mental Health, Staf
When              : Thursday, 26 December 2013  2111  STAT
Specimen          : Blood - Serum (SST)
Print Order Form? : no
```

```
Printed:14 Aug 15   1044:59            ----------------------------------------
                                       |MRN:3598032                           |
Bellevue Hospital Center               |Patient:Lurch,Robert                  |
462 First Avenue                       |DOB:███████/1990    Sex:M  Type:EP     |
New York, NY 10016                     |                                      |
                                       |Visit Date:12/26/13 Visit# 3598032-1  |
                                       |Location:emergency                    |
                                       ----------------------------------------

                                                         Page 35 of 37

                            Outpatient Chart Print


    ============================================================================

                              ORDERS - continued

                            All Orders - continued


    ----------------------------------------------------------------------------
    Gamma Glutamyl Transferase Level Serum

        Ordered by      : Sig:Chaput,France Psychiatry/Mental Health, Attending P
        Order Date/Time : 26 Dec 13  2111:00
        Reviewed by     : Sig:Marquez,Maria D, RN  Psychiatry/Mental Health, Staf
When                    : Thursday, 26 December 2013  2111  STAT
Specimen                : Blood - Serum (SST)
Print Order Form?  : no


    ----------------------------------------------------------------------------
    Hemogram Auto Diff w/rflx to Manual Diff

        Ordered by      : Sig:Chaput,France Psychiatry/Mental Health, Attending P
        Order Date/Time : 26 Dec 13  2111:00
        Reviewed by     : Sig:Marquez,Maria D, RN  Psychiatry/Mental Health, Staf
When                    : Thursday, 26 December 2013  2111  STAT
Specimen                : Blood - EDTA Lavender
Print Order Form?  : no


    ----------------------------------------------------------------------------
    Hepatic Function Panel Serum

        Ordered by      : Sig:Chaput,France Psychiatry/Mental Health, Attending P
        Order Date/Time : 26 Dec 13  2111:00
        Reviewed by     : Sig:Marquez,Maria D, RN  Psychiatry/Mental Health, Staf
When                    : Thursday, 26 December 2013  2111  STAT
Specimen                : Blood - Serum (SST)
Print Order Form?  : no
```

Printed:14 Aug 15   1044:59

Bellevue Hospital Center
462 First Avenue
New York, NY 10016

```
------------------------------------------
|MRN:3598032                              |
|Patient:Lurch,Robert                     |
|DOB:     /1990     Sex:M  Type:EP        |
|                                         |
|Visit Date:12/26/13 Visit# 3598032-1     |
|Location:emergency                       |
------------------------------------------
```

Page 36 of 37

Outpatient Chart Print

=========================================================================

ORDERS - continued

All Orders - continued

--------------------------------------------------------------------------

**Magnesium Level Serum**

```
Ordered by        : Sig:Chaput,France Psychiatry/Mental Health, Attending P
Order Date/Time   : 26 Dec 13 2111:00
Reviewed by       : Sig:Marquez,Maria D, RN  Psychiatry/Mental Health, Staf
When              : Thursday, 26 December 2013  2111  STAT
Specimen          : Blood - Serum (SST)
Print Order Form? : no
```

--------------------------------------------------------------------------

**Phosphate Level Serum**

```
Ordered by        : Sig:Chaput,France Psychiatry/Mental Health, Attending P
Order Date/Time   : 26 Dec 13 2111:00
Reviewed by       : Sig:Marquez,Maria D, RN  Psychiatry/Mental Health, Staf
When              : Thursday, 26 December 2013  2111  STAT
Specimen          : Blood - Serum (SST)
Print Order Form? : no
```

Case 1:16-cv-02517-AT-JCF  Document 2  Filed 04/05/16  Page 50 of 51

```
Printed:14 Aug 15  1044:59
                                  -------------------------------------
Bellevue Hospital Center          |MRN:3598032                        |
462 First Avenue                  |Patient:Lurch,Robert               |
New York, NY 10016                |DOB:█████/1990    Sex:M  Type:EP    |
                                  |                                   |
                                  |Visit Date:12/26/13 Visit# 3598032-1|
                                  |Location:emergency                 |
                                  -------------------------------------
```

Page 37 of 37

Outpatient Chart Print

==================================================================================

**PROBLEM LIST**

| Problem | On Set | Stop | Status |
|---|---|---|---|
| Unspecified psychosis | 12/26/13 | | active |
| Adjustment disorder with disturbance of conduct | 12/27/13 | | active |



United States District Court
Southern District of New York
Pro Se Intake Unit
500 Pearl Street
New York, NY 10007

USM
SDNY