# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Derek Lurch Sr.

Write the full name of each plaintiff.

16 CV 2517

(Include case number if one has been assigned)

-against-

City of New york/Unknown officers/

NYC Health and hospitals corp./

MD Francs Chaput/RN Marisa marquez

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**AMENDED COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes ☐ No

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-22-16

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Case 1:16-cv-02517-AT-JCF Document 7 Filed 06/22/16 Page 2 of 26

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: ______________________

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

| Robert | D | Lurch |
|---|---|---|
| First Name | Middle Initial | Last Name |

______________________

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

3491505637

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Manhattan Detention center

Current Place of Detention

125 white street

Institutional Address

| New york | NY | 10013 |
|---|---|---|
| County, City | State | Zip Code |

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced prisoner

☐ Other: ______________________

Case 1:16-cv-02517-AT-JCF Document 7 Filed 06/22/16 Page 3 of 26

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: City of New York
First Name   Last Name   Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City   State   Zip Code

Defendant 2: Unknown officers
First Name   Last Name   Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City   State   Zip Code

Defendant 3: NYC HHC
First Name   Last Name   Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City   State   Zip Code

Defendant 4: Franck   Chaput
First Name   Last Name   Shield #

Medical Doctor
Current Job Title (or other identifying information)

462 First avenue
Current Work Address

New york   NY   10016
County, City   State   Zip Code

Case 1:16-cv-02517-AT-JCF Document 7 Filed 06/22/16 Page 4 of 26

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Bellevue ED/Force medication: Hallway outside CPEP

Date(s) of occurrence: December 26 2013 between hours of 8PM and 10PM

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

-See Attached-

Case 1:16-cv-02517-AT-JCF Document 7 Filed 06/22/16 Page 5 of 26

What happened:

Date: 3/28/2016

ON Dec 26, 2013 I Had Just moved to New York the Day before on christmas day. I had a Few Drinks at a Friend's birthday Party and went to go grab a bite to eat so I wont drink on a empty stomach. I went to a chinese restaurant on the corner of west 24th Street on Ninth avenue. when I got to the restaurant I ordered a meal that came up to $6.94 roughly $7. I handed the cashier a $20 bill and waited for my meal to be prepared. when my food was done the cashier handed me my meal and tried to hand me three 1 dollar bills with change. I refused the change and took my meal. I then told the cashier you must be confused I handed you a $20 dollar bill. She started yelling "no no You hand me 10 dollars I call police". I told her thats what You should do because Im not leaving without my change. when the officers entered they asked me whats the problem? after I explained the situation to them the cashier said "he's lying". So I stated I have nothing to lie about run the camera's back. The officers looked at the cashier and told her she doesn't have to do that. Then they looked at me telling me to Leave. I told the officers Im not Leaving run the cameras back I want my change Im not rich. These cops then got aggressive grabbing their guns looking at me. I told them your going to kill me then kill me but Im not Leaving without my change. I Further stated "I've done nothing wrong and Im being treated unfairly". The officers then knocked my food out of my hand and said what your sucidal grabbing me. after I asked the officers what Im under arrest for they said nothing. I Later found out when the ambulance came I was going to the hospital. when I got to bellevue the officers told the nurse give him something to calm him down he's acting up. I said miss Im in your custody now your responsible for me these officers are lying dont listen to them. I then told her I went to a restaurant and they tried to cheat me out my change. The officer stated I didnt pay for my food. I told the nurse thats a lie to receive your food you have to pay and when the officers entered I was complaining about the amount of change the cashier tried to hand me. I told her Im not arrested Im here for complaining about my change and If I didnt

