# EXHIBIT G



**MEMO ENDORSED**

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

CHRISTOPHER G. ARKO
*Assistant Corporation Counsel*
(212) 356-5044
(212) 356-3509 (fax)
carko@law.nyc.gov

February 7, 2017

By ECF
Hon. James C. Francis
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/17
```

Re:   Lurch v. Chaput et al.,
      16 Civ. 2517 (AT)(JCF)

Your Honor:

    I am the attorney for defendant City of New York in this matter. I write in response to this Court's Order, dated February 7, 2017, stating that no additional defendants have been identified.

    In my letter of January 20, 2017, in addition to seeking an enlargement of time to respond to the Valentin Order regarding any officers from the 13th Precinct who may have responded to the incident described in the complaint, I identified four officers from the 10th Precinct who did respond to the incident – Officers Jonathon Rivera, Edward Testa, Amar Bhairam, and Gregory Kosarek. It is anticipated that plaintiff may use this information to amend his complaint. Pursuant to the Court's prior Order of January 20, plaintiff would have until March 6 to amend, and defendants would have until April 6 to answer or otherwise respond.

    I thank the Court for its time and consideration of these requests.

Respectfully submitted,

/s/

Christopher G. Arko
Assistant Corporation Counsel

2/8/17

Defendants' counsel is correct. Accordingly, the schedule set forth above is adopted.

SO ORDERED.
James C. Francis IV
USMJ