# EXHIBIT H

Chart No. _____

HOSPITAL _____

### CONTINUATION RECORD

| LAST NAME | FIRST | MIDDLE | SEX | AGE | DATE ADMITTED | WARD OR CLINIC |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| 3598032    STAT    BHC 351<br>Lurch,Robert    Bell<br>Ca Ser , GammaGT, Mg, Phos, Et<br>hanol Ser, BasMeta, HepatPanel<br>12/26/2013 21:40    SST | 3598032    STAT    BHC 351<br>Lurch,Robert    Bell<br>Syph IgG<br><br>12/26/2013 21:40    SST | 3598032    STAT    BHC 351<br>Lurch,Robert    Bell<br>Hem w/Diff<br><br>12/26/2013 21:40    LavEDTA |

M26/13

HHC 2015 (Sep 93)  Replaces 120-90 (Mar 73)

**BELLEVUE HOSPITAL CENTER**

RESTRAINT/ SECLUSION ORDER FORM AND FLOWSHEET

## VIOLENT, OR SELF-DESTRUCTIVE BEHAVIOR

UNIT/ FLOOR: CPEP

*Lurch, Robert*
*# 359 _ 80 _ 32*

ADDRESSOGRAPH

---

**I    LESS RESTRICTIVE MEASURES USED PRIOR TO RESTRAINT OR SECLUSION EPISODE: (To be done by RN)**

☐ Allow for personal space  ☑ Ask patient to stay calm  ☐ Develop eye contact to help redirect patient  ☑ Direct patient away from focus of anger  ☑ Increase observations  ☐ Move patient closer to Nurse's station  ☐ Redirect from inappropriate activities  ☐ Reorient patient to environment/ safety measures  ☐ Suggest verbalization of needs  ☐ Use attitude of expectations that patient will follow directions  ☐ Other  ☐ No alternatives are appropriate

**II.    RESTRAINT /SECLUSION ORDER: (To be done by the Physician)**

Date: 12/26/13

Type of Restraint: ☑ Wrist & Ankle OR  ☐ Seclusion

Restraint Order time: Start time: 21:10  End time: 23:10

Time Limit:  2 hours for Adults;  2 hours for ages 10 -17 years old; and  1 hour for ages 9 years old and below

**RATIONALE FOR RESTRAINT OR SECLUSION:**

Indication:  ☐ IMMINENT DANGER TO SELF  ☑ IMMINENT DANGER TO OTHERS

Initiated by: ☐ RN B CLEMENTE, RN (print name) and/or ☑ MD  F CHAPUT  (print name)

As evidenced by (Specify): *Pt is agitated, threatening, unable to cooperate*

☑ FACE TO FACE EVALUATION DONE   Date: 12/26/13   Time: 21:10

☑ Pre Existing Medical Conditions Identified. Specify: NO

☑ History of Physical / Sexual Abuse  ☐ yes  ☑ no  If "yes", specify: _____

Vital Signs Frequency: **Every 15 minutes, when appropriate**      Treatment Compliance: ☐ YES  ☑ NO  ☐ Sporadic

III A.   CRITERIA FOR RELEASE FROM Restraint /Seclusion Explained to Patient?      ☑ YES  ☐ NO

III B.   EXPLANATION GIVEN TO PATIENT AND/OR FAMILY SIGNIFICANT OTHER:      ☑ YES  ☐ NO

Reason(s) for the use of restraint/seclusion and the behavior required for release explained to patient?   ☑ YES  ☐ NO

If No, Please explain _____

If patient wishes, family or significant other notified when placed in Restraint/Seclusion(mandatory for Child/ adolescents) :  ☐ YES  ☐ NO  ☑ N/A

If Yes, discussion took place (state name of individual or agency, date and time): _____

Attending Name (Print): F CHAPUT      Attending signature and ID # : *Fellbegoot (MA) #2813*

Nurses' Name (Print): BELEN  CLEMENTE, RN      Nurses' Signature: *Clemente, RN*

---

| IV. A. Notification of the Nursing Supervisor/ A.D.O.N. or A.D.N. on duty upon initiation and release from Seclusion/ Restraint: | IV. A. Notification of the Attending  on duty upon initiation and release from Seclusion/ Restraint: |
|---|---|
| Name: Ms. Nilici friel  Date: 12/26/13  Time: 2/30 | Name: Dr. chaput  Date: 12/26/13  Time: 2/30 |

BHCFC-1090A

REV 10/2011

Lunch, Robert
# 354-80-52

## VIOLENT, SELF-DESTRUCTIVE BEHAVIOR MONITORING FLOW SHEET

Monitoring and Intervention requirements: ① Continuous in person observation ② Monitor vital signs, when appropriate, Q 15minutes ③ Offer interventions Q15 minutes ④ Assess for continued need for restraints every 15 minutes

CODES: 1- Aggressive/ Angry 2- Agitated/ Combative 3- Alert 4- Asleep 5- Anxious 6- Banging on door, window or wall 7- Calm 8- Cheerful 9- Confused 10- Crying/Depressed 11- Hallucinating 12- Mood Changes 13- Pacing/ Restless 14- Physical/ Psychological Changes 15- Spitting 16- Ready for discontinuation 17- DISCONTINUED 18- OTHER (specify behavior)

### ACTIVITY/ PATIENT RESPONSES

Use following codes for the flow sheet: √- offered and/ or accepted   R- refused   N/A- due to patients behavior

| Time Military Time | Skin Integrity | Circulation check Upper Extremity R/L | Circulation check Lower Extremity R/L | Restraint Intact and Positioned Correctly | RDM | Privacy and Modesty | BEHAVIOR Please see above codes that indicate behavior(s) being observed | V/S B/P+/Temp P/R /R/R | Nutrition Food/ fluid offered | Elimination Bed pan/urinal offered | Q 15 minute √ Check Physical Hygiene | Initial |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2110 | √ | √ | √ | √ | √ | √ | 1, 2, 3 | R-18 √ | N/A | √ | √ | lu |
| 2115 | √ | √ | √ | √ | √ | √ | 1, 2, 3 | R-18 12 | R | R | R | lu |
| 2130 | √ | √ | √ | √ | √ | √ | 1, 2, 3 | 12-18 R √ | R | (2 | R | lu |
| 2145 | √ | √ | √ | √ | √ | √ | 4, 7, 16, 17 | T-97.6 P-92 BP 114/63 | √ | √ | √ | lu |
|  |  |  |  |  |  |  |  |  |  |  |  | RN |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |  |

| Initial | PRINT NAME/ SIGNATURE AND TITLE ( MUST BE LEGIBLE) |
|---|---|
| lu | Qubernate [2] / Bevan Vacante, RN |
|  |  |

DMCF-00800

REV 02/2011

Funeh, Robert
# 857-80-32

ADDRESSOGRAPH

**BELLEVUE HOSPITAL CENTER**
Seclusion/ Restraint episode
DE-ESCALATION PROCESS (To be done by the RN)

BELLEVUE HOSPITAL CENTER

| (Please check ✓ if applicable) | YES | NO | |
|---|---|---|---|
| Have we explained the kind of behavior expected for release? | ✓ | | If No,(PLEASE EXPLAIN) |
| Is patient able to understand the rationale for this type of intervention? | ✓ | | If No,(PLEASE EXPLAIN) |
| Are we assessing readiness for release? | ✓ | | If No,(PLEASE EXPLAIN) |
| Has the patient been made as comfortable as possible under these circumstances? | ✓ | | If No,(PLEASE EXPLAIN) |
| Were the techniques identified by the patients to help him/her calm down addressed and implemented? | ✓ | | If No,(PLEASE EXPLAIN) |
| Were there indications of escalating behavior PRIOR to the event? | ✓ | | If No,(PLEASE EXPLAIN) |
| Was the patient searched? | ✓ | | If No,(PLEASE EXPLAIN) |
| Was assistance required to de- escalate the patient? | ✓ | | If Yes, Please check ✓ all which apply: ☐ Crisis Management Team ☑ Hospital Police ☐ Both |

(Please check ✓ all which apply)
☐ Self Injurious behavior ☑ Agitation ☐ Hallucination ☐ Sudden mood change
☑ Menacing/threatening ☐ Physical Altercation ☐ Other behaviors ☐ Please describe:

PRINT NAME/ SIGNATURE AND TITLE ( MUST BE LEGIBLE) _Betsy Wemene Nlemvu RN_    Date: _12/26/13_

BHCFC-0808

REV 10/2011

```
                    1 - Emergency Room Patient Information
Patient Number : 36035980325

┌────────────────────────────────────────────────────────────────────────────┐
│ Patient Information                                                          │
│  Last Name  : LURCH                    First Name  : ROBERT                  │
│  In Care Of : PSYCH OPT OUT            Homeless    : YES                     │
│  Address    : 462 1ST AVENUE           Apt         :                         │
│  City Code  : 10016                    City        : NEW YORK                │
│  State      : NY        Zip.: 10016    County      : 060                     │
│  Phone      :                          Med Rec Num : 3598032                 │
│  Cell Phone :                                                                │
│  Email Address:                                                              │
│  Birth Date :     ████/1990   Age : 23Y   Sex   : M   Mar Stat : S           │
│  Religion   : UNK                          Primary Lang :                    │
│                                                                              │
│ Which Ethnicity do you consider yourself to be?  2                          │
│ Which Hispanic or Latino Ethnicity are you?                                  │
│  Race       : B                                                              │
│  Adm Doc Num : 000000                  Adm Doc Name: UNASSIGNED              │
│  Bad Address :                         HHC Options :                         │
│  Credit Rtg  :                         Soc Sec Num :                         │
│  HMO Site    :                         E/R Sub Svc : 13                      │
└────────────────────────────────────────────────────────────────────────────┘

              [Next]   [Edit]   [Okay]   [Cancel]   [Window#]
```

```
                        6 - Patient Insurance Information
Patient Number : 36035980325                    LURCH, ROBERT

   Medicare?        :
   Medicare Plan :          Description :

   Medicaid?        :
   Medicaid Plan :          Description :

   BC/Commercial?:
   Emp Code         :       Emp Name    :
   BC/Comm Plan :           Description :

   Mgd Care/Other:
   Emp Code         :       Emp Name    :
   MgdCr/Oth Plan:          Description :

   Num Ins Plans :

   View Response : YES
```

ADULT AND C&A PSYCHIATRY HOSPITAL DIRECTORY
CHOICE AND VISITOR RESTRICTION FORM

FAX OR DELIVER TO: Admitting (Fax #4672, Ext. 4353, RM GD 59)

LURCH, ROBERT
Pa|           /1990   M  ADM: 12/26/13
MR                        MRN: 3598032
Ac         No
            Photo
            Available
Uni|
           Bellevue Hospital Center
                          Prt: 12/26/2013 20:54

1. ____✓____   CHOOSE **NOT** TO BE LISTED IN HOSPITAL DIRECTORY: No information will be
              given to any caller, and no visitors will be allowed (BHC DEFAULT FOR PSYCHIATRY).

   1A. _____   OPTION TO ALLOW VISITORS: If patient/legal guardian chooses to Opt
                    Out, only these individuals **MAY** visit and receive directory information.

   _____          _____

   _____          _____

   _____          _____

2. _____   CHOOSE TO BE LISTED IN HOSPITAL DIRECTORY: Information will be given to
              any caller who inquires, and there will be no restrictions on visitation
              NOT AN OPTION FOR C&A PSYCHIATRY.

   2A. _____   OPTION TO RESTRICT VISITORS: ADULT: If patient chooses to be listed,
                    these individuals **MAY NOT** visit and no information will be given to them.
                    C&A PSYCHIATRY: List additional specific visiting restrictions below.

   _____          _____

   _____          _____

   _____          _____

## SIGNATURES

_____          _____   12-26-13
Staff Signature                Title         Date

_____          _____   12-26-13
Patient/Legal Guardian Signature              Date

Patient/Legal Guardian Unable _____ Refused _____ to complete information. Opt out until completed.

## CLINICAL/ADMINISTRATIVE RESTRICTIONS

3. _____   RESTRICTION ON ALL VISITORS: At request of the clinical or administrative team,
              visitation is restricted.
                              RESTRICTION AUTHORIZED BY              TITLE

No Visitors From _____ to _____    or    NO VISITORS UNTIL
                   Date              Date                 FURTHER NOTICE

   3A. _____   RESTRICTION LIFTED   _____
                                         Date

4. _____   EXCEPTIONS: Visitors allowed at other than regular visiting hours.

