# Exhibit A

```
Printed:4 Oct 16  1159:36           ----------------------------------------
                                    |MRN:3598032                           |
Bellevue Hospital Center            |Patient:Lurch,Robert                  |
462 First Avenue                    |DOB:11/28/1990      Sex:M   Type:EP   |
New York, NY 10016                  |                                      |
                                    |Visit Date:12/26/13 Visit# 3598032-1  |
                                    |Location:emergency                    |
                                    ----------------------------------------
```

Page   9 of 37

Outpatient Chart Print

===========================================================================

All Events - continued

```
documented by                 Sig:Abraham,Jibu   Laboratory,     12/26/13 22:07
                              Lab Medical Technician (ESOF)
verified by                   Sig:Amin,Upendra   Laboratory,     12/26/13 23:00
                              Lab Medical Technician (ESOF)
---------------------------------------------------------------------------
Thu, 26Dec 2058 ED Triage Note                              Status: complete
     Life Saving                 : Complete Full Triage Note
     Communication Method        : Direct Communication in English
     Restraints                  : Patient brought in to ED in handcuffs.
     Mode of Arrival             : city ambulance
     Chief Complaint             : psych eval,
     Assessment                  : pt agitated, no medical complain
     Past Medical/Surgical Hx    : denies
     Medications on Arrival      : denies
     Allergies - Medications     : no known drug allergies
     Allergies - Other           : no known allergens
     Domestic Violence           : Domestic Violence: no
     Psych Risk Assessment       : Patient sent for Psychiatric evaluation
                                   and/or clearance
     Suicide/Homicide            : Suicidal?: no Homicidal?: no 1:1: no
                                         Destination: Adult CPEP with Escort
     ED Alerts                   : NYPD Prisoner;
     Blood Pressure              : 135/96
     Pulse                       : 65
     Respirations                : 18
     Temperature                 : 96.9 F (36.1 C)
     Temperature Method          : Tympanic
     O2 Saturation               : 98 %
     Suspected Infection?        : no
     Alteration of Mental Stat   : no
     Pain Screen                 : pt denies pain at this time
     ESI Level                   : 4
     Team Assigned               : CPEP
                                          Kazumi Inose, RN    (26 Dec 13  2059)

Documentation History          Employee                              Date/Time
```

```
Printed:4 Oct 16  1159:36             ---------------------------------------
                                      |MRN:3598032                           |
Bellevue Hospital Center              |Patient:Lurch,Robert                  |
462 First Avenue                      |DOB:11/28/1990       Sex:M   Type:EP  |
New York, NY 10016                    |                                      |
                                      |Visit Date:12/26/13 Visit# 3598032-1  |
                                      |Location:emergency                    |
                                      ---------------------------------------
```

Page 10 of 37

Outpatient Chart Print

===============================================================================

All Events - continued

| documented by | Sig:Inose,Kazumi, RN  Nursing,  12/26/13 20:59 |
| | Nurse - Registered (ESOF) |

---

Thu, 26Dec 2111 Psychiatry Attending Other Note Chaput, F  Status: <u>corrected</u>
    Discipline              : Attending
    Author                 : France Chaput, MD
    Note Type            : Psychiatry
    Contact              : Direct patient contact
    Preferred Language   : English
    Language Used        : English
    Note (WP)            : Pt is a 23 yo BM with unknown psychiatric hx
                                   BIB EMS after he became disruptive in a
                                   Chinese restaurant, did not pay for his food
                                   and started breaking things. At arrival pt is
                                   agitated, threatening NYPD (he is not in
                                   custody) and unable to cooperate. He was
                                   placed in wrist and ankle restraint and was
                                   given Haldol 5 mg IM and Ativan 2 mg IM.
                                   France Chaput, MD   (26 Dec 13   2142)

| Documentation History | Employee | Date/Time |
|---|---|---|
| documented by | Sig:Chaput,France, MD<br>Psychiatry/Mental Health,<br>Attending Physician (ESOF) | 12/26/13 21:14 |
| corrected by | Sig:Chaput,France, MD<br>Psychiatry/Mental Health,<br>Attending Physician (ESOF) | 12/26/13 21:42 |

---

Thu, 26Dec 2112 Haloperidol Lactate                        Status: complete
    Dose/Route           : 1 mL inj intramuscu
    Admin Info           : 1 mL (5 mg) of Haloperidol Lactate 5 mg/mL
                                 Injection, 1 mL
    Site                 : deltoid
                                   Maria D Marquez, RN (26 Dec 13  2112)

| Documentation History | Employee | Date/Time |
|---|---|---|