```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ROBERT DEREK LURCH, JR.,

               Plaintiff,

      - against -

FRANCE CHAPUT, MD, et al.,

               Defendants.
---------------------------------------------------------------X

16 Civ. 02517 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff has filed a request to receive Defendants' motion papers at his new address.  Accordingly, by June 23, 2020, Defendants shall mail a copy of their summary judgment papers (Dkt. 222 to 226) to Pro Se Plaintiff at his updated address:

    Robert Derek Lurch, Jr.
    BKC3492000961
    VCBC
    1 Halleck Street
    Bronx, NY 10474

(*See* Dkt. 238, 239.)  The briefing schedule is amended as follows:

    By **July 30, 2020**, Plaintiff shall file his opposition.

    By **August 21, 2020**, Defendants shall file any reply.

Defendants shall mail a copy of this order to Pro Se Plaintiff at his updated address and file proof of such service on ECF by June 23, 2020.  If Defendants are unable to complete mailings as a result of COVID-19 and related disruptions, Defendants shall promptly notify the Court by letter filed on ECF.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:      June 17, 2020
            New York, New York

Copies transmitted to all counsel of record.