USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROBERT DEREK LURCH, JR., : 16-CV-2517 (AT) (RWL)
:
          Plaintiff, : **ORDER**
:
    - against - :
:
M.D. FRANCE CHAPUT, R.N. MARIA :
MARQUEZ, and NYPD OFFICERS (4), :
:
          Defendants. :
-----------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    The Court will hold a settlement conference in this matter in January 2022. The specific date will be set by my Courtroom Deputy.

                             SO ORDERED.

                             _____
                             ROBERT W. LEHRBURGER
                             UNITED STATES MAGISTRATE JUDGE

Dated: December 2, 2021
       New York, New York

Copies transmitted this date to all counsel of record. The Clerk's Office is respectfully directed to mail a copy of this Order to Plaintiff pro se and note service on the docket:

Robert D. Lurch, Jr.
ID# 01-282463
Atlantic County Justice Facility
5060 Atlantic Ave.
Mays Landing, NJ 08330