UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT DEREK LURCH JR.,

          Plaintiff,

-against-

M.D. FRANCE CHAPUT, R.N. MARIA MARQUEZ, and NYPD OFFICERS (4),

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2021

16 Civ. 2517 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Plaintiff *pro se*'s letters to the Court, filed on December 1 and 6, 2021. ECF Nos. 267, 269. The Court will provide Plaintiff with a final extension to file his opposition papers to Defendants' motion for summary judgment, as well as his counter-statement to Defendants' Rule 56.1 statement of material facts. By **December 28, 2021**, Plaintiff shall file his opposition papers. Defendants' reply, if any, shall be filed by **January 11, 2022**. If the Court does not receive opposition papers from Plaintiff by **December 28, 2021**, it shall treat Defendants' summary judgment motion as unopposed and rule on the merits. **No further requests shall be granted.**

    By **December 8, 2021**, Defendants are directed to re-serve Plaintiff with their summary judgment papers at his current address, ECF Nos. 222-226, a copy of the notices required under Local Civil Rules 12.1 and 56.2, and printed copies of decisions cited in their submissions that are unreported or reported exclusively on computerized databases. By **December 10, 2021**, Defendants shall file proof of service on the docket.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: December 6, 2021
       New York, New York

ANALISA TORRES
United States District Judge