UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROBERT DEREK LURCH, JR.,

                    Plaintiff,

     -against-                                   16 **CIVIL** 2517 (AT)

                                                    **JUDGMENT**

MD FRANCE CHAPUT, RN MARIA MARQUEZ,

                    Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 25, 2022, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       March 25, 2022

                                                       **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                         **BY:**
                                                         **Deputy Clerk**