USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Derek Lurch Sr.
_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

16 CV 2517 ( )( )

-against-

Lurch v. Chaput, et al.
_____

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

(List the full name(s) of the defendant(s)/respondent(s).)

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 3/25/2022 but did not file a notice of appeal within the required time period because:

Even though the deadline to file an appeal has not yet passed, I am requesting a 60 day extension once this time has expired in order to provide my former counsel that represented me on discovery time to provide me with the discovery file so I can substantiate my appeal with expert testimony and medical evidence.

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: 4/1/2022

Signature

Name (Last, First, MI): Lurch, Robert, D

Address: 5060 Atlantic Avenue
City: Mays Landing
State: NJ
Zip Code: 08330

Telephone Number:

E-mail Address (if available):

As Plaintiff has already filed his notice of appeal, and the certified record has been transmitted to the Second Circuit Court of Appeals, *see* Dkt. Entry 4/14/2022, this motion is DENIED as moot.

Rev. 3/27/15

SO ORDERED.

Dated: April 15, 2022
New York, New York

ANALISA TORRES
United States District Judge