as tears started running down my face. The last time I was injected my airway started closing up and I had to struggle to keep breathing. The staff at Holly Hills Hospital thought I was acting up and watched me while they laughed as I almost choked to death. Thankfully one of the patients my only friend (a young white male from Durham, NC) told the staff "Sir I dont think he's acting he really cant breathe." By the time they injected me with something to counter the reaction I had been struggling to breathe for like a minute and a half. It was the most terrifying experience I ever had except for almost drowning to death when I was 6 or 7 years old at Sesame Street amusement park in Philadelphia, PA. So when I was told I would be given a drug that caused such a severe reaction I almost choked to death, I panicked. Of course, I was combative with the staff especially after I told the nurse the last time I was injected with the sedative I had such a bad reaction I almost died. yet she still deliberately administered the sedative after I informed her of my history with the drug. she wasn't even the first one to mention the drug. after she told the officers she would give me something to calm me down. I told her whatever It is dont give me Haldol Im allergic and I told her to request my medical records via fax. so me being held down and given a sedative Im allergic to against my will Is barbaric. This Is medical malpractice for a healthcare professional that recieves a patient for a pyschiatric evaulation and the patient informs the medical professional of a known drug allergy to a pyschiatric medication. yet the patient gets restrained, held down, and this medical professional adminsters the same drug the patient just told this professional their allergic to Is unheard of. Regardless what an officer recommends he cant Instruct a medical professional In regards to what medical treatment a patient should recieve. Because that Is not these officers field of expertise. These officers didnt specialize In medicine their Job Is to enforce the law. If that was the case they would be allowed to administer sedatives to uncooperative persons In custody or being detained. So when these officers made the decision that the person they were dealing with needed medical treatment they

hospital staff except for this incident. Since then they even listed haldol as a known drug allergy. This is usually such a good hospital I dont understand why this nurse that night would Ignore me Informing her of a known drug allergy, have me relive the fear of being Injected with a drug I had a near death experience with, and get the staff to forcefully hold me still so she can administer the sedative as I beg her not to Informing her "Im allergic I can die". I really dont understand why I was subjected to that type of treatment that night their usually such good people, and a great caring hospital. However I couldve had a reaction and died. I shouldve of never forcefully been given a drug (sedative) I Informed the nurse I was allergic to.

Signature: Rhott Church

Date: 3/28/2016

Claims against parties listed

Date: June 12, 2016

HHC:

Claim 1: Negligent training and supervision

Claim 2: Negligent Infliction of Emotional Distress

MD france chaput:

Claim 1: violation of Substantial due Process/Involuntary Commitment

Claim 2: violation of Procedural due process

Claim 3: Force Medication/RN Maria D: Marquez administered medication and helped Falsify records.

City of New York/Unknown Officers:

Claim 1: violation of 4 amendment protection from unreasonable searches and seizures

Claim 2: False arrest

Case 1:16-cv-02517-AT-JCF Document 7 Filed 06/22/16 Page 9 of 26

Date: June 10, 2016

Claims against HHC

Negligent training and Supervision claim

claim #1

against HHC

New york city Health and hospital corp. has a duty to train all employees that work for them. HHC Knows that failure to do so can result In the Injury or death of a Patient. Employees Should be trained In a vast range of medical Safety Procedures and medical procedures that will minimize a Patient risk of dying due to being under the care of an unexperienced doctor. a Doctor enployment Should also be terminated when they are found to be In violation of any of these safety procedures. also all of the Doctors actions Should be scrutinize as they happen and under review to make sure the doctor IS making decisions that are In the best Interest of the patients In their care. To accomplish this goal If a doctor IS performing Surgery they Should be assisted by a more experienced Surgeon to prevent complications. when a doctor gets assigned to a patient that needs a decision about that patient before that order IS executed It Should be reviewed by a more experienced doctor. Just to ensure every safety procedure IS being followed and none IS over looked. If a Patient Informs a hospital Staff, nurse or doctor of a Known drug allergy they have a duty to List that medication In that Patient records as a known allergy If Its not already Listed. Futhermore prior to administering any medication whether It will be Injected or taken orally; HHC has a duty and employees that work for them Should be trained to ask a Patient

Case 1:16-cv-02517-AT-JCF Document 7 Filed 06/22/16 Page 11 of 26

to take place at one of their hospitals by one of their employees. The record shows this hospital was informed and no action was taken. Go to page 30 of 37 of the records which corroborates the allegations In the last sentence. That type of conduct should not be allowed to go on at all but to be reported yet not Investigated IS a whole another matter.