Name_____ From_____ To_____
                               Time         Time

EXCEPTION AUTHORIZED BY                   TITLE

DRAFT: Revision Date 03.22.10

# ACKNOWLEDGMENT OF ADVANCE DIRECTIVES

**HHC** New York City **Bellevue**
SOUTH MANHATTAN HEALTHCARE NETWORK

LURCH, ROBERT
/1950    M   ADM: 12/26/13
MRN: 3598032

Bellevue Hospital Center    Pri: 12/26/2013 20:54

*We are required by law to ask you the following questions:*

Do you need an interpreter?    ☐ YES    ☑ NO
*If YES, Interpreter sign below*

Interpreter _____ ID Number _____ Language Used _____

1. Have you completed a Health Care Proxy? (Named someone to make health care decisions if you are not able to)

IF: ☐ YES, *GO TO #2*    ☐ NO, *GO TO #3*

Name of Health Care Proxy/Agent _____    Telephone Number _____

2. Do you have a copy of this form with you?    ☐ YES *(Copy for Chart)*    ☐ NO, *GO TO #3*    ☐ Copy in Chart

3. If you have not completed your Advance Directives, or you do not have a copy, would you like to complete one?

☐ YES *(fax to 3366)*    ☐ NO

4. Would you like to have a discussion to learn more about Advance Directives?    ☐ YES *(fax to 3366)*    ☐ NO

☐ Health Care Proxy    ☐ Living Will (your own instructions)    ☐ DNR Order (Please discuss with your physician)

*"I acknowledge receipt of the booklet Your Rights as a Hospital Patient in New York State prepared by the New York State Department of Health, and of ADVANCE DIRECTIVES education."*

Patient's Signature _Pt. Unable To Sign_    Date _12-26-13_
OR

Signature of Patient's Representative _____    Relationship to Patient _____

Hospital Staff Representative _Anaryo Campbell_    Date _12-26-13_    ☑ Patient unable to sign    ☐ Patient refuses to sign

**STATE REASON**

REFERRED TO PATIENT ADVOCACY FOR THE FOLLOWING:    Date _____    Time _____
*fax to 3366*

☐ Patient wants additional information    ☐ Patient wishes to complete Health Care Proxy

☐ Education not possible (Patient unresponsive, Trauma, OR)    ☐ Living Will

Comment(s) _____

_____

Advocate's Signature _____    Date _____

*Revised 4/12*



**Bellevue** Hospital Center
South Manhattan Healthcare Network

First Ave & 27th St, New York, NY 10016  tel 212.562.4141

## PSYCKES Consent Form

In this Consent Form, you can choose whether to allow your provider to obtain access to your Medicaid medical records electronically through PSYCKES. This can help coordinate all the different types of health services you have received through Medicaid and make them available electronically to this provider.

You may use this Consent Form to decide whether or not to allow this provider to see and obtain access to your electronic health information in this way. You can give consent or deny consent, and this form may be filled out now or at a later date. Your choice will not affect your ability to get medical care or health insurance coverage. Your choice to give or to deny consent may not be the basis for denial of health services.

If you check the "I give consent" box below, you are saying "Yes, this provider's staff involved in my care may see and access all of my medical information through PSYCKES."

If you check the "I deny consent" box below, you are saying "No, this provider may not see or be given access to my medical information through PSYCKES."

This does not mean your provider is completely barred from accessing your medical information in any way. For example, if the Medicaid program has a quality concern about your healthcare, then under federal and state regulations your provider may be given access to your data to address the quality concern. There are also exceptions to the confidentiality laws that may permit your provider to obtain necessary information directly from another provider for treatment purposes under state and federal laws and regulations.

**Please carefully read the information on the back of this form before making your decision.**

**Your Consent Choices.** You can fill out this form now or in the future. You have two choices:

☐ I give consent for this provider to access all of my electronic health information through PSYCKES in connection with providing me any health care services.

☑ I deny consent for this provider to access my electronic health information through PSYCKES; however, I understand that my provider may be able to obtain my information even without my consent for certain limited purposes if specifically authorized by state and federal laws and regulations.

| | Date of Birth of Patient: | Patient's Medicaid ID Number: |
|---|---|---|
| No Photo Available  LURCH, ROBERT  1990  M  ADM: 12/26/13  MRN: 3598032  Bellevue Hospital Center  Prt: 12/26/2013 20:54 | | |
| Signature of Patient or Patient's Legal Representative: *PTT unable to sign* | Date: *12/26/13* | |
| Print name of Legal Representative (if applicable): | Relationship of Legal Representative to Patient (if applicable): | |
| Signature of Witness: | Print name of Witness: | |

Revised 7.7.11

New York City Health and Hospitals Corporation

Details about patient information in PSYCKES and the consent process:

1.  **How Your Information Will be Used.** Your electronic health information will be used by only to:
    * Provide you with medical treatment and related services
    * Evaluate and improve the quality of medical care provided to all patients.

    Note: The choice you make in this Consent Form does *not* allow health insurers to have access to your information for the purpose of deciding whether to give you health insurance or pay your bills. You can make that choice in a separate Consent Form that health insurers must use.

2.  **What Types of Information About You Are Included?** If you give consent, ___Bellevue Hospital___ may access all of your electronic health information available through PSYCKES. This includes information created before and after the date of this Consent Form. Your health records may include a history of illnesses or injuries you have had (like diabetes or a broken bone), test results (like X-rays or blood tests), and lists of medicines you have taken. This information may relate to sensitive health conditions, including but not limited to:
    * Mental health conditions
    * Alcohol or drug use problems
    * Birth control and abortion (family planning)
    * Genetic (inherited) diseases or tests
    * HIV/AIDS
    * Sexually transmitted diseases

3.  **Where Health Information About You Comes From.** Information about you in PSYCKES comes from the New York State Medicaid program.

4.  **Who May Access Information About You, If You Give Consent.** Only these people may access information about you: doctors and other health care providers who serve on ___Bellevue Hospital___'s medical staff who are involved in your medical care; health care providers who are covering or on call for ___Bellevue Hospital___'s doctors; and staff members who carry out activities permitted by this Consent Form as described above in paragraph one.

5.  **Penalties for Improper Access to or Use of Your Information.** There are penalties for inappropriate access to or use of your electronic health information. If at any time you suspect that someone who should not have seen or gotten access to information about you has done so, call ___Bellevue Hospital___ at ___212-562-4141___; or call the NYS Office of Mental Health Customer Relations at 800-597-8481.

6.  **Re-disclosure of Information.** Any electronic health information about you may be re-disclosed by to others only to the extent permitted by state and federal laws and regulations. This is also true for health information about you that exists in a paper form. Some state and federal laws provide special protections for some kinds of sensitive health information, including HIV/AIDS and drug and alcohol treatment. Their special requirements must be followed whenever people receive these kinds of sensitive health information.

7.  **Effective Period.** This Consent Form will remain in effect until three (3) years after the last date you received any medical services, or until the day you withdraw your consent, whichever comes first.

8.  **Withdrawing Your Consent.** You can withdraw your consent at any time by signing a Withdrawal of Consent Form and giving it to ___the registration staff___. You can also change your consent choices by signing a new Consent Form at any time. You can get these forms from this provider or from the PSYCKES website at www.psyckes.com, or by calling ___800-597-8481___. Note: Organizations that access your health information through ___Bellevue Hospital___ while your consent is in effect may copy or include your information in their own medical records. Even if you later decide to withdraw your consent, they are not required to return it or remove it from their records.

9.  **Copy of Form.** You are entitled to receive a copy of this Consent Form after you sign it.

Revised 7.7.11

**Effective date: September 23, 2013**

# Acknowledgement

By signing and dating the form below, I acknowledge that I have received a copy of the New York City Health and Hospitals Corporation's Privacy Notice.

LURCH, ROBERT
/1990   M   ADM: 12/26/13
MRN: 3598032
No Photo Available
Bellevue Hospital Center
Prt 12/26/2013 20:54

_____
Patient's Name

_____
Patient's Medical Record Number

_____
Patient's Signature

12·26-13
_____
Date

If executed by a patient's personal representative, please print your name in the space below:

_____
Personal Representative's Name

_____
Personal Representative's Signature

FOR USE BY NYCHHC STAFF ONLY:

☐  Patient refused to sign

☑  Patient unable to sign

_____
NYCHHC Employee's Initials

12·26·13
_____
Today's Date

Facility:  **Bellevue Hospital Center**

HHC NEW YORK CITY HEALTH AND HOSPITALS CORPORATION nyc.gov/hhc

Chart No.

Name

Unit

LURCH, ROBERT
/1990   M   ADM: 12/26/13
MRN: 3598032
Bellevue Hospital Center    Prt: 12/26/2013 20:54

# GENERAL CONSENT FOR TREATMENT

*(Patient Imprint Card)*

## FORM A

**For patients seeking in-patient, out-patient and/or emergency room services.**

1.  I am asking for medical care and treatment at this facility and agree to accept services which may diagnose a medical condition, procedures to treat my condition and routine dental and medical care, including vaccination. I understand that these services will be provided to me by physicians, dentists, nurse practitioners, midwives, physician assistants and other health care providers, some of whom may be in training. I have not been given any guarantees as to the results of the services I will receive.

2.  I understand that my agreement to accept these services will remain in effect unless I say that I no longer want these services or until my treatment is completed.

3.  I understand that my agreement to accept these services is called a General Consent and that it includes any routine procedure(s) or treatment(s) such as blood drawing, physical examination, administration of medication(s), taking X-rays, use of local anesthesia and other non-invasive procedures.

_____     Date 12·26·13   and Time 20:17   am/pm
Signature of Patient or Parent/Legal Guardian of Minor Patient

If the patient cannot consent for him/herself, the signature of either the health care agent or legal guardian who is acting on behalf of the patient, or the patient's surrogate who is consenting to the treatment for the patient, must be obtained.

_____     Date _____   and Time _____   am. pm
Signature of Health Care Agent/Legal Guardian
(Place a copy of the authorizing document in the medical record)

_____     Date _____   and Time _____   am pm
Signature and Relation of Surrogate

**WITNESS:**

I, _____ am a staff member who is not the patient's physician or authorized health care provider and I have witnessed the patient or other appropriate person voluntarily sign this form.

_____     Date 12·26·13   and Time 20:17   am/pm
Signature and Title of Witness

**INTERPRETER/TRANSLATOR:** (To be signed by the interpreter/translator if the patient required such assistance)

To the best of my knowledge the patient understood what was interpreted/translated and voluntarily signed this form.

_____     Date _____   and Time _____   am pm
Signature of Interpreter/Translator

HHC 100A (R Sep 2010) English



LURCH, ROBERT

23years
Male        Black

Technician: 32030
Test ind:

Vent. rate        88 bpm
PR interval       194 ms
QRS duration      92 ms
QT/QTc            354/428 ms
P-R-T axis        81   93   68

ID: 003598032

26-Dec-2013    21:44:37    BELLEVUE HOSPITAL

*** Age and gender specific ECG analysis ***
Normal sinus rhythm
Biatrial enlargement
Rightward axis
Pulmonary disease pattern
Abnormal ECG

Referred by:                    Unconfirmed

COVIDIEN  Kendall



BELLEVUE HOSPITAL

LURCH, ROBERT
23years    Black
Male

ID: 003598022          28-Dec-2013  21:45:11

*** Age and gender specific ECG analysis ***
Normal sinus rhythm
Biatrial enlargement
Rightward axis
Pulmonary disease pattern
Abnormal ECG

Vent. rate        88 bpm
PR interval      190 ms
QRS duration  94 ms
QT/QTc          352/425 ms
P-R-T axes    81  92  67

Technician: 32030
Test ind:

Referred by:                    Unconfirmed

150 Hz  25.0 mm/s  10.0 mm/mV   COVIDIEN  Kendall

12/26/2013  8:05 PM    FROM: FAXCORE    TO: 2125624993    P. 1

# Prehospital Care Report Summary
## FDNY

Date:12/26/2013 Call #:3030 Booklet:80519175 Branch: 48

*33 9 8032* (handwritten)

| Call Information: | | # Patients Transported In My Unit: | 1 |
|---|---|---|---|
| Disposition: | Treated / Transported | # Patients at Scene: | N/A |
| Unit #: | 07B3 - 07B Tour 3: 1600-0000, Ambulance - Land   Trip Type: | | |
| Run Type to Scene: | Emergency (Immediate) | | |
| Incident Facility: | | Call Received: | N/A |
| Incident Location: | 233 9 AVE - Manhattan, NY (New York County) | Dispatched: | 20:31:00 |
| Incident Type: | Hospital | En Route: | 20:31:00 |
| | | On Scene: | 20:35:00 |
| Receiving Facility: | 2 - Bellevue Hosp. Center (Hospital ) | Patient Contact: | 20:36:00 |
| Facility Address: | 462 1 Avenue - NY, NY 10016 | Left Scene: | 20:41:00 |
| Dest. Reason: | Nearest Facility | At Destination: | 20:51:00 |
| Registration #: | N/A | Transfer of Care: | |
| | | In Service: | N/A |

| | | | |
|---|---|---|---|
| Loaded Mileage: | N/A | | |
| Crew Members: | JOSEPH PIERGIOVANNI, EMT Basic(DS)(DH); Nicole Pucciarelli, EMT Basic(DOC) | Time On Scene: | 6 Min |
| | | Time to Destination: | 20 Min |
| | | Total Time of Run: | N/A Min |

Moved to Amb By: Walked with Assist  Transport Position: Sitting  From Amb By:

Call Origin:    911    Lights/Siren: Not used

## Patient Information:

| | | | |
|---|---|---|---|
| Name: | ROBERT LURCH | DOB: | ███/1990 |
| Address: | HOMELESS | Gender:Male | |
| Phone: | | Age: | 23 Years |
| Email: | | Weight: Broselow: | |
| SSN: | | | |
| Driver License: | | | |

| | | | |
|---|---|---|---|
| Current Meds: | None | Comments: | |
| Env Allergies: | NKA | Comments: | |
| Med Allergies: | NKDA | Comments: | |
| Patient Physician: | | | |
| Advanced Directives: | | | |
| MH: | None | | |
| Comment: | | | |