Case 1:16-cv-02517-AT-JCF Document 7 Filed 06/22/16 Page 12 of 26

claim #2 against HHC

Negligent Infliction of Emotional Distress

HHC hospitals has a duty to patients under their care being provided medical services from one of their hospitals to require their employees to find out either from the patient or that patients records what that patient known allergies are before administering any medications or providing any meal. This duty owed to patients under their care ensure's improper medical treatment is not given and any injury or death is not caused from preventable medical mistakes. when a patient informs a Doctor they do not want to be medicated and there is no medical necessity to forcefully medicate; that patient shouldn't be medicated. when a patient informs a hospital of a known allergy it should be a policy that it is included in that patients records of known allergies and not given to that patient under no circumstances, to administer a medication that a patient informs the hospital staff is a known drug allergy is a breech of the hospitals duty and shows the hospital employees acted with deliberate indifference to the patients physical health/well being. So when a hospital is informed of a known allergy, patient tells hospital staff he does not want to be medicated especially not medicated with a drug that person is allergic to, The Doctors orders the patient to be placed in ankle/wrist restraints, the person cries and begs the doctor not to medicate him with the medication that's a known allergy fearing for his life, and the hospital still administers this drug, that

Case 1:16-cv-02517-AT-JCF Document 7 Filed 06/22/16 Page 13 of 26

Date: June 10, 2016

claims against MD Pearce
chaput

Note: medical records tailored to justify an Involuntary commitment Forcefully medicating-Records showing only facts describing patients conduct prior to those acts being committed describes a patient that was In restraints from arrival to 30 minutes after being sedated not capable of Physical harm because of restraints. Furthermore It only describes a patient being verbally abusive to NYPD officer yet not being homicidal or suicidal. It states In the record patient was violent but doesn't describe violent conduct. It states patient was threatening NYPD and Staff but fails to state what threats were made. It doesn't even go In to detail about the substance of the statements that were allegedly made that got the patient categorize as violent. The Patients alleged conduct that was use to justify Involuntarily committing the patient or sedating the patient Is not supported by the facts.

Claim #1 against M.D. Frances Chaput

Violation of Substantive Due Process and not complying with MHL §9.40 Standards for Involuntary commitment

An Involuntary civil commitment is a "massive curtailment of liberty," Vitek v. Jones, 445 U.S. 480, 491, 63 L. Ed. 2d 552, 100 S. Ct. 1254 (1980) (internal quotation marks omitted), and It therefore cannot permissibly be accomplished without due process of Law, see id. at 492; O'connor v. Donaldson 422 U.S. 563, 580, 45 L. Ed. 2d 396, 95 S. Ct. 2486 (1975) (Burger, C.J., concurring); Project release v. Prevost, 722 F.2d 960, 971 (2d Cir. 1983) ("Project Release"). as a Substantive matter, due process does not permit the Involuntary hospitalization of a person who Is not a danger either to herself/himself or others.

Unless an assessment of whether or not an Individual was dangerous to himself or herself was made on a reasonably competent basis, doctors cannot be found to have complied with either N.Y Mental Hyg. Law §9.39 (1988 and Supp. 1994) or the requirements of due process.

Due Process does not require a guarantee that a Physician's assessment of the likelihood of Serious harm be correct or that the dangerousness to oneself or others requirement be manifested by a recent overt act. Due Process does demand that the decision to order an Involuntary emergency commitment be made in accordance with a Standard that promises some

In wrist and ankle restraints and was given Haldol 5 mg IM and Ativan 2 mg Im. He cannot be interviewed at this time due to sedation.

Pg. 19 of 37

violence risk factors: agitated, Hostile. Recent violence

Pg. 20 of 37

aggressive Ideation: violent thoughts
aggressive Ideation (more): was threatening NYPD

Pg. 27 of 37

Evaluation (WP): Patient was not a danger to self or others

New pursuant to N.Y. Mental Hyg. Law §9.40(a) (2009), a comprehensi psychiatric emergency program can retain a person for a period of seventy-two hours when the individual is alleged to have a mental illness for which immediate observation, care and treatment in such program is appropriate and which is likely to result in serious harm to the person or others. Under N.Y. Mental Hyg. Law §9.39(a), a hospital can admit a person on that same basis and retain him for a period of fifteen days. N.Y. Mental Hyg. Law §9.39 (a) requires that this finding be made before the individual is committed for an extended period of time.

they were made but It was never described what was said.