## Payor Information:

| Priority: Primary | Name: Medicare or Medicaid (enter numbers above) | Type: | Policy #: | Group #: |
|---|---|---|---|---|
| Policy Holder: , Apt , | | | Phone: | DOB: |
| Priority: Secondary | Name: | Type: | Policy #: | Group #: |
| Policy Holder: , Apt , | | | Phone: | DOB: |

## Clinical:

Onset Date/Time: 2013-12-26                                    Medical Need:
Dispatch Reason (EMD): EDP  EDP - Psychiatric Patient

Chief Complaint:  edp
Provider Impression:
Mechanism of Injury:
Protocol 1:                          Protocol 2:

## FlowChart:

12/26/2013  6:05 PM   FROM: FAXCORE          TO: 2125624993      P.  2

| Time | Employee | Summary |
|------|----------|---------|
| | Pucciarelli, Nicole | Vitals<br>BP: 126/72<br>Pulse: 80<br>Resp: 18 |
| | Pucciarelli, Nicole | Vitals<br>BP: 134/90<br>Pulse: 100<br>Resp: 18 |
| | | Injury -<br>Location Modifier:  Injury:   Injury Modifier: |
| | | Injury -<br>Location Modifier:  Injury:   Injury Modifier: |
| | | ABC<br>Airway: Patent<br>Breathing: Normal Quality: Unlabored Lung Sounds: Left:  Clear Lung Sounds: Right: Clear<br>Skin Condition: Normal |
| | | Head to Toe<br>Head and Neck:<br>  Left Eye: Reactive<br>  Right Eye: Reactive |
| 20:39 | Pucciarelli, Nicole | Treatment:  1 - BLS Assessment<br>Attempts: N/A  Success: Yes |

Supply

Qty  Supply

FlexFields:

| FlexField | Value |
|-----------|-------|
| Flow Chart: Med Code [1] - Medication Complication | Not Applicable |

Narrative History Text:
A 23 YR OLD FOUND ON SIDEWALK WITH NYPD. UPON ARRIVAL PTS WAS AMBULATORY AND PD COMPLAINED PTS WAS COMBATIVE WITH CHINESE RESTAURANT STAFF. PD STS PTS  WAS IN CHINESE RESTAURANT BEING COMBATIVE WITH STAFF AND CAUSING DESTRUCTION. PTS DNS ANY PN. PTS DNS ANY OTHER S/S. PTS HAS NO OTHER COMPLAINTS. PE REVEALS -SOB +PEARL AOX3 +PMS X4 EXTREMITIES ABD SOFT N/D N/T. PTS WAS TXP TO HOSP 02 IN POC WOUT INCIDENT. ALL OTHER FINDINGS WERE UNREMARKABLE.
Unable to Sign:
Unable to Sign Reason: Physically Incapable
Authorized Representative: No authorized representative is available
Authorized Representative Signature:  No
Secondary Documentation: Patient Care Report (signed by representative of facility)
Secondary Documentation Signature:  No
Comment:

Auth Signature:  No    Privacy Sig:  No    Unable to Sign:  Yes   Refused to Sign: Yes

Signature Image(s):
Authorization Signature                          Privacy Notice Signature

Receiving RN / MD Signature                      Technician Signature

12/26/13 21:05 SanFax ReportUser      Confidential PHI -D 2000-2013  Sansio - HealthEMS®    12/26/2013 Call# 3030 BK: 00519175 - 2 of 3      PCR 1 of 1

**Agency Definable Field 1:** N/A  **Agency Definable Field 2:** N/A
**General Comments:** N/A

12/26/2013  8:05 PM  FROM: FAXCORE          TO: 2125624993         P.  1

# Prehospital Care Report Summary

## FDNY

Date:12/26/2013  Call #:3030  Booklet:80519175  Branch: 48

33q.8032

| Call Information: | | # Patients Transported | |
|---|---|---|---|
| Disposition: | Treated / Transported | In My Unit: | 1 |
| Unit #: | 07B3 - 07B Tour 3: 1600-0000,  Ambulance - Land  Trip Type: | # Patients at Scene: | N/A |
| Run Type to Scene: | Emergency (Immediate) | | |
| Incident Facility: | | Call Received: | N/A |
| Incident Location: | 233 9 AVE - Manhattan, NY (New York County) | Dispatched: | 20:31:00 |
| Incident Type: | Hospital | En Route: | 20:31:00 |
| | | On Scene: | 20:36:00 |
| Receiving Facility: | 2 - Bellevue Hosp. Center (Hospital ) | Patient Contact: | 20:36:00 |
| Facility Address: | 462 1 Avenue - NY, NY 10016 | Left Scene: | 20:41:00 |
| Dest. Reason: | Nearest Facility | At Destination: | 20:51:00 |
| Registration # | N/A | Transfer of Care: | |
| | | In Service: | N/A |
| Loaded Mileage: | N/A | | |
| Crew Members: | JOSEPH PIERGIOVANNI, EMT Basic(DS)(DH); Nicole Pucciarelli, EMT Basic(DOC) | Time On Scene: | 6 Min |
| | | Time to Destination: | 20 Min |
| Moved to Amb By: | Walked with Assist  Transport Position: Sitting  From Amb By: | Total Time of Run: | N/A Min |

| Call Origin: | 911 | Lights/Siren: Not used |
|---|---|---|

## Patient Information:

| Name: | ROBERT LURCH | DOB: | ████/1990 |
|---|---|---|---|
| Address: | HOMELESS | Gender: Male | |
| Phone: | | Age: | 23 Years |
| Email: | | Weight: Broselow: | |
| SSN: | — | | |
| Driver License: | | | |

| Current Meds: | None | Comments: | |
|---|---|---|---|
| Env Allergies: | NKA | Comments: | |
| Med Allergies: | NKDA | Comments: | |
| Patient Physician: | | | |
| Advanced Directives: | | | |
| PMH: | None | | |
| Comment: | | | |

## Payer Information:

| Priority: Primary | Name: Medicare or Medicaid (enter numbers above) | Type: | Policy #: | Group #: |
|---|---|---|---|---|
| Policy Holder: , , Apt  , | | | Phone: | DOB: |
| Priority: Secondary | Name: | Type: | Policy #: | Group #: |
| Policy Holder: , , Apt  , | | | Phone: | DOB: |

## Clinical:

Onset Date/Time: 2013-12-26
Dispatch Reason (EMD):  EDP   EDP - Psychiatric Patient

Chief Complaint:  edp
Provider Impression:
Mechanism of Injury:
Protocol 1:                          Protocol 2:

Medical Need:

## FlowChart:

| Time | Employee | Summary |
|------|----------|---------|
| | Pucciarelli, Nicole | **Vitals**<br>BP: 126/72<br>Pulse: 80<br>Resp: 18 |
| | Pucciarelli, Nicole | **Vitals**<br>BP: 134/90<br>Pulse: 100<br>Resp: 18 |
| | | Injury ·<br>Location Modifier:  Injury:   Injury Modifier:<br>Injury ·<br>Location Modifier:  Injury:   Injury Modifier:<br>**ABC**<br>Airway: Patent<br>Breathing: Normal Quality: Unlabored Lung Sounds: Left:  Clear Lung Sounds: Right: Clear<br>Skin Condition: Normal<br>**Head to Toe**<br>Head and Neck:<br>Left Eye: Reactive<br>Right Eye: Reactive |
| 20:39 | Pucciarelli, Nicole | Treatment: 1 - BLS Assessment<br>Attempts: N/A  Success: Yes |

**Supply**

Qty Supply

**FlexFields:**

| FlexField | Value |
|-----------|-------|
| Flow Chart: Med Code [1] - Medication Complication | Not Applicable |

**Narrative History Text:**
A 23 YR OLD FOUND ON SIDEWALK WITH NYPD. UPON ARRIVAL PTS WAS AMBULATORY AND PD COMPLAINED PTS WAS COMBATIVE WITH CHINESE RESTAURANT STAFF. PD STS PTS WAS IN CHINESE RESTAURANT BEING COMBATIVE WITH STAFF AND CAUSING DESTRUCTION. PTS DNS ANY PN. PTS DNS ANY OTHER S/S. PTS HAS NO OTHER COMPLAINTS. PE REVEALS -SOB +PEARL AOX3 +PMS X4 EXTREMITIES ABD SOFT N/D N/T. PTS WAS TXP TO HOSP 02 IN POC WOUT INCIDENT. ALL OTHER FINDINGS WERE UNREMARKABLE.
**Unable to Sign:**
Unable to Sign Reason: Physically Incapable
Authorized Representative: No authorized representative is available
Authorized Representative Signature:  No
Secondary Documentation: Patient Care Report (signed by representative of facility)
Secondary Documentation Signature:  No
Comment:

Auth Signature: No  Privacy Sig: No  Unable to Sign:  Yes  Refused to Sign: Yes

**Signature Image(s):**
Authorization Signature

Privacy Notice Signature

Receiving RN / MD Signature

Technician Signature

12/26/2013  8:05 PM    FROM: FAXCORE            TO: 2125624993        P.   3

**Agency Definable Field 1:** N/A  **Agency Definable Field 2:** N/A

**General Comments:** N/A

```
Printed:4 Oct 16  1159:36         ---------------------------------------
                                  |MRN:3598032                          |
Bellevue Hospital Center          |Patient:Lurch,Robert                 |
462 First Avenue                  |DOB:██████/1990    Sex:M  Type:LV     |
New York, NY 10016                |                                     |
                                  |Visit Date:12/26/13 Visit#           |
                                  |Location:lifecare                    |
                                  ---------------------------------------
```

Page  1 of 1

Outpatient Chart Print

====================================================================

PRESCRIPTION

| Date and Time | Prescription# | Prescription |
|---|---|---|
| 06/20/14 07:48 | RX0878017 | Bactrim DS 160-800 mg Tablet 1 tab po bid x5day Qty: 10 |
| 02/24/15 07:54 | RX0910636 | Ibuprofen 600 mg Tablet 1 tab by mouth prn process if pain score 4 to 6 (moderate pain) Qty: 30 |
| 03/19/15 08:25 | RX0946701 | Bactrim DS 160-800 mg Tablet 1 tab by mouth q12h x7day Qty: 14 |

```
Printed:4 Oct 16    1159:36

Bellevue Hospital Center
462 First Avenue
New York, NY 10016
```

```
---------------------------------------
|MRN:3598032                          |
|Patient:Lurch,Robert                 |
|DOB:███████/1990     Sex:M  Type:EP  |
|                                     |
|Visit Date:12/26/13 Visit# 3598032-1 |
|Location:emergency                   |
---------------------------------------
```

Page  1 of 37

Outpatient Chart Print

===============================================================================

All Events

-------------------------------------------------------------------------------
Thu, 26Dec 0200 Basic Metabolic Panel Ca Total Serum      Status: complete
```
          Collection Time    : 26 Dec 13   0200
          Collected by       : Unknown
          Specimen           : SST(30026002)

          Remark             : Spec #30026002: 26 Dec 13   0200
          Diagnosis          : Unspecified psychosis
          Na     (mmol/L)    : 144    (137 - 147)
          K      (mmol/L)    : 3.7    (3.6 - 5.2)
          Cl     (mmol/L)    : 109    (99 - 112)
          CO2    (mmol/L)    : 27     (23 - 32)
          BUN    (mg/dL)     : 9      (6 - 22)
          Creat  (mg/dL)     : 1.0    (0.1 - 1.4)
          Glu    (mg/dL)     : 80     (70 - 99
                                      70-99    Defined by ADA to be normal
                                        for fasting glucose
                                      100-125  Defined by ADA to be
                                        pre-diabetic for fasting
                                                 glucose
                                      =or>126  on 2 occasions defined by
                                        ADA as diabetic for
                                                 fasting glucose)
          Ca     (mg/dL)     : 9.0    (8.0 - 10.4)
          CalcOsmo(mOsm/L)   : 285    (277 - 302)
          Anion Gap          : 8.3    (6 - 18)
          eGFR AfAmer mL/min : >60    (>=60)
          eGFR Other mL/min  : >60    (>=60)
          Hemolysis          : 0
                                      Rajanikant Kabaria  (26 Dec 13  2220)
```

| Documentation History | Employee | Date/Time |
|---|---|---|
| new direct entry ordered by | Sig:Chaput,France, MD, Psychiatry/Mental Health, Attending Physician (ESOF) | 12/26/13 21:11 |
| specimen collection | Sig:Sealey,Keron  Laboratory, | 12/26/13 21:49 |

```
Printed:4 Oct 16  1159:36          --------------------------------------
                                   |MRN:3598032                         |
Bellevue Hospital Center           |Patient:Lurch,Robert                |
462 First Avenue                   |DOB:█████/1990      Sex:M  Type:EP   |
New York, NY 10016                 |                                    |
                                   |Visit Date:12/26/13 Visit# 3598032-1 |
                                   |Location:emergency                  |
                                   --------------------------------------
```