Secondly, The patient was deemed not to be sucidal or homicidal but on pg.17 of 37 Doctor filled In medical necessity blank Stating patient was a significant danger to Self or others. It should be noted there was no observed behavior to support this claim, other than threats that were made allegedly but never written down describing what was said.

However for the competent evidence requirement an expert should Interpret these facts I guess.

Case 1:16-cv-02517-AT-JCF Document 7 Filed 06/22/16 Page 17 of 26

Procedural due Process

Claim #2 against M.D. France Chaput

The city doctor defendant violated my rights to due process before being deprived of a Liberty Interest because they failed to comply with the requirement of M.H.L. §9.40

The Second circuit has recognized that Involuntary Commitment to a mental hospital cannot be executed by the state without due process of law (Project Release v. Prevost, 722 F.2d 960, 971 (2d cir 1983) (citing O'Connor, 422 U.S. at 580 (Burger, C.J. concurring))

Since none of the relevant Provisions of the M.H.L. was followed, a procedural due process violation has occurred.

Just as In the Substantial due process violation an expert shall determine IF the MHL requirements was met before a Procedural due process violation can be decided. .....

However It clearly evident the requirements was not met.

The Patient was released In under 24 hours and It was determined after the Patient (myself) came out of Sedation by a second evaluation which was actually the first full evaluation that Patient was not a danger to himself or others. (Pg. 27 of 37) Patient was released after that.

Case 1:16-cv-02517-AT-JCF Document 7 Filed 06/22/16 Page 18 of 26

claim #3 against M.D. France chaput/ R.N. Masin Marquez

Force medication

I was brought to Bellevue Ed In handcuffs. The officers that brought me there seized me for no reason. They did not have probable cause to believe I was a danger to myself or others to effect a warrantless seizure for the purpose of Involuntary hospitalization. I was In the middle of reporting a crime to the police when police officers drew their weapon and arrested me for the purposes of Involuntary hospitalization without probable cause. An ambulance was called and I was taken to the hospital. when I was brought In to the emergency dept. I was approach by an admitting Pysch doctor France chaput while I was with the officer that was detaining me. The officer told the doctor I was brought to the hospital because I didnt pay for my food and was breaking things. I Informed the doctor I paid for my food, Im not In custody, I was only arrested because the police tried to Intimidate me, and nothing Is wrong with I want to go home. She asked him If I was under arrest and he said no. Then he said give him something to calm him down he's acting up, I told the doctor Im not consenting to be given any medication, There's no reason to commit me, and I want to go home. I then asked the officer to unloosen my handcuffs he stated no. I told him you do not have me under arrest but you dont want to unloosen my handcuffs. He stated you dont tell me what to do. I called him a cuss word (a female dog). The Doctor said

Case 1:16-cv-02517-AT-JCF Document 7 Filed 06/22/16 Page 19 of 26

Holly Hills hospital for my records. I told her I dont want any medication and do not give me Haldol. She said "I think we need ankle and wrist restraints for you since your denying medication. She told one of the nurses to tell the staff bring a hospital gurney with ankle/wrist restraints he's refusing medication. Now Psychiatric Patients have a "significant liberty Interest In avoiding the unwanted administration of antipsychotic drugs under the Due process clause of the Fourteenth amendment (see washington v. Harper, 494 U.S. 210). This Doctor needs to obviously be retrained because once patient's are admitted to the psych ward Involuntarily we are treated like we have no rights. I told this doctor Im not consenting to be given any medication and Im definately not consenting to taking medication Im allergic to, yet this doctor orders a gurney with ankle/wrist restraints, disregards me stating I do not want to be medicated, Gets the staff to hold me still to administer medication to me against my will, and Its ok because Im a mental health patient, now even though its well-settled that a Patient's liberty Interest In not being Involuntarily medicated Is overridden In an emergency, where failure to medicate forcibly would result In a substanial likelihood of physical harm to that patient, other Patients, or to Staff members of the Institution (see Odom v. Bellevue Hosp. ctr, 93 civ. 2794). Once a patient declines being medicated and they do not give consent to be medicated. Especially to a medication they are allergic stating I