Outpatient Chart Print

=============================================================================

All Events - continued

|                    | Lab Assistant (ESOF)           |                  |
| accessioned        | Sig:Sealey,Keron  Laboratory,  | 12/26/13 21:49   |
|                    | Lab Assistant (ESOF)           |                  |
| documented by      | Sig:Kabaria,Rajanikant         | 12/26/13 22:20   |
|                    | Laboratory, Lab Technologist   |                  |
|                    | (ESOF)                         |                  |

-----------------------------------------------------------------------------

Thu, 26Dec 0200 Calcium Level Total Serum          Status: complete
        Collection Time        : 26 Dec 13  0200
        Collected by           : Unknown
        Specimen               : SST(30026002)

        Ca (mg/dL)             : 9.0   (8.0 - 10.4)
                                       Rajanikant Kabaria  (26 Dec 13  2220)

| Documentation History        | Employee                       | Date/Time       |
|------------------------------|--------------------------------|-----------------|
| new direct entry ordered by  | Sig:Chaput,France, MD,         | 12/26/13 21:11  |
|                              | Psychiatry/Mental Health,      |                 |
|                              | Attending Physician (ESOF)     |                 |
| specimen collection          | Sig:Sealey,Keron  Laboratory,  | 12/26/13 21:49  |
|                              | Lab Assistant (ESOF)           |                 |
| accessioned                  | Sig:Sealey,Keron  Laboratory,  | 12/26/13 21:49  |
|                              | Lab Assistant (ESOF)           |                 |
| documented by                | Sig:Kabaria,Rajanikant         | 12/26/13 22:20  |
|                              | Laboratory, Lab Technologist   |                 |
|                              | (ESOF)                         |                 |

-----------------------------------------------------------------------------

Thu, 26Dec 0200 Gamma Glutamyl Transferase Level Serum   Status: complete
        Collection Time        : 26 Dec 13  0200
        Collected by           : Unknown
        Specimen               : SST(30026002)

        GGT (IU/L)             : 40    (15 - 85)
                                       Rajanikant Kabaria  (26 Dec 13  2220)

| Documentation History        | Employee                       | Date/Time       |
|------------------------------|--------------------------------|-----------------|

```
Printed:4 Oct 16  1159:36          ---------------------------------------
                                   |MRN:3598032                          |
Bellevue Hospital Center           |Patient:Lurch,Robert                 |
462 First Avenue                   |DOB:████/1990     Sex:M  Type:EP      |
New York, NY 10016                 |                                     |
                                   |Visit Date:12/26/13 Visit# 3598032-1 |
                                   |Location:emergency                   |
                                   ---------------------------------------
```

Outpatient Chart Print

==================================================================

All Events - continued

| new direct entry ordered by | Sig:Chaput,France, MD, Psychiatry/Mental Health, Attending Physician (ESOF) | 12/26/13 21:11 |
| specimen collection | Sig:Sealey,Keron  Laboratory, Lab Assistant (ESOF) | 12/26/13 21:49 |
| accessioned | Sig:Sealey,Keron  Laboratory, Lab Assistant (ESOF) | 12/26/13 21:49 |
| documented by | Sig:Kabaria,Rajanikant Laboratory, Lab Technologist (ESOF) | 12/26/13 22:20 |

----------------------------------------------------------------

Thu, 26Dec 0200 Hepatic Function Panel Serum        Status: complete
      Collection Time    : 26 Dec 13  0200
      Collected by       : Unknown
      Specimen           : SST(30026002)

      AST    (U/L)       : 37     (11 - 39)
      ALT    (U/L)       : 21     (11 - 35)
      Alk P  (U/L)       : 103    (25 - 100)
      T Bil (mg/dL)      : 0.3    (0.2 - 1.3)
      D Bil (mg/dL)      : 0.1    (0.0 - 0.2)
      T.Prot (g/dL)      : 7.7    (6.3 - 8.2)
      Alb    (g/dL)      : 4.5    (3.7 - 5.1)
                         Rajanikant Kabaria  (26 Dec 13  2220)

| Documentation History | Employee | Date/Time |
|---|---|---|
| new direct entry ordered by | Sig:Chaput,France, MD, Psychiatry/Mental Health, Attending Physician (ESOF) | 12/26/13 21:11 |
| specimen collection | Sig:Sealey,Keron  Laboratory, Lab Assistant (ESOF) | 12/26/13 21:49 |
| accessioned | Sig:Sealey,Keron  Laboratory, Lab Assistant (ESOF) | 12/26/13 21:49 |
| documented by | Sig:Kabaria,Rajanikant Laboratory, Lab Technologist (ESOF) | 12/26/13 22:20 |

```
Printed:4 Oct 16   1159:36

Bellevue Hospital Center
462 First Avenue
New York, NY 10016
```

```
---------------------------------------
|MRN:3598032                          |
|Patient:Lurch,Robert                 |
|DOB:██████1990      Sex:M  Type:EP   |
|                                     |
|Visit Date:12/26/13 Visit# 3598032-1 |
|Location:emergency                   |
---------------------------------------
```

Page  4 of 37

Outpatient Chart Print

=============================================================================

**All Events - continued**

verified by                    Sig:Kapsopoulos,Andrew        01/04/14 00:37
                               Laboratory, Medical Technologist
                               (ESOF)
-----------------------------------------------------------------------------
Thu, 26Dec 0200 Magnesium Level Serum                    Status: complete
        Collection Time        : 26 Dec 13  0200
        Collected by           : Unknown
        Specimen               : SST(30026002)

        Mg    (mEq/L)          : 1.8    (1.3 - 1.9)
                                   Rajanikant Kabaria  (26 Dec 13  2220)

| Documentation History | Employee | Date/Time |
|---|---|---|
| new direct entry ordered by | Sig:Chaput,France, MD, Psychiatry/Mental Health, Attending Physician (ESOF) | 12/26/13 21:11 |
| specimen collection | Sig:Sealey,Keron  Laboratory, Lab Assistant (ESOF) | 12/26/13 21:49 |
| accessioned | Sig:Sealey,Keron  Laboratory, Lab Assistant (ESOF) | 12/26/13 21:49 |
| documented by | Sig:Kabaria,Rajanikant Laboratory, Lab Technologist (ESOF) | 12/26/13 22:20 |

-----------------------------------------------------------------------------
Thu, 26Dec 0200 Phosphate Level Serum                    Status: complete
        Collection Time        : 26 Dec 13  0200
        Collected by           : Unknown
        Specimen               : SST(30026002)

        Phosphate    (mg/dL)   : 4.1    (2.7 - 4.5)
                                   Rajanikant Kabaria  (26 Dec 13  2220)

| Documentation History | Employee | Date/Time |
|---|---|---|
| new direct entry ordered by | Sig:Chaput,France, MD, Psychiatry/Mental Health, Attending Physician (ESOF) | 12/26/13 21:11 |
```

```
Printed:4 Oct 16  1159:36           --------------------------------------
                                    |MRN:3598032                         |
Bellevue Hospital Center            |Patient:Lurch,Robert                |
462 First Avenue                    |DOB:███████/1990    Sex:M  Type:EP  |
New York, NY 10016                  |                                    |
                                    |Visit Date:12/26/13 Visit# 3598032-1|
                                    |Location:emergency                  |
                                    --------------------------------------
```

Outpatient Chart Print

===============================================================================

## All Events - continued

| | | |
|---|---|---|
| specimen collection | Sig:Sealey,Keron  Laboratory, Lab Assistant (ESOF) | 12/26/13 21:49 |
| accessioned | Sig:Sealey,Keron  Laboratory, Lab Assistant (ESOF) | 12/26/13 21:49 |
| documented by | Sig:Kabaria,Rajanikant Laboratory, Lab Technologist (ESOF) | 12/26/13 22:20 |

-----------------------------------------------------------------------------

Thu, 26Dec 0200 Thyroid Stimulating Hormone Level w/rflx toStatus: complete

```
    Collection Time     : 26 Dec 13  0200
    Collected by        : Unknown
    Specimen            : SST(30026002)

    Remark              : Spec #30026002: 26 Dec 13  0200
    Diagnosis           : Unspecified psychosis
    TSH (uIU/mL)        : 0.891  (0.35 - 4.8)
                                 John Ventrice     (26 Dec 13  2229)
```

| Documentation History | Employee | Date/Time |
|---|---|---|
| new direct entry ordered by | Sig:Chaput,France, MD, Psychiatry/Mental Health, Attending Physician (ESOF) | 12/26/13 21:11 |
| specimen collection | Sig:Sealey,Keron  Laboratory, Lab Assistant (ESOF) | 12/26/13 21:49 |
| accessioned | Sig:Sealey,Keron  Laboratory, Lab Assistant (ESOF) | 12/26/13 21:49 |
| documented by | Sig:Kabaria,Rajanikant Laboratory, Lab Technologist (ESOF) | 12/26/13 22:20 |
| documented by | Sig:Ventrice,John  Laboratory, Lab Medical Technician (ESOF) | 12/26/13 22:29 |

-----------------------------------------------------------------------------

```
Printed:4 Oct 16  1159:36

Bellevue Hospital Center
462 First Avenue
New York, NY 10016
```

```
-------------------------------------
|MRN:3598032                        |
|Patient:Lurch,Robert               |
|DOB:▊▊▊▊/1990    Sex:M  Type:EP    |
|                                   |
|Visit Date:12/26/13 Visit# 3598032-1|
|Location:emergency                 |
-------------------------------------
```

Page  6 of 37

Outpatient Chart Print

========================================================================

All Events - continued

Thu, 26Dec 0200 Ethyl Alcohol Level Quant, Serum        Status: complete
          Collection Time        : 26 Dec 13  0200
          Collected by           : Unknown
          Specimen               : SST(30026002)

     EtOH (mg/dL)             : 262    (Lower limit of detection = 10 mg/dL)
                                      Rajanikant Kabaria  (26 Dec 13  2249)

| Documentation History | Employee | Date/Time |
|---|---|---|
| new direct entry ordered by | Sig:Chaput,France, MD, Psychiatry/Mental Health, Attending Physician (ESOF) | 12/26/13 21:11 |
| specimen collection | Sig:Sealey,Keron  Laboratory, Lab Assistant (ESOF) | 12/26/13 21:49 |
| accessioned | Sig:Sealey,Keron  Laboratory, Lab Assistant (ESOF) | 12/26/13 21:49 |
| documented by | Sig:Kabaria,Rajanikant Laboratory, Lab Technologist (ESOF) | 12/26/13 22:20 |
| documented by | Sig:Ventrice,John  Laboratory, Lab Medical Technician (ESOF) | 12/26/13 22:29 |
| documented by | Sig:Kabaria,Rajanikant Laboratory, Lab Technologist (ESOF) | 12/26/13 22:49 |

-----------------------------------------------------------------------

```
Printed:4 Oct 16  1159:36          ----------------------------------------
                                   |MRN:3598032                           |
Bellevue Hospital Center           |Patient:Lurch,Robert                  |
462 First Avenue                   |DOB:███████/1990    Sex:M  Type:EP    |
New York, NY 10016                 |                                      |
                                   |Visit Date:12/26/13 Visit# 3598032-1  |
                                   |Location:emergency                    |
                                   ----------------------------------------
```

Outpatient Chart Print

=======================================================================================

All Events - continued

Thu, 26Dec 0200 Syphilis Treponemal Ab,IgG w/rflx to RPR/TiStatus: complete
        Collection Time       : 26 Dec 13  0200
        Collected by          : Unknown
        Specimen              : SST(30026002)

        Remark                : Spec #30026002: 26 Dec 13  0200
        Syphilis IgG Ab       : non-reactive         (non-reactive)
        Syph STD Comment      : No Serological evidence of infection with
                                T.pallidum (incubating or early primary
                                syphilis cannot be excluded). Retest in 2-4
                                weeks if clinically indicated.
                                      Maria Nogid      (27 Dec 13  1311)

| Documentation History | Employee | Date/Time |
|---|---|---|
| new direct entry ordered by | Sig:Chaput,France, MD, Psychiatry/Mental Health, Attending Physician (ESOF) | 12/26/13 21:11 |
| specimen collection | Sig:Sealey,Keron  Laboratory, Lab Assistant (ESOF) | 12/26/13 21:49 |
| accessioned | Sig:Nogid,Maria  Laboratory, Lab Technologist (ESOF) | 12/27/13 13:11 |
| documented by | Sig:Nogid,Maria  Laboratory, Lab Technologist (ESOF) | 12/27/13 13:11 |
| verified by | Sig:Nogid,Maria  Laboratory, Lab Technologist (ESOF) | 12/27/13 13:32 |

-------------------------------------------------------------------------------