Case 1:16-cv-02517-AT-JCF Document 7 Filed 06/22/16 Page 20 of 26

Evidence of Falsified Medical records

Date: June 11, 2016

Since It would be Impossible to Justify the medical necessity of forcibly medicating a patient In ankle/wrist restraints that's being restrained by those devices on a hospital gurney. Mainly because someone on a hospital gurney In ankle/wrist restraints couldn't possibly be a harm to anyone Including themselves. For the reason that they no longer have the ability to use their hands and feet; Its being restrained. RN Maria marquez had the audacity to change the order of events to help Justify the medical necessity Finding of the patient being a Danger to self or others, She Documented the patient was medicated first then placed In ankle/wrist restraints to Justify the Doctor, nurses, and staff actions, which Forcibly medicating a Patient already restrained In ankle/wrist restraints on a gurney would not be Justified because that patient Isn't capable of physical harm to anybody Including themselves. So there wouldn't be a medical necessity and Forcibly medicating that person would not be Justified.

Evidence corroborating my allegations

Pg. 18 of 37

History of present Illness:

Date: June 11, 2016

Claims against City of New York / unknown officers

claim #1 against unknown officers/ city of New York

Unreasonable Seizure claim violation of Fourth amendment

I was brought to bellevue Ed in handcuffs. The officer that brought me there seized me for no reeson. I was in the middle of reporting a crime to the police when I had weapons drawn on me and handcuffed, when I informed the officer Im not guilty of any crime you cant take me to Jail. He stated "your right thats why your going to the hospital. Ems was called and I was transported to the hospital. a warrantless seizure for the purpose of involuntary hospitalization 'may be made only upon probable cause, that is, only if there are reasonable grounds for believing that the person seized is dangerous to herself/or others (see anthony v. city of N.Y., 339 F.3d 129). now somebody that requesting their correct change back, tell officers to review the cameras to prove he's telling the truth not acting disorderly, officers state their not reviewing the camera tells him to leave, person states I need my change Im not leaving, has weapons drawn on him, his peyed for food smacked out of his hand, and arrested does not meet that criteria. a person should not be considered a danger to himself or others because he request his correct change from a restaurant he bought food from. Furthermore when officers arrive the person informs officers that the restaurant has video surveillance and he wants the officers to review the footage to prove he in fact handed the cashier a $30 bill. Officers telling that person to leave and forget about $10 worth of change is not justified.

Case 1:16-cv-02517-AT-JCF Document 7 Filed 06/22/16 Page 23 of 26

Claim #2 against unknown officers/city of new york

False arrest

at the time I was arrested I was told I was not under arrest for any crime. The officer told me I was going to the hospital even though I did not give consent to be taken to the hospital. a warrantless seizure for the purpose of Involuntary hospitalization may be made only upon probable cause, that is, only if there are reasonable grounds for believing that the person is dangerous to himself or others. Now at the time I was arrested I was not trying to harm myself or anybody else. I was in the middle of reporting a crime, which officers tried to intimidate me not to report by drawing their weapons, and then arrested me because of it. seizing and arresting a person for the purpose of bringing them to the hospital for involuntary commitment when they are not a danger to themselves or others is unconstitutional. It also constitutes a false arrest. at the time of my arrest the officers did not have probable cause to arrest for a crime or for the purpose of involuntary hospitalization.

To state a claim for false arrest under New york law, a plaintiff must show that (1) the defendant intentionally confined the plaintiff; (2) the plaintiff was conscious of the confinement (3) the plaintiff did not consent to the confinement; and (4) the confinement was not otherwise justified.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I sustained constitutional and Emotional Injuries as a direct result of these events.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

Im suing for violations of my 4th and 14th amendments. For the amount of $10,000,000 (10 million Dollars).

Case 1:16-cv-02517-AT-JCF Document 7 Filed 06/22/16 Page 25 of 26

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

6/12/2016 — Dated

Robert Lusch — Plaintiff's Signature

Robert — First Name | D — Middle Initial | Lusch — Last Name

Manhattan Detention Center 125 White Street — Prison Address

New York — County, City | NY — State | 10013 — Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: 6/12/2016



125 White Street
New York, NY
10013
USA FOREVER
USA FOREVER
USA FOREVER
Clerk
U.S. Courthouse
500 Pearl Street
New York, NY 10007
USM P8
SDNY