```
Printed:4 Oct 16   1159:36
                                -------------------------------------
                                |MRN:3598032                         |
Bellevue Hospital Center        |Patient:Lurch,Robert                |
462 First Avenue                |DOB:███████/1990    Sex:M  Type:EP  |
New York, NY 10016              |                                    |
                                |Visit Date:12/26/13 Visit# 3598032-1|
                                |Location:emergency                  |
                                -------------------------------------
```

Outpatient Chart Print

========================================================================

All Events - continued

Thu, 26Dec 0200 Hemogram Auto Diff w/rflx to Manual Diff   Status: complete
              Collection Time        : 26 Dec 13   0200
              Collected by           : Unknown
              Specimen               : LavEDTA(30026002)

              WBC   (/nL)            : 7.1    (4.8 - 10.8)
              RBC   (/pL)            : 5.26   (4.70 - 6.10)
              Hgb  (g/dL)            : 15.4   (14.0 - 18.0)
              Hct    (%)             : 47.2   (42 - 52)
              MCV   (fL)             : 89.7   (80 - 94)
              MCH   (pg)             : 29.3   (27 - 31)
              MCHC(g/dL)             : 32.6   (32 - 36)
              RDW    (%)             : 13.6   (12 - 15)
              Plt   (/nL)            : 194    (150 - 400)
              MPV   (fL)             : 8.4    (7.4 - 10.4)
              Neut   (%)             : 53.1   (44 - 70)
              Lymp   (%)             : 38.0   (20 - 45)
              Mono   (%)             : 8.2    (2 - 10)
              Eos    (%)             : 0.5    (1 - 4)
              Baso   (%)             : 0.2    (0.0 - 2.0)
              Neut  (/nL)            : 3.7    (2.1 - 7.6)
              Lymp  (/nL)            : 2.7    (0.9 - 4.9)
              Mono  (/nL)            : 0.6    (0.1 - 1.0)
              Eos   (/nL)            : 0.0 L  (0.0 - 0.5)
              Baso  (/nL)            : 0.0    (0.0 - 0.1)
              Slide?                 : not required
                                    Jibu Abraham      (26 Dec 13  2207)
```

| Documentation History | Employee | Date/Time |
|---|---|---|
| new direct entry ordered by | Sig:Chaput,France, MD, Psychiatry/Mental Health, Attending Physician (ESOF) | 12/26/13 21:11 |
| specimen collection | Sig:Sealey,Keron  Laboratory, Lab Assistant (ESOF) | 12/26/13 21:49 |
| accessioned | Sig:Patel,Mahendrakumar, Lab Associate (Level A) (ESOF) | 12/26/13 21:52 |

```
Printed:4 Oct 16  1159:36          ----------------------------------------
                                   |MRN:3598032                           |
Bellevue Hospital Center           |Patient:Lurch,Robert                  |
462 First Avenue                   |DOB:███/1990      Sex:M  Type:EP       |
New York, NY 10016                 |                                      |
                                   |Visit Date:12/26/13 Visit# 3598032-1  |
                                   |Location:emergency                    |
                                   ----------------------------------------
```

Outpatient Chart Print

======================================================================

All Events - continued

documented by          Sig:Abraham,Jibu  Laboratory,      12/26/13 22:07
                       Lab Medical Technician (ESOF)
verified by            Sig:Amin,Upendra  Laboratory,      12/26/13 23:00
                       Lab Medical Technician (ESOF)
----------------------------------------------------------------------
Thu, 26Dec 2058 ED Triage Note                    Status: complete
        Life Saving            : Complete Full Triage Note
        Communication Method   : Direct Communication in English
        Restraints             : Patient brought in to ED in handcuffs.
        Mode of Arrival        : city ambulance
        Chief Complaint        : psych eval,
        Assessment             : pt agitated, no medical complain
        Past Medical/Surgical Hx : denies
        Medications on Arrival : denies
        Allergies - Medications : no known drug allergies
        Allergies - Other      : no known allergens
        Domestic Violence      : Domestic Violence: no
        Psych Risk Assessment  : Patient sent for Psychiatric evaluation
                                 and/or clearance
        Suicide/Homicide       : Suicidal?: no Homicidal?: no 1:1: no
                                    Destination: Adult CPEP with Escort
        ED Alerts              : NYPD Prisoner;
        Blood Pressure         : 135/96
        Pulse                  : 65
        Respirations           : 18
        Temperature            : 96.9 F (36.1 C)
        Temperature Method     : Tympanic
        O2 Saturation          : 98 %
        Suspected Infection?   : no
        Alteration of Mental Stat: no
        Pain Screen            : pt denies pain at this time
        ESI Level              : 4
        Team Assigned          : CPEP
                               Kazumi Inose, RN   (26 Dec 13  2059)

Documentation History      Employee                     Date/Time
```

```
Printed:4 Oct 16  1159:36

Bellevue Hospital Center
462 First Avenue
New York, NY 10016
```

```
------------------------------------------
|MRN:3598032                             |
|Patient:Lurch,Robert                    |
|DOB:████████/1990    Sex:M  Type:EP     |
|                                        |
|Visit Date:12/26/13 Visit# 3598032-1    |
|Location:emergency                      |
------------------------------------------
```

Page 10 of 37

## Outpatient Chart Print

========================================================================

### All Events - continued

documented by                Sig:Inose,Kazumi, RN   Nursing,   12/26/13 20:59
                             Nurse - Registered (ESOF)
------------------------------------------------------------------------
Thu, 26Dec 2111 Psychiatry Attending Other Note Chaput, F  Status: <u>corrected</u>
        Discipline           : Attending
        Author               : France Chaput, MD
        Note Type            : Psychiatry
        Contact              : Direct patient contact
        Preferred Language   : English
        Language Used        : English
        Note (WP)            : Pt is a 23 yo BM with unknown psychiatric hx
                               BIB EMS after he became disruptive in a
                               Chinese restaurant, did not pay for his food
                               and started breaking things. At arrival pt is
                               agitated, threatening NYPD (he is not in
                               custody) and unable to cooperate. He was
                               placed in wrist and ankle restraint and was
                               given Haldol 5 mg IM and Ativan 2 mg IM.
                                    France Chaput, MD   (26 Dec 13  2142)

Documentation History        Employee                     Date/Time
documented by                Sig:Chaput,France, MD        12/26/13 21:14
                             Psychiatry/Mental Health,
                             Attending Physician (ESOF)
corrected by                 Sig:Chaput,France, MD        12/26/13 21:42
                             Psychiatry/Mental Health,
                             Attending Physician (ESOF)
------------------------------------------------------------------------
Thu, 26Dec 2112 Haloperidol Lactate              Status: complete
        Dose/Route           : 1 mL inj intramuscu
        Admin Info           : 1 mL (5 mg) of Haloperidol Lactate 5 mg/mL
                               Injection, 1 mL
        Site                 : deltoid
                                    Maria D Marquez, RN (26 Dec 13  2112)


Documentation History        Employee                     Date/Time
```

```
Printed:4 Oct 16  1159:36

Bellevue Hospital Center          |------------------------------------|
462 First Avenue                  | MRN:3598032                        |
New York, NY 10016                | Patient:Lurch,Robert               |
                                  | DOB:▚▚▚▚1990    Sex:M  Type:EP      |
                                  |                                    |
                                  | Visit Date:12/26/13 Visit# 3598032-1|
                                  | Location:emergency                 |
                                  |------------------------------------|
```

Outpatient Chart Print

================================================================================

### All Events - continued

| new direct entry ordered by | Sig:Chaput,France, MD, Psychiatry/Mental Health, Attending Physician (ESOF) | 12/26/13 21:11 |
| documented by | Sig:Marquez,Maria D, RN Psychiatry/Mental Health, Staff Nurse (ESOF) | 12/26/13 21:12 |

--------------------------------------------------------------------------------

Thu, 26Dec 2112 LORazepam                           Status: complete
    Dose/Route        : 2 mg intramuscu
    Admin Info        : 2 mg (1 mL) of LORazepam 2 mg/mL Injection, 1
                          mL Carpuject
    Site              : deltoid
                         Maria D Marquez, RN (26 Dec 13  2112)

| Documentation History | Employee | Date/Time |
| new direct entry ordered by | Sig:Chaput,France, MD, Psychiatry/Mental Health, Attending Physician (ESOF) | 12/26/13 21:11 |
| documented by | Sig:Marquez,Maria D, RN Psychiatry/Mental Health, Staff Nurse (ESOF) | 12/26/13 21:12 |

--------------------------------------------------------------------------------

Thu, 26Dec 2114 Transfer to CPEP Note               Status: complete
    Review Prior Visit    : NOTE: This triage note supplements the full
                       triage note completed on this patient during
                       the AES/CPEP visit that was just completed.
                       Perform chart review to review all
                       information from that visit.
    Date & Time          : Thu, 26 Dec 2013  2114
    Patient's Chief Complaint: psych eval,
    Team Assigned        : CPEP
                         Maria D Marquez, RN (26 Dec 13  2114)

| Documentation History | Employee | Date/Time |
| documented by | Sig:Marquez,Maria D, RN Psychiatry/Mental Health, Staff | 12/26/13 21:14 |

```
Printed:4 Oct 16  1159:36         ----------------------------------------
                                  |MRN:3598032                           |
Bellevue Hospital Center          |Patient:Lurch,Robert                  |
462 First Avenue                  |DOB:█████1990    Sex:M  Type:EP       |
New York, NY 10016                |                                      |
                                  |Visit Date:12/26/13 Visit# 3598032-1  |
                                  |Location:emergency                    |
                                  ----------------------------------------
```

Outpatient Chart Print

================================================================================

All Events - continued

Nurse (ESOF)
--------------------------------------------------------------------------------

```
Printed:4 Oct 16  1159:36       ----------------------------------------
                                |MRN:3598032                           |
Bellevue Hospital Center        |Patient:Lurch,Robert                  |
462 First Avenue                |DOB:       /1990     Sex:M  Type:EP    |
New York, NY 10016              |                                      |
                                |Visit Date:12/26/13 Visit# 3598032-1  |
                                |Location:emergency                    |
                                ----------------------------------------
```

                        Outpatient Chart Print

========================================================================

                        All Events - continued

Thu, 26Dec 2117 CPEP RN Assessment (Adult)           Status: complete
        Arrival Time to CPEP   : Thu, 26 Dec 2013  2114
        Marital Status         : Unable to Obtain
        Race/Ethnicity         : Black or African American
        Religion               : unable to obtain
        Source of Referral     : Self, family or friend;
        Language               :

            Preferred Language(s)   : English

        Reason for Visit at Triag: psych eval,
        Patient's Chief Complaint: psy eval
        Suicide/Self Harm        : New Assmt: No new suicide assessment
                                   documented Self Harm Indications:
                                   Unable to assess Comment: unable to
                                   obtain
        Recent Medications     : unable to obtain
        Allergies Med          : no known drug allergies
        Allergies Other        : no known allergens
        Diet                   : regular
        Substance/Alcohol Use  : unable to assess
        Smoking                :  not assessed
        Past Medical History (WP): Unable to obtain
        Pain Assessment        : no pain issues at this time
        Skin Assessment/Pressure :

            Braden Scale  : Score: 23 Braden Scale: No Risk Sensory
                            Perception: responds to verbal commands. has
                            no sensory deficit which would limit ability
                            to feel or voice pain or discomfort.
                            Moisture: skin is usually dry Activity:
                            walks frequently during waking hours
                            Mobility: makes position changes without
                            assistance Nutrition: eats most of every
                            meal Friction & Shear: moves in bed and in
                            chair independently

```
Printed:4 Oct 16  1159:36          ----------------------------------------
                                   |MRN:3598032                           |
Bellevue Hospital Center           |Patient:Lurch,Robert                  |
462 First Avenue                   |DOB:███████1990      Sex:M  Type:EP    |
New York, NY 10016                 |                                      |
                                   |Visit Date:12/26/13 Visit# 3598032-1  |
                                   |Location:emergency                    |
                                   ----------------------------------------
```

                          Outpatient Chart Print


================================================================================

                          All Events - continued

Thu, 26Dec 2117 CPEP RN Assessment (Adult) -- cont'd
          Skin Assessment: SKIN INTACT: Yes SKIN CONDITION DESCRIPTION: Dry
              and Intact;
          Pressure Ulcer : PRESSURE ULCER: no, pressure ulcer

     Fall Risk              : Fall History: No history of falls within
                             the last (6) months Age: < 60 yrs
                             Secondary Diagnosis/Co-Morbidity:
                             None present Incontinence: No
                             incontinence
                             Urgency/Frequency/Nocturia Status:
                             None present Fall Risk Drugs: pt had
                             a sedated procedure within the past
                             24hrs Mobility,Transfer or
                             Ambulation: No assistance or
                             supervision needed Gait Status:
                             Steady gait Visual or Auditory
                             Impairments: Visual or Auditory
                             impairment do NOT affect gait Pt Care
                             Equipment : None present Altered
                             Awareness of Immediate Physical
                             Environment: No altered awareness
                             Impulsiveness: Pt impulsive
                             Limitations: Pt lacks understanding
                             of their physical and cognitive
                             limitations Score: 13 Risk: High Risk
     Elopement Risk         : No elopement risks identified
     Broset Violence Checklist: Confused: absence of behavior Irritable:
                             presence of behavior Boisterous:
                             presence of behavior Physically
                             Threatening: presence of behavior
                             Verbally threatening: presence of
                             behavior Attacking objects: absence
                             of behavior Total Score: 4 Risk
                             Level: imminent risk for violence
     Hx of Restraint/Seclusion: yes

Printed:4 Oct 16  1159:36

Bellevue Hospital Center
462 First Avenue
New York, NY 10016

```
-----------------------------------------
|MRN:3598032                            |
|Patient:Lurch,Robert                   |
|DOB:█████1990      Sex:M  Type:EP      |
|                                       |
|Visit Date:12/26/13 Visit# 3598032-1   |
|Location:emergency                     |
-----------------------------------------
```

Page 15 of 37

Outpatient Chart Print

====================================================================

All Events - continued

Thu, 26Dec 2117 CPEP RN Assessment (Adult) -- cont'd
        Agitating Circumstances : patient threatening
        Interventions           : medicated with ativan 2 mg IM stat and Haldol
                                   5 mg IM stat @2110
        Preferences             : medications
        Risks/Alerts            : Violence Risk,Falls Risk
        Risk/Alert Details      : fall prec,assault prec
        Contraband              : None
        Oriented to Unit        : ID Band; Visiting/Telephone; No Smoking
                                   Policy; Bill of Rights; Unit Rules/Treatment
                                   Prgorams; Patient/Family Participation.
        Barriers to Assessment  : Patient agitated or threatening
        Comment                 : Patient was bib ems agitated and threatening
                                   staff combative yelling and cursing and not
                                   amenable with redirection per MD chaput
                                   received ativan 2 mg IM stat and haldol 5 mg
                                   IM stat @2110 and was placed on wrist and
                                   ankle restraints 2110
                                        Maria D Marquez, RN (26 Dec 13  2127)

Documentation History          Employee                      Date/Time
documented by                  Sig:Marquez,Maria D, RN       12/26/13 21:27
                               Psychiatry/Mental Health, Staff
                               Nurse (ESOF)
--------------------------------------------------------------------
Thu, 26Dec 2128 Nursing Progress Note w/Care Plan (Psych) (Status: complete
        Preferred Language(s)   : English
        Communication Ability   : Able to communicate
        Language Used           : English
        Most Recent VS          : T 96.9, P 65, R 18, BP 135, O2 Sat 98 (12/26
                                   20:58)
        Vascular Lines          : no vascular lines

```
Printed:4 Oct 16  1159:36            ---------------------------------
                                    |MRN:3598032                    |
Bellevue Hospital Center            |Patient:Lurch,Robert           |
462 First Avenue                    |DOB:█████/1990  Sex:M  Type:EP |
New York, NY 10016                  |                               |
                                    |Visit Date:12/26/13 Visit# 3598032-1 |
                                    |Location:emergency             |
                                     ---------------------------------
```

Outpatient Chart Print

========================================================================

All Events - continued

Thu, 26Dec 2128 Nursing Progress Note w/Care Plan (Psych) ( -- cont'd
      Problems                 :  : RN   : Danger to others Evidence:
                                   severely agitated behavior,loud and
                                   verbally abusive and not amenable
                                   with redirection. Goals: Patient will
                                   not be a danger to self and others
                                   Objectives: Patient will not threaten
                                   staff and will not attack staff in 2
                                   hours,patient will be sfe and
                                   comfortable when placed in
                                   restraints,Patient will be released
                                   as early as indicated
          Nsg Prob & Intvns (WP) : Apply restraints properly
                                   Check restraints q 15 minutes for good
                                   circulation and skin integrity
                                   Assess mental status and monitor for any
                                   significant changes
                                   Provide comfort measures such as fluids food
                                   elimination ROM etc
                                   Reassess patient for possibility of early
                                   release from restraints every 15 minutes
                                    d/c restraints as indicated meeting the
                                   criteria for release
                                   administer medication as ordered by MD.
                                   Provide safe calm and supportive  environment
          Evaluation (WP)      : Paitent calm at this time
          Author               : Maria D Marquez, RN
          Progress Note (WP)   : Patient was uncooperative on arrival.patient
                                   combative  and threatening staff yelling and
                                   cursing.Patient was medicated with Ativan 2
                                   mg IM stat and Haldol 5 mg IM stat @2110 and
                                   wrist and ankle restraints
                                   2110-2145.patient's vital signs taken post
                                   medications 114/53,89 pulse rate,20
                                   respiration 89 pulse rate,97.2 temp.,
                                          Maria D Marquez, RN (26 Dec 13  2142)

```
Printed:4 Oct 16   1159:36
```

```
Bellevue Hospital Center
462 First Avenue
New York, NY 10016
```

```
----------------------------------------
|MRN:3598032                            |
|Patient:Lurch,Robert                   |
|DOB:█████/1990      Sex:M  Type:EP     |
|                                       |
|Visit Date:12/26/13  Visit# 3598032-1  |
|Location:emergency                     |
----------------------------------------
```

Outpatient Chart Print

==========================================================================

**All Events - continued**

| Documentation History | Employee | Date/Time |
|---|---|---|
| documented by | Sig:Marquez,Maria D, RN Psychiatry/Mental Health, Staff Nurse (ESOF) | 12/26/13 21:42 |

--------------------------------------------------------------------

Thu, 26Dec 2133 CPEP Interim Disposition Note         Status: complete
```
     Dispo Date/Time      : Thu, 26 Dec 2013  2133
     Interim Disposition  : Hold
     Primary Diagnosis    : Unspecified psychosis
     Medical Necessity    : Significant danger to self or others
     Risks/Alerts         : Violence Risk,Falls Risk
     Risks/Alerts Details : fall prec,assault prec
     Preliminary Treatment Pla: Close Observation (q 15 min); Watch for
                            signs/symptoms of withdrawal; Individual
                            Therapy; Group Therapy; Milieu Therapy;
     Plan Detail          : -place on hold; PRN meds for agitation;
                            assault precautions
                            -labs
                            -re-assess when pt is able to cooperate
     Attending            : France Chaput, MD
                              France Chaput, MD  (26 Dec 13  2134)
```

| Documentation History | Employee | Date/Time |
|---|---|---|
| documented by | Sig:Chaput,France, MD Psychiatry/Mental Health, Attending Physician (ESOF) | 12/26/13 21:34 |

--------------------------------------------------------------------

```
Printed:4 Oct 16  1159:36
                                  -------------------------------------
                                  |MRN:3598032                        |
Bellevue Hospital Center          |Patient:Lurch,Robert               |
462 First Avenue                  |DOB:█████1990    Sex:M  Type:EP    |
New York, NY 10016                |                                   |
                                  |Visit Date:12/26/13 Visit# 3598032-1|
                                  |Location:emergency                 |
                                  -------------------------------------
```

Outpatient Chart Print

===========================================================================

All Events - continued

Thu, 26Dec 2135 Adult CPEP CAF                        Status: complete
        Arrival Time to CPBP     : Thu, 26 Dec 2013  2114
        Time Pt Seen by Physician: Thu, 26 Dec 2013  2135
        Language                 :

            Preferred Language(s)   : English

        Assessment Type          : Full Assessment
        Race/Ethnicity           : Black or African American
        Source of Referral       : Self, family or friend;
        Phone Number(s)          : Unable to obtain
        Source of Information    : Patient
        Personal Collateral Conta: none known
        Professional Collateral C: none known
        Chief Complaint at Triage: psych eval,
        Patient's Chief Complaint: psy eval
        History of Present Illnes:  Pt is a 23 yo BM with unknown psychiatric hx
                                   BIB EMS after he became disruptive in a
                                   Chinese restaurant, did not pay for his food
                                   and started breaking things. At arrival pt is
                                   agitated, threatening NYPD (he is not in
                                   custody) and unable to cooperate. He was
                                   placed in wrist and ankle restraint and was
                                   given Haldol 5 mg IM and Ativan 2 mg IM. He
                                   cannot be interviewed at this time due to
                                   sedation.
        Past Psychiatric History : Unable to assess
        Psych Hx Reviewed?       : No existing Past Psychiatric history
                                   documented.  Unable to assess patient for
                                   history at this time.
        Psychopharm History      : Unable to assess
        High Risk Psych Hx       : Unable to assess
        AOT Status               : unable to assess
        Past Medical History     : Unable to obtain
        Allergies Med            : no known drug allergies
        Allergies Other          : no known allergens

```
Printed:4 Oct 16  1159:36          ----------------------------------------
                                   |MRN:3598032                           |
Bellevue Hospital Center           |Patient:Lurch,Robert                  |
462 First Avenue                   |DOB:████/1990      Sex:M  Type:EP      |
New York, NY 10016                 |                                      |
                                   |Visit Date:12/26/13 Visit# 3598032-1  |
                                   |Location:emergency                    |
                                   ----------------------------------------
```

Outpatient Chart Print

===========================================================================

All Events - continued

Thu, 26Dec 2135 Adult CPEP CAF -- cont'd
        Home Meds/Attestation      :

        Attestation        : <u>Unable to obtain medication list due to Patient</u>
                             <u>unable or unwilling to communicate and collateral</u>
                             <u>unavailable.  Any medications on the list are</u>
                             <u>unverified.</u>

        Substance/Alcohol Use     : unable to assess
        Substance/Alcohol Use Hx  : No existing Substance/Alcohol Use history
                                    documented.  Unable to assess patient for
                                    history at this time.
        Abuse/Trauma History      : Unable to Assess
        Trauma Hx Reviewed?       : No existing Abuse/Trauma history documented.
                                    Unable to assess patient for history at this
                                    time.
        ACS/ APS Involvement      : unable to assess
        Family History            : <u>Unable to assess</u>
        Current Residence         : Unable to Assess
        Social/Development Histor: unable to assess
        RN Suicide Assessment     : New Assmt: No new suicide assessment
                                    documented Self Harm Indications:
                                    Unable to assess Comment: unable to
                                    obtain
        Suicide/Self Harm         : New Assmt: No new suicide assessment
                                    documented Addtl Findings: unable to
                                    assess Self Harm Indications: None
        Pertinent RN Violence Ass: Confused: absence of behavior Irritable:
                                    presence of behavior Boisterous:
                                    presence of behavior Physically
                                    Threatening: presence of behavior
                                    Verbally threatening: presence of
                                    behavior Attacking objects: absence
                                    of behavior Total Score: 4 Risk
                                    Level: imminent risk for violence
        Violence Risk Factors     : <u>Agitated,Hostile,Recent violence</u>

```
Printed:4 Oct 16  1159:36            --------------------------------------
                                     |MRN:3598032                          |
Bellevue Hospital Center             |Patient:Lurch,Robert                 |
462 First Avenue                     |DOB:███████/1990    Sex:M Type:EP     |
New York, NY 10016                   |                                     |
                                     |Visit Date:12/26/13 Visit# 3598032-1 |
                                     |Location:emergency                   |
                                     --------------------------------------
```

Outpatient Chart Print

================================================================================

All Events - continued

Thu, 26Dec 2135 Adult CPEP CAF -- cont'd
    Medical Evaluation      :

        General         : healthy appearing, in no acute distress, well
                          developed, well nourished,
        ----------      : Superior --> Inferior
        ----------      : Surface --> Deep

    Mental Status Exam      :

        Appearance              : Appears stated age,Adequately
                                  dressed,Disheveled
        Behavior                : Hostile,Agitated
        Behavior (more)         : now sedated and unable to participate in
                                  interview
        Speech                  : Unable to assess
        Thought process         : Unable to assess
        Thought content         : Unable to assess
        Suicidal ideation       : Unable to assess
        Aggressive ideation     : Violent thoughts
        Aggressive ideation (more) : was threatening NYPD
        Perceptual disorders    : Unable to assess
        Mood                    : Unable to assess
        Affect                  : Increased intensity,Labile affect
        Impulse control         : Impaired impulse control
        Cognitive function      : Reduced arousal
        Insight                 : Unable to assess
        Judgment                : Impaired judgment
        Mental Status Exam Time : 26 Dec 13  2138

    Barriers to Assessment  : Patient agitated or threatening; Patient
                              unable;
    Axis I Diagnosis        : Unspecified psychosis
    Axis V Diagnosis        : Current GAF Score: 20.
    Strengths               : General good health,
    Formulation             : Pt is a 23 yo BM with unknown psychiatric hx

```
Printed:4 Oct 16  1159:36              --------------------------------------
                                       |MRN:3598032                         |
Bellevue Hospital Center               |Patient:Lurch,Robert                |
462 First Avenue                       |DOB:███████1990    Sex:M  Type:EP    |
New York, NY 10016                     |                                    |
                                       |Visit Date:12/26/13 Visit# 3598032-1 |
                                       |Location:emergency                  |
                                       --------------------------------------
```

Outpatient Chart Print

=================================================================================

All Events - continued

Thu, 26Dec 2135 Adult CPEP CAF -- cont'd

> BIB EMS after he became disruptive in a
> Chinese restaurant, did not pay for his food
> and started breaking things. At arrival pt is
> agitated, threatening NYPD (he is not in
> custody) and unable to cooperate. He was
> placed in wrist and ankle restraint and was
> given Haldol 5 mg IM and Ativan 2 mg IM. He
> cannot be interviewed at this time due to
> sedation.
> Diff dx include substance related d/o NOS,
> psychotic d/o NOS, mood d/o NOS, r/o
> psychotic and mood d/o due to GMC. Pt is at
> acute risk of harm to others given recent
> violence, agitation at arrival in CPEP. He
> will be placed on hold for safety and
> re-assess when he is able to cooperate.

Attending                        : France Chaput, MD

                                      France Chaput, MD   (26 Dec 13  2141)

| Documentation History | Employee | Date/Time |
|---|---|---|
| documented by | Sig:Chaput,France, MD | 12/26/13 21:41 |
| | Psychiatry/Mental Health, | |
| | Attending Physician (ESOF) | |

-------------------------------------------------------------------------------

```
Printed:4 Oct 16  1159:36

Bellevue Hospital Center
462 First Avenue
New York, NY 10016
```

```
-------------------------------------
|MRN:3598032                        |
|Patient:Lurch,Robert               |
|DOB:    ███/1990    Sex:M  Type:EP |
|                                   |
|Visit Date:12/26/13 Visit# 3598032-1|
|Location:emergency                 |
-------------------------------------
```

Page 22 of 37

Outpatient Chart Print

================================================================================

All Events - continued

Thu, 26Dec 2146 Vital Signs IP                      Status: complete
    BP                    : <u>114/53   mmHg</u>
    Pulse                 : 89  bpm
    Resp                  : 18  breaths/min
    Resp Description      : regular, unlabored
    O2 Sat                : n/a
    Temp                  : 97.8 F (36.6 C)
    Temp Method           : tympanic membrane
    Pain                  : no
    Pain (Trend)          : 0
                              Celso Diokno, Psych Tech
                              (26 Dec 13  2147)

<u>Documentation History</u>        <u>Employee</u>                    <u>Date/Time</u>
documented by                Sig:Diokno,Celso, Psych Tech   12/26/13 21:47
                             Psychiatry/Mental Health,
                             Patient Care Technician (ESOF)
-------------------------------------------------------------------------------
Thu, 26Dec 2253 BHC Scanned ER records              Status: complete
    Scanned Admitting/ED Note: see scan result (see image #2)
    Comment               : acr
                              Alexandra Basquiat  (26 Dec 13  2253)

<u>Documentation History</u>        <u>Employee</u>                    <u>Date/Time</u>
documented by                Sig:Basquiat,Alexandra  Medical  12/26/13 22:53
                             Records (ESOF)
-------------------------------------------------------------------------------
```

```
Printed:4 Oct 16  1159:36
                                   --------------------------------------
Bellevue Hospital Center          |MRN:3598032                          |
462 First Avenue                  |Patient:Lurch,Robert                 |
New York, NY 10016                |DOB:███████1990    Sex:M  Type:EP    |
                                  |                                     |
                                  |Visit Date:12/26/13 Visit# 3598032-1 |
                                  |Location:emergency                   |
                                   --------------------------------------

                                                     Page 23 of 37

                          Outpatient Chart Print

===================================================================================

                          All Events - continued

Fri, 27Dec 0141 Vital Signs IP                      Status: complete
     BP                       : 100/59  mmHg
     Pulse                    : 76  bpm
     Resp                     : 18  breaths/min
     Resp Description         : regular, unlabored
     O2 Sat                   : n/a
     Temp                     : 97.7 F (36.5 C)
     Temp Method              : tympanic membrane
     Pain                     : no
     Pain (Trend)             : 0

                              Lourdes Rivera, Psych Tech
                                   (27 Dec 13   0141)
```

| Documentation History | Employee | |
|---|---|---|
| documented by | Sig:Rivera,Lourdes, Psych Tech | Date/Time |
| | Psychiatry/Mental Health, | 12/27/13 01:41 |
| | Psychiatric/Social Health (ESOF) | |

```
----------------------------------------------------------------------------
Fri, 27Dec 0449 Nursing Progress Note w/Care Plan (Psych) (Status: complete
     Preferred Language(s)    : English
     Communication Ability    : Able to communicate
     Language Used            : English
     Most Recent VS           : T 97.7, P 76, R 18, BP 100, O2 Sat N (12/27
                                01:41)
     Vascular Lines           : no vascular lines
```

```
Printed:4 Oct 16  1159:36        -------------------------------------
                                 |MRN:3598032                        |
Bellevue Hospital Center         |Patient:Lurch,Robert               |
462 First Avenue                 |DOB:    ████/1990   Sex:M  Type:EP |
New York, NY 10016               |                                   |
                                 |Visit Date:12/26/13 Visit# 3598032-1|
                                 |Location:emergency                 |
                                 -------------------------------------
```

Outpatient Chart Print

===================================================================

All Events - continued

Fri, 27Dec 0449 Nursing Progress Note w/Care Plan (Psych) ( -- cont'd
        Problems               :  : RN  : Danger to others Evidence:
                                    severely agitated behavior,loud and
                                    verbally abusive and not amenable
                                    with redirection. Goals: Patient will
                                    not be a danger to self and others
                                    Objectives: Patient will not threaten
                                    staff and will not attack staff in 2
                                    hours,patient will be sfe and
                                    comfortable when placed in
                                    restraints,Patient will be released
                                    as early as indicated
        Nsg Prob & Intvns (WP) : Apply restraints properly
                                    Check restraints q 15 minutes for good
                                    circulation and skin integrity
                                    Assess mental status and monitor for any
                                    significant changes
                                    Provide comfort measures such as fluids food
                                    elimination ROM etc
                                    Reassess patient for possibility of early
                                    release from restraints every 15 minutes
                                     d/c restraints as indicated meeting the
                                    criteria for release
                                    administer medication as ordered by MD.
                                    Provide safe calm and supportive  environment
        Evaluation (WP)        : Patient able to sleep throughout the shift.
                                    Will reassess mental status when awake and
                                    when he is able to ccoperate.
        Author                 : Elma DelaCruz, RN

```
Printed:4 Oct 16  1159:36

Bellevue Hospital Center
462 First Avenue
New York, NY 10016
```

```
--------------------------------------------
|MRN:3598032                               |
|Patient:Lurch,Robert                      |
|DOB:███████/1990      Sex:M  Type:EP      |
|                                          |
|Visit Date:12/26/13 Visit# 3598032-1      |
|Location:emergency                        |
--------------------------------------------
```

Page 25 of 37

Outpatient Chart Print

================================================================

All Events - continued

Fri, 27Dec 0449 Nursing Progress Note w/Care Plan (Psych) ( -- cont'd
     Progress Note (WP)      : Patient has been asleep since 2145 after he
                             was released from wrist and ankle restraint,
                             In no apparent distress w/ spontaneous
                             breathing pattern. Vital signs checked and
                             monitored closely,wnl. Blood was drawn and
                             EKG was done. Patient was placed on hold for
                             reevaluation in the morning. Will continue to
                             observe and provide safe and supportive
                             environment.
                                  Elma DelaCruz, RN  (27 Dec 13  0454)

Documentation History _____ Employee _____ Date/Time ___
documented by               Sig:DelaCruz,Elma, RN         12/27/13 04:54
                            Psychiatry/Mental Health, Staff
                            Nurse (ESOF)
-----------------------------------------------------------------------
Fri, 27Dec 0606 Vital Signs IP                    Status: complete
     BP              : 105/66  mmHg
     Pulse           : 82  bpm
     Resp            : 18  breaths/min
     O2 Sat.         : n/a
     Temp            : 96.9 F (36.1 C)
     Pain            : no
     Pain (Trend)    : 0
                              Syrlene Weekes, NA  (27 Dec 13  0607)

Documentation History _____ Employee _____ Date/Time ___
documented by               Sig:Weekes,Syrlene, NA        12/27/13 06:07
                            Psychiatry/Mental Health,
                            Nurse's Aide (ESOF)
-----------------------------------------------------------------------
```

```
Printed:4 Oct 16  1159:36

Bellevue Hospital Center
462 First Avenue
New York, NY 10016
```

```
-----------------------------------------
|MRN:3598032                              |
|Patient:Lurch,Robert                     |
|DOB:████1990      Sex:M  Type:EP        |
|                                         |
|Visit Date:12/26/13 Visit# 3598032-1     |
|Location:emergency                       |
-----------------------------------------
```

Page 26 of 37

Outpatient Chart Print

===============================================================

All Events - continued

Fri, 27Dec 0938 Vital Signs IP                    Status: complete
```
     BP                       : 123/66  mmHg
     Pulse                    : 64  bpm
     Resp                     : 18  breaths/min
     Resp Description         : regular, unlabored
     O2 Sat                   : n/a
     Temp                     : 97.1 F (36.2 C)
     Temp Method              : tympanic membrane
     Pain                     : no
     Pain (Trend)             : 0
```
                              Celso Diokno, Psych Tech
                                   (27 Dec 13   0938)

| Documentation History | Employee | Date/Time |
|---|---|---|
| documented by | Sig:Diokno,Celso, Psych Tech Psychiatry/Mental Health, Patient Care Technician (ESOF) | 12/27/13 09:38 |
| summary result review | Sig:Baptiste,Katiuscha, RN Psychiatry/Mental Health, Nurse - Registered (ESOF) | 12/27/13 10:08 |

--------------------------------------------------------------
Fri, 27Dec 1008 Nursing Progress Note w/Care Plan (Psych) (Status: complete
```
     Preferred Language(s)    : English
     Communication Ability    : Able to communicate
     Language Used            : English
     Vascular Lines           : no vascular lines
```

```
Printed:4 Oct 16  1159:36

Bellevue Hospital Center
462 First Avenue
New York, NY 10016
```

```
-------------------------------------
|MRN:3598032                          |
|Patient:Lurch,Robert                 |
|DOB:████/1990     Sex:M  Type:EP    |
|                                     |
|Visit Date:12/26/13 Visit# 3598032-1 |
|Location:emergency                   |
-------------------------------------
```

Page 27 of 37

Outpatient Chart Print

=====================================================================

All Events - continued

Fri, 27Dec 1008 Nursing Progress Note w/Care Plan (Psych) ( -- cont'd
        Problems            : : RN   : Danger to others Evidence:
                                      severely agitated behavior,loud and
                                      verbally abusive and not amenable
                                      with redirection. Goals: Patient will
                                      not be a danger to self and others
                                      Objectives: Patient will not threaten
                                      staff and will not attack staff in 2
                                      hours,patient will be sfe and
                                      comfortable when placed in
                                      restraints,Patient will be released
                                      as early as indicated
        Nsg Prob & Intvns (WP)  : Apply restraints properly
                                      Check restraints q 15 minutes for good
                                      circulation and skin integrity
                                      Assess mental status and monitor for any
                                      significant changes
                                      Provide comfort measures such as fluids food
                                      elimination ROM etc
                                      Reassess patient for possibility of early
                                      release from restraints every 15 minutes
                                       d/c restraints as indicated meeting the
                                      criteria for release
                                      administer medication as ordered by MD.
                                      Provide safe calm and supportive  environment
        Evaluation (WP)         : Patient was not a danger to self or others
        Author                  : Katiuscha Baptiste, RN

```
Printed:4 Oct 16   1159:36

Bellevue Hospital Center      |MRN:3598032                      |
462 First Avenue              |Patient:Lurch,Robert             |
New York, NY 10016            |DOB:██████/1990     Sex:M  Type:EP|
                             |                                  |
                             |Visit Date:12/26/13 Visit# 3598032-1|
                             |Location:emergency                |
                             ------------------------------------
```

Page 28 of 37

Outpatient Chart Print

========================================================================

All Events - continued

Fri, 27Dec 1008 Nursing Progress Note w/Care Plan (Psych) ( -- cont'd
        Progress Note (WP)      : Patient receive alert and responsive to all
                                 stimuli, resting in OB1 on stretcher easily
                                 aroused. No apparent distress noted. Voice no
                                 pain and no discomfort at present time. Mood
                                 is calm and cooperative. appetite is good and
                                 tolerated 85% of his meal. Insight and
                                 judgment is limited. denies
                                 suicidal/homicidal ideation and denies A/V
                                 hallucination. Supportive and therapeutic
                                 milieu maintained. Safety maintained

                                 Patient was seen and re-evaluated by MD for
                                 T&R. Discharge instructions provided and
                                 verbalize understanding. Refused social work
                                 services. Personal belonging and property
                                 given and received. Patient left unit in
                                 stable condition.
                                       Katiuscha Baptiste, RN

                                            (27 Dec 13   1145)

Documentation History            Employee                       Date/Time
documented by                    Sig:Baptiste,Katiuscha, RN
                                 Psychiatry/Mental Health, Nurse  12/27/13 10:39
                                 - Registered (ESOF)
documented by                    Sig:Baptiste,Katiuscha, RN
                                 Psychiatry/Mental Health, Nurse  12/27/13 11:45
                                 - Registered (ESOF)
------------------------------------------------------------------------
Fri, 27Dec 1140 CPEP Patient Exit WB Note       Status: complete
      Note Type           : CPEP Pt Exit
      Time of Exit/Re-Entry : Fri, 27 Dec 2013   1140
      Documented By       : Katiuscha Baptiste, RN
                              Katiuscha Baptiste, RN
                                    (27 Dec 13   1148)
```

```
Printed:4 Oct 16  1159:36          --------------------------------------
                                   |MRN:3598032                         |
Bellevue Hospital Center           |Patient:Lurch,Robert                |
462 First Avenue                   |DOB▓▓▓▓▓1990      Sex:M  Type:EP     |
New York, NY 10016                 |                                    |
                                   |Visit Date:12/26/13 Visit# 3598032-1|
                                   |Location:emergency                  |
                                   --------------------------------------
```

Outpatient Chart Print

=================================================================================

All Events - continued

| Documentation History | Employee | Date/Time |
|---|---|---|
| documented by | Sig:Baptiste,Katiuscha, RN | 12/27/13 11:48 |
| | Psychiatry/Mental Health, Nurse | |
| | - Registered (ESOF) | |

-----------------------------------------------------------------------------

Fri, 27Dec 1140 CPEP Patient Exit WB Note              Status: complete
     Note Type               : CPEP Pt Exit
     Time of Exit/Re-Entry   : Fri, 27 Dec 2013  1140
     Documented By           : Katiuscha Baptiste, RN
                                    Katiuscha Baptiste, RN
                                       (27 Dec 13  1149)

| Documentation History | Employee | Date/Time |
|---|---|---|
| documented by | Sig:Baptiste,Katiuscha, RN | 12/27/13 11:49 |
| | Psychiatry/Mental Health, Nurse | |
| | - Registered (ESOF) | |

-----------------------------------------------------------------------------

```
Printed:4 Oct 16  1159:36          ------------------------------------------
                                   |MRN:3598032                              |
Bellevue Hospital Center           |Patient:Lurch,Robert                     |
462 First Avenue                   |DOB:1█████1990      Sex:M  Type:EP        |
New York, NY 10016                 |                                         |
                                   |Visit Date:12/26/13 Visit# 3598032-1     |
                                   |Location:emergency                       |
                                   ------------------------------------------
```

Outpatient Chart Print

==============================================================================

All Events - continued

Fri, 27Dec 1200 CPEP Disposition Note                Status: complete
        Dispo Date/Time        : Fri, 27 Dec 2013  1200
                               :
        Disposition            : Discharge/Release
        Primary Diagnosis      : Adjustment disorder with disturbance of
                                 conduct
        Hospital Course (WP)   : Patient seen, chart reviewed. VSS. ETOH =
                                 262. All other labs wnl. No urine provided.

                                 Patient requests to leave. He states he was
                                 getting Chinese food and they did not give
                                 him the right change so he was demanding his
                                 change as he is very concerned for his
                                 financial situation recently. Next he states
                                 the police showed up and he refused to leave
                                 but he knew they didn't have any reason to
                                 arrest him and they brought him to CPEP. He
                                 states he was agitated here because the cuffs
                                 were too tight but minimizes the extent of
                                 it. He also endorsed drinking █ bottle of
                                 liquor yesterday for a friend's birthday but
                                 denied any other substances. He denies daily
                                 alcohol. He states that his left hand still
                                 feels numb but declined medical attention
                                 stating that in his experience it usually
                                 goes away in a few days.

                                 PPH: H/o hospitalizations and ED visits for
                                 anger issues but states he has since learned
                                 how to better control his anger; multiple
                                 arrests and incarcerations including robbery
                                 and crack sale, no felonies, frequent fights

                                 PMH: s/p 2 stab wounds, 1 in R neck and 1 in
                                 L wrist which cause pain intermittently
                                 All: states Haldol leads to trouble breathing

```
Printed:4 Oct 16  1159:36          ----------------------------------------
                                   |MRN:3598032                           |
Bellevue Hospital Center           |Patient:Lurch,Robert                  |
462 First Avenue                   |DOB:████/1990      Sex:M  Type:EP     |
New York, NY 10016                 |                                      |
                                   |Visit Date:12/26/13 Visit# 3598032-1  |
                                   |Location:emergency                    |
                                   ----------------------------------------
```

Outpatient Chart Print

================================================================================

All Events - continued

Fri, 27Dec 1200 CPEP Disposition Note -- cont'd

but notably no reaction occurred last night

MEDS: none

SH: B/R NYC. Some family in the south. Never
worked. Has food stamps but no other
benefits. Considering applying to CUNY for
web design. Lives with friends.

MSE: adequately groomed young man with hair
half in braids, good ec, cooperative and
pleasant, speech nl rrv, no pma/r, mood:
euthymic affect: reactive, tp: linear tc: no
ah vh , no si hi, i/j: good/good

I: ETOH intoxication
II: def
III: s/p stabbings
IV: unemployed
V: 55

Chronic risk factors for dangerousness to
self and others including substance abuse,
prior arrests, prior hospitalizations and
violence.  AT this time patient is calm and
in control, denies SI and HI, is not
intoxicated nor in withdrawal and is future
oriented. He will be released. He refused SW
referrals but was advised that he could apply
for Medicaid on his way out.

Discharge Plan          : Refused referrals
SW Assessment/Plan      : n/a, refused
Discharge Instructions (P: Refused referrals, return to walk in clinic
                         if you would like psychiatric services
Discharge Instructions La: English

```
Printed:4 Oct 16  1159:36

Bellevue Hospital Center
462 First Avenue
New York, NY 10016
```

```
-----------------------------------------
|MRN:3598032                            |
|Patient:Lurch,Robert                   |
|DOB:██████/1990      Sex:M  Type:EP    |
|                                       |
|Visit Date:12/26/13 Visit# 3598032-1   |
|Location:emergency                     |
-----------------------------------------
```

Outpatient Chart Print

====================================================================

All Events - continued

Fri, 27Dec 1200 CPEP Disposition Note -- cont'd
        Discharge Prescriptions  : none
        Risks/Alerts             : Violence Risk,Falls Risk
        Risks/Alerts Details     : fall prec,assault prec
        Aftercare                : none
        Attending                : Jennifer Halper, MD
                                        Jennifer Halper, MD (27 Dec 13  1740)

| Documentation History | Employee | Date/Time |
|---|---|---|
| documented by | Sig:Halper,Jennifer, MD<br>Psychiatry/Mental Health,<br>Attending Physician (ESOF) | 12/27/13 17:40 |

```
Printed:4 Oct 16  1159:36

Bellevue Hospital Center
462 First Avenue
New York, NY 10016
```

```
------------------------------------------
|MRN:3598032                              |
|Patient:Lurch,Robert                     |
|DOB:██████/1990      Sex:M   Type:EP     |
|                                         |
|Visit Date:12/26/13 Visit# 3598032-1     |
|Location:emergency                       |
------------------------------------------
```

Page 33 of 37

Outpatient Chart Print

========================================================================

ORDERS

All Orders

------------------------------------------------------------------------
**Haloperidol Lactate**

```
Ordered by        : Sig:Chaput,France Psychiatry/Mental Health, Attending P
Order Date/Time   : 26 Dec 13  2111:00
Reviewed by       : Sig:Marquez,Maria D, RN  Psychiatry/Mental Health, Staf
Process Type          : order
Dose/Route            : 5 mg inj intramuscu
When                  : Thursday, 26 December 2013  2111  STAT
```

------------------------------------------------------------------------
**Syphilis Treponemal Ab,IgG w/rflx to RPR/Titer/TPPA Conf.**

```
Ordered by        : Sig:Chaput,France Psychiatry/Mental Health, Attending P
Order Date/Time   : 26 Dec 13  2111:00
Reviewed by       : Sig:Marquez,Maria D, RN  Psychiatry/Mental Health, Staf
When                  : Thursday, 26 December 2013  2111  STAT
Specimen              : Blood - Serum (SST)
Diagnosis             : Unspecified psychosis
Print Order Form?     : no
Att MD/NP/CNW         : France Chaput, MD
```

------------------------------------------------------------------------
**Ethyl Alcohol Level Quant, Serum**

```
Ordered by        : Sig:Chaput,France Psychiatry/Mental Health, Attending P
Order Date/Time   : 26 Dec 13  2111:00
Reviewed by       : Sig:Marquez,Maria D, RN  Psychiatry/Mental Health, Staf
When                  : Thursday, 26 December 2013  2111  STAT
Specimen              : Blood - Serum (SST)
Print Order Form?     : no
```

```
Printed:4 Oct 16  1159:36          ------------------------------------
                                   |MRN:3598032                       |
Bellevue Hospital Center           |Patient:Lurch,Robert              |
462 First Avenue                   |DOB:█████1990    Sex:M  Type:EP   |
New York, NY 10016                 |                                  |
                                   |Visit Date:12/26/13 Visit# 3598032-1|
                                   |Location:emergency                |
                                   ------------------------------------
```

Outpatient Chart Print

===========================================================================

ORDERS - continued

All Orders - continued

---------------------------------------------------------------------------
LORazepam

```
Ordered by       : Sig:Chaput,France Psychiatry/Mental Health, Attending P
Order Date/Time  : 26 Dec 13  2111:00
Reviewed by      : Sig:Marquez,Maria D, RN  Psychiatry/Mental Health, Staf
Process Type         : order
Dose/Route           : 2 mg intramuscu
When                 : Thursday, 26 December 2013  2111  STAT
```

---------------------------------------------------------------------------
Basic Metabolic Panel Ca Total Serum

```
Ordered by       : Sig:Chaput,France Psychiatry/Mental Health, Attending P
Order Date/Time  : 26 Dec 13  2111:00
Reviewed by      : Sig:Marquez,Maria D, RN  Psychiatry/Mental Health, Staf
When                 : Thursday, 26 December 2013  2111  STAT
Specimen             : Blood - Serum (SST)
Diagnosis            : Unspecified psychosis
Print Order Form?    : no
Att MD/NP/CNW        : France Chaput, MD
```

---------------------------------------------------------------------------
Calcium Level Total Serum

```
Ordered by       : Sig:Chaput,France Psychiatry/Mental Health, Attending P
Order Date/Time  : 26 Dec 13  2111:00
Reviewed by      : Sig:Marquez,Maria D, RN  Psychiatry/Mental Health, Staf
When                 : Thursday, 26 December 2013  2111  STAT
Specimen             : Blood - Serum (SST)
Print Order Form?    : no
```

```
Printed:4 Oct 16  1159:36           ------------------------------------
                                    |MRN:3598032                       |
Bellevue Hospital Center            |Patient:Lurch,Robert              |
462 First Avenue                    |DOB:████/1990    Sex:M  Type:EP    |
New York, NY 10016                  |                                  |
                                    |Visit Date:12/26/13 Visit# 3598032-1 |
                                    |Location:emergency                |
                                    ------------------------------------
```

Outpatient Chart Print

================================================================================

ORDERS - continued

All Orders - continued

--------------------------------------------------------------------------------
Gamma Glutamyl Transferase Level Serum

Ordered by         : Sig:Chaput,France Psychiatry/Mental Health, Attending P
Order Date/Time    : 26 Dec 13  2111:00
Reviewed by        : Sig:Marquez,Maria D, RN  Psychiatry/Mental Health, Staf
When               : Thursday, 26 December 2013  2111  STAT
Specimen           : Blood - Serum (SST)
Print Order Form?  : no

--------------------------------------------------------------------------------
Hemogram Auto Diff w/rflx to Manual Diff

Ordered by         : Sig:Chaput,France Psychiatry/Mental Health, Attending P
Order Date/Time    : 26 Dec 13  2111:00
Reviewed by        : Sig:Marquez,Maria D, RN  Psychiatry/Mental Health, Staf
When               : Thursday, 26 December 2013  2111  STAT
Specimen           : Blood - EDTA Lavender
Print Order Form?  : no

--------------------------------------------------------------------------------
Hepatic Function Panel Serum

Ordered by         : Sig:Chaput,France Psychiatry/Mental Health, Attending P
Order Date/Time    : 26 Dec 13  2111:00
Reviewed by        : Sig:Marquez,Maria D, RN  Psychiatry/Mental Health, Staf
When               : Thursday, 26 December 2013  2111  STAT
Specimen           : Blood - Serum (SST)
Print Order Form?  : no

```
Printed:4 Oct 16  1159:36           --------------------------------------
                                    |MRN:3598032                         |
Bellevue Hospital Center            |Patient:Lurch,Robert                |
462 First Avenue                    |DOB:█████/1990    Sex:M  Type:EP     |
New York, NY 10016                  |                                    |
                                    |Visit Date:12/26/13 Visit# 3598032-1 |
                                    |Location:emergency                  |
                                    --------------------------------------
```

Outpatient Chart Print

===========================================================================

ORDERS - continued

All Orders - continued

---------------------------------------------------------------------------
Magnesium Level Serum

```
Ordered by         : Sig:Chaput,France Psychiatry/Mental Health, Attending P
Order Date/Time    : 26 Dec 13  2111:00
Reviewed by        : Sig:Marquez,Maria D, RN  Psychiatry/Mental Health, Staf
When               : Thursday, 26 December 2013  2111  STAT
Specimen           : Blood - Serum (SST)
Print Order Form?  : no
```

---------------------------------------------------------------------------
Phosphate Level Serum

```
Ordered by         : Sig:Chaput,France Psychiatry/Mental Health, Attending P
Order Date/Time    : 26 Dec 13  2111:00
Reviewed by        : Sig:Marquez,Maria D, RN  Psychiatry/Mental Health, Staf
When               : Thursday, 26 December 2013  2111  STAT
Specimen           : Blood - Serum (SST)
Print Order Form?  : no
```

```
Printed:4 Oct 16  1159:36

Bellevue Hospital Center          |MRN:3598032                    |
462 First Avenue                  |Patient:Lurch,Robert           |
New York, NY 10016                |DOB:███████1990    Sex:M  Type:EP|
                                  |                               |
                                  |Visit Date:12/26/13 Visit# 3598032-1 |
                                  |Location:emergency             |
                                  ---------------------------------------
```

Page 37 of 37

Outpatient Chart Print

================================================================

PROBLEM LIST

| Problem | On Set | Stop | Status |
|---|---|---|---|
| Unspecified psychosis not due to a substance or known physiological condition | 12/26/13 | | active |
| Adjustment disorder with disturbance of conduct | 12/27/13 | | active |